CM/ECF CONSOL
                                                    TYPE A
                    U.S. District Court
          USDC District of Columbia (Washington)

          CIVIL DOCKET FOR CASE #: 98-CV-1233

STATE OF NEW YORK, et al v. MICROSOFT CORP.            Filed: 05/18/98
Assigned to: Judge Colleen Kollar-Kotelly
Demand: $0,000                          Nature of Suit:  410
Lead Docket: 98-CV-1232                 Jurisdiction: Federal Question
Dkt# in other court: None

Cause: 15:1 Antitrust Litigation
Case type: 1. civil 2. null


STATE OF NEW YORK, ex rel          Kevin James O'Connor
    plaintiff                      FTS 266-8986
                                   608-267-2778 FAX
                                   [COR LD NTC gvt]
                                   WISCONSIN DEPARTMENT OF JUSTICE
                                   123 West Washington Avenue
                                   P.O. Box 7857
                                   Madison, WI 53707-7857
                                   AREA CODE (608)

                                   Alan R. Kusinitz
                                   FTS 416-8282
                                   [COR LD NTC gvt]
                                   ATTORNEY GENERAL OF THE STATE
                                   OF NEW YORK
                                   120 Broadway
                                   New York, NY 10271
                                   AREA CODE (212)


STATE OF CALIFORNIA, ex rel        Kevin James O'Connor
    plaintiff                      (See above)
                                   [COR LD NTC gvt]

                                   Alan R. Kusinitz
                                   (See above)
                                   [COR LD NTC gvt]


STATE OF CONNECTICUT, ex rel       Kevin James O'Connor
    plaintiff                      (See above)
                                   [COR LD NTC gvt]

                                   Alan R. Kusinitz
                                   (See above)
                                   [COR LD NTC gvt]

DISTRICT OF COLUMBIA, ex rel          Kevin James O'Connor
    plaintiff                         (See above)
                                      [COR LD NTC gvt]

                                      Alan R. Kusinitz
                                      (See above)
                                      [COR LD NTC gvt]


STATE OF FLORIDA, ex rel              Kevin James O'Connor
    plaintiff                         (See above)
                                      [COR LD NTC gvt]

                                      Alan R. Kusinitz
                                      (See above)
                                      [COR LD NTC gvt]


STATE OF ILLINOIS, ex rel             Kevin James O'Connor
    plaintiff                         (See above)
                                      [COR LD NTC gvt]

                                      Alan R. Kusinitz
                                      (See above)
                                      [COR LD NTC gvt]


STATE OF IOWA, ex rel                 Kevin James O'Connor
    plaintiff                         (See above)
                                      [COR LD NTC gvt]

                                      Alan R. Kusinitz
                                      (See above)
                                      [COR LD NTC gvt]


STATE OF KANSAS, ex rel               Kevin James O'Connor
    plaintiff                         (See above)
                                      [COR LD NTC gvt]

                                      Alan R. Kusinitz
                                      (See above)
                                      [COR LD NTC gvt]


STATE OF KENTUCKY, ex rel             Kevin James O'Connor
    plaintiff                         (See above)
                                      [COR LD NTC gvt]

                                      Alan R. Kusinitz
                                      (See above)
                                      [COR LD NTC gvt]

Proceedings Include All Events.                                                CM/ECF
1:98cv1233 STATE OF NEW YORK, et al v. MICROSOFT CORP.              CONSOL TYPE A


STATE OF LOUISIANA, ex rel          Kevin James O'Connor
      plaintiff                     (See above)
                                    [COR LD NTC gvt]

                                    Alan R. Kusinitz
                                    (See above)
                                    [COR LD NTC gvt]


STATE OF MARYLAND, ex rel           Kevin James O'Connor
      plaintiff                     (See above)
                                    [COR LD NTC gvt]

                                    Alan R. Kusinitz
                                    (See above)
                                    [COR LD NTC gvt]


COMMONWEALTH OF MASSACHUSETTS,      Kevin James O'Connor
ex rel                              (See above)
      plaintiff                     [COR LD NTC gvt]

                                    Alan R. Kusinitz
                                    (See above)
                                    [COR LD NTC gvt]


STATE OF MICHIGAN, ex rel           Kevin James O'Connor
      plaintiff                     (See above)
                                    [COR LD NTC gvt]

                                    Alan R. Kusinitz
                                    (See above)
                                    [COR LD NTC gvt]


STATE OF MINNESOTA, ex rel          Kevin James O'Connor
      plaintiff                     (See above)
                                    [COR LD NTC gvt]

                                    Alan R. Kusinitz
                                    (See above)
                                    [COR LD NTC gvt]


STATE OF NEW MEXICO, ex rel         Kevin James O'Connor
      plaintiff                     (See above)
                                    [COR LD NTC gvt]

                                    Alan R. Kusinitz
                                    (See above)
                                    [COR LD NTC gvt]

STATE OF NORTH CAROLINA, ex        Kevin James O'Connor
rel                                (See above)
     plaintiff                     [COR LD NTC gvt]

                                   Alan R. Kusinitz
                                   (See above)
                                   [COR LD NTC gvt]

STATE OF OHIO, ex rel              Kevin James O'Connor
     plaintiff                     (See above)
                                   [COR LD NTC gvt]

                                   Alan R. Kusinitz
                                   (See above)
                                   [COR LD NTC gvt]

STATE OF SOUTH CAROLINA            Kevin James O'Connor
     plaintiff                     (See above)
                                   [COR LD NTC gvt]

                                   Alan R. Kusinitz
                                   (See above)
                                   [COR LD NTC gvt]

STATE OF UTAH, ex rel              Kevin James O'Connor
     plaintiff                     (See above)
                                   [COR LD NTC gvt]

                                   Alan R. Kusinitz
                                   (See above)
                                   [COR LD NTC gvt]

STATE OF WEST VIRGINIA, ex rel     Kevin James O'Connor
     plaintiff                     (See above)
                                   [COR LD NTC gvt]

                                   Alan R. Kusinitz
                                   (See above)
                                   [COR LD NTC gvt]

STATE OF WISCONSIN, ex rel         Kevin James O'Connor
     plaintiff                     (See above)
                                   [COR LD NTC gvt]

                                   Alan R. Kusinitz
                                   (See above)
                                   [COR LD NTC gvt]

Proceedings Include All Events.                                          CM/ECF
1:98cv1233 STATE OF NEW YORK, et al v. MICROSOFT CORP.          CONSOL TYPE A


BLOOMBERG NEWS                    David Paul Murray
        movant                   FTS 429-4702
                                 202-429-6726 FAX
                                 Suite 600
                                 [COR LD NTC ret]
                                 WILLKIE FARR & GALLAGHER
                                 Three Lafayette Center
                                 1155 21st Street, NW
                                 Washington, DC 20036-3384
                                 AREA CODE (202)


     v.


MICROSOFT CORPORATION            Daryl Andrew Libow
        defendant                FTS 956-7500
                                 Suite 800
                                 [COR LD NTC ret]
                                 SULLIVAN & CROMWELL
                                 1701 Pennsylvania Avenue, NW
                                 Washington, DC 20006
                                 AREA CODE (202)

                                 John Lehman Warden
                                 FTS 558-3610
                                 212-558-3333 FAX
                                 [COR LD NTC ret]
                                 SULLIVAN & CROMWELL
                                 125 Broad Street
                                 New York, NY 10004
                                 AREA CODE (212)


NOVELL, INC.                     John P. Mullen
        Non Party                FTS 534-1700
                                 Suite 700
                                 [COR LD NTC fso]
                                 ANDERSON & KARRENBERG
                                 50 West Broadway
                                 Salt Lake City, UT 84101
                                 AREA CODE (801)


ROBERT H. BORK                   Robert H. Bork
        amicus                   FTS 862-5851
                                 [COR LD NTC am]
                                 1150 17th Street, NW
                                 Washington, DC 20036
                                 AREA CODE (202)


Docket as of June 13, 2002 9:27 am                Page 5

```
Proceedings Include All Events.                              CM/ECF
1:98cv1233 STATE OF NEW YORK, et al v. MICROSOFT CORP.    CONSOL TYPE A
```

THE SOFTWARE AND INFORMATION         Gary M. Cohen
INDUSTRY ASSOCIATION                 FTS 955-6300
    amicus                           202-955-6460 FAX
                                     Suite 700
                                     [COR LD NTC am]
                                     BLUMENFELD & COHEN
                                     1615 M Street, NW
                                     Washington, DC 20036
                                     AREA CODE (202)

=========================

NEW YORK TIMES COMPANY, The          Lee J. Levine
    movant                           FTS 508-1100
                                     202-861-9888 FAX
                                     Suite 800
                                     [COR LD NTC ret]
                                     LEVINE SULLIVAN & KOCH, LLP
                                     1050 17th Street, NW
                                     Washington, DC 20036
                                     AREA CODE (202)

=========================

MICROSOFT CORPORATION                Daryl Andrew Libow
    counter-claimant                 FTS 956-7500
                                     Suite 800
                                     [COR LD NTC ret]
                                     SULLIVAN & CROMWELL
                                     1701 Pennsylvania Avenue, NW
                                     Washington, DC 20006
                                     AREA CODE (202)

                                     John Lehman Warden
                                     FTS 558-3610
                                     212-558-3333 FAX
                                     [COR LD NTC ret]
                                     SULLIVAN & CROMWELL
                                     125 Broad Street
                                     New York, NY 10004
                                     AREA CODE (212)

    v.

STATE OF NEW YORK                    Kevin James O'Connor
    counter-defendant                FTS 266-8986
```

```
                          608-267-2778 FAX
                          WISCONSIN DEPARTMENT OF JUSTICE
                          123 West Washington Avenue
                          P.O. Box 7857
                          Madison, WI 53707-7857
                          AREA CODE (608)

                          Alan R. Kusinitz
                          FTS 416-8282
                          [COR LD NTC gvt]
                          ATTORNEY GENERAL OF THE STATE
                          OF NEW YORK
                          120 Broadway
                          New York, NY 10271
                          AREA CODE (212)
```

STATE OF CALIFORNIA                 Kevin James O'Connor
    counter-defendant               (See above)

                                    Alan R. Kusinitz
                                    (See above)
                                    [COR LD NTC gvt]

STATE OF CONNECTICUT                Kevin James O'Connor
    counter-defendant               (See above)

                                    Alan R. Kusinitz
                                    (See above)
                                    [COR LD NTC gvt]

DISTRICT OF COLUMBIA                Kevin James O'Connor
    counter-defendant               (See above)

                                    Alan R. Kusinitz
                                    (See above)
                                    [COR LD NTC gvt]

STATE OF FLORIDA                    Kevin James O'Connor
    counter-defendant               (See above)

                                    Alan R. Kusinitz
                                    (See above)
                                    [COR LD NTC gvt]

STATE OF ILLINOIS                   Kevin James O'Connor
    counter-defendant               (See above)

                                    Alan R. Kusinitz
                                    (See above)

[COR LD NTC gvt]

STATE OF IOWA                          Kevin James O'Connor
    counter-defendant                  (See above)

                                       Alan R. Kusinitz
                                       (See above)
                                       [COR LD NTC gvt]

STATE OF KANSAS                        Kevin James O'Connor
    counter-defendant                  (See above)

                                       Alan R. Kusinitz
                                       (See above)
                                       [COR LD NTC gvt]

STATE OF KENTUCKY                      Kevin James O'Connor
    counter-defendant                  (See above)

                                       Alan R. Kusinitz
                                       (See above)
                                       [COR LD NTC gvt]

STATE OF LOUISIANA                     Kevin James O'Connor
    counter-defendant                  (See above)

                                       Alan R. Kusinitz
                                       (See above)
                                       [COR LD NTC gvt]

STATE OF MARYLAND                      Kevin James O'Connor
    counter-defendant                  (See above)

                                       Alan R. Kusinitz
                                       (See above)
                                       [COR LD NTC gvt]

COMMONWEALTH OF MASSACHUSETTS          Kevin James O'Connor
    counter-defendant                  (See above)

                                       Alan R. Kusinitz
                                       (See above)
                                       [COR LD NTC gvt]

STATE OF MICHIGAN                      Kevin James O'Connor
    counter-defendant                  (See above)

Proceedings Include All Events.                                        CM/ECF
1:98cv1233 STATE OF NEW YORK, et al v. MICROSOFT CORP.        CONSOL TYPE A

                                    Alan R. Kusinitz
                                    (See above)
                                    [COR LD NTC gvt]


STATE OF MINNESOTA                  Kevin James O'Connor
    counter-defendant               (See above)

                                    Alan R. Kusinitz
                                    (See above)
                                    [COR LD NTC gvt]


STATE OF NEW MEXICO                 Kevin James O'Connor
    counter-defendant               (See above)

                                    Alan R. Kusinitz
                                    (See above)
                                    [COR LD NTC gvt]


STATE OF NORTH CAROLINA             Kevin James O'Connor
    counter-defendant               (See above)

                                    Alan R. Kusinitz
                                    (See above)
                                    [COR LD NTC gvt]


STATE OF OHIO                       Kevin James O'Connor
    counter-defendant               (See above)

                                    Alan R. Kusinitz
                                    (See above)
                                    [COR LD NTC gvt]


STATE OF SOUTH CAROLINA             Kevin James O'Connor
    counter-defendant               (See above)

                                    Alan R. Kusinitz
                                    (See above)
                                    [COR LD NTC gvt]


STATE OF UTAH                       Kevin James O'Connor
    counter-defendant               (See above)

                                    Alan R. Kusinitz
                                    (See above)
                                    [COR LD NTC gvt]


STATE OF WEST VIRGINIA              Kevin James O'Connor

        counter-defendant                (See above)

                                         Alan R. Kusinitz
                                         (See above)
                                         [COR LD NTC gvt]

STATE OF WISCONSIN                       Kevin James O'Connor
        counter-defendant                (See above)

                                         Alan R. Kusinitz
                                         (See above)
                                         [COR LD NTC gvt]

Proceedings Include All Events.                                     CM/ECF
1:98cv1233 STATE OF NEW YORK, et al v. MICROSOFT CORP.        CONSOL TYPE A

5/18/98   1       COMPLAINT filed by plaintiff STATE OF NEW YORK, plaintiff
                  STATE OF CALIFORNIA, plaintiff STATE OF CONNECTICUT,
                  plaintiff DC, plaintiff STATE OF FLORIDA, plaintiff STATE
                  OF ILLINOIS, plaintiff STATE OF IOWA, plaintiff STATE OF
                  KANSAS, plaintiff STATE OF KENTUCKY, plaintiff STATE OF
                  LOUISIANA, plaintiff STATE OF MARYLAND, plaintiff
                  COMMONWEALTH OF MASS, plaintiff STATE OF MICHIGAN,
                  plaintiff STATE OF MINNESOTA, plaintiff STATE OF NEW
                  MEXICO, plaintiff STATE/NORTH CAROLINA, plaintiff STATE OF
                  OHIO, plaintiff STATE/SOUTH CAROLINA, plaintiff STATE OF
                  UTAH, plaintiff STATE OF W VIRGINIA, plaintiff STATE OF
                  WISCONSIN (cjp) [Entry date 05/19/98] [1:98cv1233]

5/18/98   --      SUMMONS (1) issued for defendant MICROSOFT CORP. (cjp)
                  [Entry date 05/19/98] [1:98cv1233]

5/18/98   2       MOTION filed by plaintiffs for preliminary injunction;
                  Exhibits (34) (cjp) [Entry date 05/19/98]
                  [Edit date 05/20/98] [1:98cv1233]

5/18/98   3       MOTION filed by plaintiffs to seal temporarily certain
                  documents in support of motion for preliminary injunction;
                  declaration (1); EXHIBIT (P&A'S & EXHIBITS FILED UNDER SEAL
                  PURSUANT TO ORDER OF 8/6/98) (cjp) [Entry date 05/19/98]
                  [Edit date 08/18/00] [1:98cv1233]

5/20/98   4       ATTORNEY APPEARANCE  for defendant MICROSOFT CORP. by Daryl
                  Andrew Libow (tth) [Entry date 05/21/98] [1:98cv1233]

5/21/98   5       MOTION filed by defendant MICROSOFT CORP. to extend time
                  to respond to Plaintiffs' Motion for a Preliminary
                  Injunction, and for entry of a scheduling order providing
                  defendant with adequate time to conduct discovery before
                  filing its response; Exhibit (1) (tth) [Entry date 05/22/98]
                  [1:98cv1233]

5/21/98   6       MOTION filed by defendant MICROSOFT CORP. to consolidate
                  this action for all purposes with United States v.
                  Microsoft Corporation, Civil Action No. 98-1232; Exhibits
                  (3) (tth) [Entry date 05/22/98] [1:98cv1233]

5/21/98   7       MOTION filed by defendant MICROSOFT CORP. for NEW YORK
                  TIMES CO to intervene; EXHIBITS (COMPLAINT IN
                  INTERVENTION, RULE 109 STATEMENT) (tth)
                  [Entry date 05/22/98] [1:98cv1233]

5/22/98   --      STATUS HEARING  before Judge Thomas P. Jackson ,case to be
                  consolidated with CA98-1232; defendant to answer the
                  complaint by 7/28/98; trial set for 10:00 9/8/98 ;
                  defendants opposition to motion for preliminary injunction
                  due 8/10/98 ; plaintiffs reply  due 8/24/98 ;   Reporter:
                  P. Merana (rew) [1:98cv1233]

Proceedings Include All Events.                                      CM/ECF
1:98cv1233 STATE OF NEW YORK, et al v. MICROSOFT CORP.        CONSOL TYPE A

5/22/98   8      ORDER  by Judge Thomas P. Jackson  : granting motion to
                 consolidate this action for all purposes with New York ex
                 rel. Vacco, et al. v. Microsoft Corporation, Civil Action
                 No. 98-1233 [7-1] by MICROSOFT CORP. in 1:98-cv-01232, and
                 consolidating the cases for all purposes pending furthr
                 order of the Court; directing defendant to answer the
                 complaints by 7/28/98;  granting motion to extend time to
                 respond to Plaintiff's Motion for Preliminary Injunction
                 [6-1] by MICROSOFT CORP. and directing defendant to file
                 oppositions by 8/10/98;  oppositions to motion(s) due by
                 8/10/98 in 1:98-cv-01232, in 1:98-cv-01233 ; directing
                 plaintiffs to file replies to any oppositions by 8/24/98;
                 reply to motion(s) due by 8/24/98 in 1:98-cv-01232, in
                 1:98-cv-01233 ; directing that the trial on the merits is
                 advanced and consolidated with the hearing on preliminary
                 injunctions; and setting trial on the merits and plaintiffs
                 applications for preliminary injunctions for 9/8/98 at
                 10:00 am.    (N) (rew) [1:98cv1232 1:98cv1233]

5/22/98   --     RESPONSE by plaintiff USA in 1:98-cv-01232 to motion to
                 consolidate this action for all purposes with New York ex
                 rel. Vacco, et al. v. Microsoft Corporation, Civil Action
                 No. 98-1233 [7-1] by MICROSOFT CORP. (tth)
                 [Entry date 05/26/98] [1:98cv1232]

5/22/98   --     RESPONSE by plaintiff USA in 1:98-cv-01232 to motion to
                 extend time to respond to Plaintiff's Motion for
                 Preliminary Injunction [6-1] by MICROSOFT CORP., motion for
                 entry of a scheduling order providing defendant with
                 adequate time to conduct discovery before filing its
                 response [6-2] by MICROSOFT CORP. (tth)
                 [Entry date 05/26/98] [1:98cv1232]

5/22/98   10     ATTORNEY APPEARANCE  for defendant MICROSOFT CORP. in
                 1:98-cv-01233 by John Lehman Warden (tth)
                 [Entry date 05/27/98] [1:98cv1233]

5/22/98   11     RESPONSE by plaintiffs in 1:98-cv-01233 to motion to extend
                 time to respond to Plaintiffs' Motion for a Preliminary
                 Injunction [5-1] by MICROSOFT CORP. in 1:98-cv-01233 (tth)
                 [Entry date 05/27/98] [1:98cv1232 1:98cv1233]

5/26/98   9      ORDER  by Judge Thomas P. Jackson  : granting motion for
                 leave to file overlength brief of approximately 75 total
                 pages for its Memorandum of the United States in Support of
                 Motion for Preliminary Injunction [3-1] by USA in
                 1:98-cv-01232 (N) (rew) [1:98cv1232 1:98cv1233]

5/26/98   --     MOTION filed by defendant MICROSOFT CORP. in 1:98-cv-01232
                 for Richard J. Urowsky, to appear pro hac vice ( Sullivan
                 & Cromwell, 125 Broad Street, New York, NY 10004, (212)
                 558-4000) (tth) [Entry date 05/27/98] [1:98cv1232]

5/26/98   --      MOTION filed by defendant MICROSOFT CORP. in 1:98-cv-01232
                  for Richard C. Pepperman, II, to appear pro hac vice (
                  Sullivan & Cromwell, 125 Broad Street, New York, NY 10004,
                  (212) 558-4000) (tth) [Entry date 05/27/98] [1:98cv1232]

5/27/98   12      ORDER  by Judge Thomas P. Jackson  : granting motion for
                  Richard C. Pepperman, II, to appear pro hac vice ( Sullivan
                  & Cromwell, 125 Broad Street, New York, NY 10004, (212)
                  558-4000) [16-1] by MICROSOFT CORP. in 1:98-cv-01232 (N)
                  (rew) [Entry date 05/28/98] [1:98cv1232 1:98cv1233]

5/27/98   13      ORDER  by Judge Thomas P. Jackson  : granting motion for
                  Richard J. Urowsky, to appear pro hac vice ( Sullivan &
                  Cromwell, 125 Broad Street, New York, NY 10004, (212)
                  558-4000) [15-1] by MICROSOFT CORP. in 1:98-cv-01232 (N)
                  (rew) [Entry date 05/28/98] [1:98cv1232 1:98cv1233]

5/27/98   32      STIPULATION AND PROTECTIVE ORDER filed and fiated  by Judge
                  Thomas P. Jackson regarding . (N) (rew)
                  [Entry date 08/04/98] [1:98cv1232 1:98cv1233]

5/28/98   14      ORDER  by Judge Thomas P. Jackson ,granting application to
                  admit pro hac vice Steven L. Holley, Steven L. Holley,
                  Sullivan and Cromwell 125 Broad St. New York, New York
                  10004. (N) (rew) [1:98cv1232 1:98cv1233]

5/28/98   --      MOTION filed by defendant MICROSOFT CORP. in 1:98-cv-01232
                  to maintain under seal certain confidential documents (tth)
                  [Entry date 06/01/98] [1:98cv1232]

5/29/98   --      MOTION filed by defendant MICROSOFT CORP. in 1:98-cv-01232
                  for Robin D. Fessel to appear pro hac vice (Sullivan &
                  Cromwell, 125 Broad Street, New York, NY 10004, (212)
                  558-4000) (tth) [Entry date 06/01/98] [1:98cv1232]

5/29/98   --      MOTION filed by defendant MICROSOFT CORP. in 1:98-cv-01232
                  for Stephanie G. Wheeler, to appear pro hac vice (Sullivan
                  & Cromwell, 125 Broad Street, New York, NY 10004, (212)
                  558-4000) (tth) [Entry date 06/01/98] [1:98cv1232]

5/29/98   --      MOTION filed by defendant MICROSOFT CORP. in 1:98-cv-01232
                  for Theodore Edelman, to appear pro hac vice ( Sullivan &
                  Cromwell, 125 Broad Street, New York, NY 10004, (212)
                  558-4000) (tth) [Entry date 06/01/98] [1:98cv1232]

5/29/98   --      MOTION filed by defendant MICROSOFT CORP. in 1:98-cv-01232
                  for Michael Lacovara, to appear pro hac vice ( Sullivan &
                  Cromwell, 125 Broad Street, New York, NY 10004, (212)
                  558-4000) (tth) [Entry date 06/01/98] [1:98cv1232]

6/3/98    --      MOTION filed by defendant MICROSOFT CORP. in 1:98-cv-01232
                  for William H. Neukom, to appear pro hac vice ( MICROSOFT
                  CORPORATION, Law and Corporate Affairs, One Microsoft Way,
                  Redmond, WA 98052, (425) 936-8080) (tth)

Proceedings Include All Events.                                                    CM/ECF
1:98cv1233 STATE OF NEW YORK, et al v. MICROSOFT CORP.               CONSOL TYPE A

                    [Entry date 06/04/98] [1:98cv1232]

6/3/98     --      MOTION filed by defendant MICROSOFT CORP. in 1:98-cv-01232
                   for David A. Heiner, Jr. to appear pro hac vice (
                   MICROSOFT CORPORATION, Law and Corporate Affairs, One
                   Microsoft Way, Redmond, WA 98052, (425) 936-8080) (tth)
                   [Entry date 06/04/98] [1:98cv1232]

6/3/98     --      MOTION filed by defendant MICROSOFT CORP. in 1:98-cv-01232
                   for Thomas W. Burt, to appear pro hac vice ( MICROSOFT
                   CORPORATION, Law and Corporate Affairs, One Microsoft Way,
                   Redmond, WA 98052, (425) 936-8080) (tth)
                   [Entry date 06/04/98] [1:98cv1232]

6/3/98     --      MOTION filed by defendant MICROSOFT CORP. in 1:98-cv-01232
                   for Steven J. Aeschbacher, to appear pro hac vice (
                   MICROSOFT CORPORATION, Law and Corporate Affairs, One
                   Microsoft Way, Redmond, WA 98052, (425) 936-8080) (tth)
                   [Entry date 06/04/98] [1:98cv1232]

6/3/98     --      MOTION filed by defendant MICROSOFT CORP. in 1:98-cv-01232
                   for Diane D'Arcangelo, to appear pro hac vice ( MICROSOFT
                   CORPORATION, Law and Corporate Affairs, One Microsoft Way,
                   Redmond, WA 98052, (425) 936-8080) (tth)
                   [Entry date 06/04/98] [1:98cv1232]

6/8/98     --      MEMORANDUM  by plaintiff USA in 1:98-cv-01232 in opposition
                   to motion to maintain under seal certain confidential
                   documents [24-1] by MICROSOFT CORP. (tb)
                   [Entry date 06/09/98] [1:98cv1232]

6/8/98     15      ATTORNEY APPEARANCE  for movant BLOOMBERG NEWS in
                   1:98-cv-01233 by Bloomberg New (tth) [Entry date 06/09/98]
                   [1:98cv1233]

6/8/98     --      MOTION JOINDER by movant BLOOMBERG NEWS in 1:98-cv-01232
                   joining in motion for NEW YORK TIMES CO to intervene [8-1]
                   (bj) [Entry date 07/09/98] [Edit date 07/09/98]
                   [1:98cv1232]

6/9/98     --      STATUS HEARING  before Judge Thomas P. Jackson , pretrial
                   conference set for 10:00 9/3/98 in 1:98-cv-01232, in
                   1:98-cv-01233 before Judge Jackson ;pretrial statements are
                   due 8-31-98. Reporter: P. Merana (rew) [1:98cv1232
                   1:98cv1233]

6/9/98     16      ORDER  by Judge Thomas P. Jackson  : granting motion for
                   Diane D'Arcangelo, to appear pro hac vice ( MICROSOFT
                   CORPORATION, Law and Corporate Affairs, One Microsoft Way,
                   Redmond, WA 98052, (425) 936-8080) [29-1] by MICROSOFT
                   CORP. in 1:98-cv-01232 (N) (rew) [Entry date 06/11/98]
                   [1:98cv1232 1:98cv1233]

Case 1:98-cv-01233-CKK   Document 211   Filed 08/27/01   Page 15 of 88

Proceedings Include All Events.                                          CM/ECF
1:98cv1233 STATE OF NEW YORK, et al v. MICROSOFT CORP.           CONSOL TYPE A

6/9/98    17      ORDER  by Judge Thomas P. Jackson  : granting motion for
                  Steven J. Aeschbacher, to appear pro hac vice ( MICROSOFT
                  CORPORATION, Law and Corporate Affairs, One Microsoft Way,
                  Redmond, WA 98052, (425) 936-8080) [28-1] by MICROSOFT
                  CORP. in 1:98-cv-01232 (N) (rew) [Entry date 06/11/98]
                  [1:98cv1232 1:98cv1233]

6/9/98    18      ORDER  by Judge Thomas P. Jackson  : granting motion for
                  Thomas W. Burt, to appear pro hac vice ( MICROSOFT
                  CORPORATION, Law and Corporate Affairs, One Microsoft Way,
                  Redmond, WA 98052, (425) 936-8080) [27-1] by MICROSOFT
                  CORP. in 1:98-cv-01232 (N) (rew) [Entry date 06/11/98]
                  [1:98cv1232 1:98cv1233]

6/9/98    19      ORDER  by Judge Thomas P. Jackson  : granting motion for
                  David A. Heiner, Jr. to appear pro hac vice ( MICROSOFT
                  CORPORATION, Law and Corporate Affairs, One Microsoft Way,
                  Redmond, WA 98052, (425) 936-8080) [26-1] by MICROSOFT
                  CORP. in 1:98-cv-01232 (N) (rew) [Entry date 06/11/98]
                  [1:98cv1232 1:98cv1233]

6/9/98    20      ORDER  by Judge Thomas P. Jackson  : granting motion for
                  William H. Neukom, to appear pro hac vice ( MICROSOFT
                  CORPORATION, Law and Corporate Affairs, One Microsoft Way,
                  Redmond, WA 98052, (425) 936-8080) [25-1] by MICROSOFT
                  CORP. in 1:98-cv-01232 (N) (rew) [Entry date 06/11/98]
                  [1:98cv1232 1:98cv1233]

6/9/98    21      ORDER  by Judge Thomas P. Jackson  : granting motion for
                  Michael Lacovara, to appear pro hac vice ( Sullivan &
                  Cromwell, 125 Broad Street, New York, NY 10004, (212)
                  558-4000) [23-1] by MICROSOFT CORP. in 1:98-cv-01232 (N)
                  (rew) [Entry date 06/11/98] [1:98cv1232 1:98cv1233]

6/9/98    22      ORDER  by Judge Thomas P. Jackson  : granting motion for
                  Theodore Edelman, to appear pro hac vice ( Sullivan &
                  Cromwell, 125 Broad Street, New York, NY 10004, (212)
                  558-4000) [22-1] by MICROSOFT CORP. in 1:98-cv-01232 (N)
                  (rew) [Entry date 06/11/98] [1:98cv1232 1:98cv1233]

6/9/98    23      ORDER  by Judge Thomas P. Jackson  : granting motion for
                  Stephanie G. Wheeler, to appear pro hac vice (Sullivan &
                  Cromwell, 125 Broad Street, New York, NY 10004, (212)
                  558-4000) [21-1] by MICROSOFT CORP. in 1:98-cv-01232 (N)
                  (rew) [Entry date 06/11/98] [1:98cv1232 1:98cv1233]

6/9/98    24      ORDER  by Judge Thomas P. Jackson  : granting motion for
                  Robin D. Fessel to appear pro hac vice (Sullivan &
                  Cromwell, 125 Broad Street, New York, NY 10004, (212)
                  558-4000) [20-1] by MICROSOFT CORP. in 1:98-cv-01232 (N)
                  (rew) [Entry date 06/11/98] [1:98cv1232 1:98cv1233]

6/9/98    --    RESPONSE  by plaintiff USA in 1:98-cv-01232 in opposition
                to motion to maintain under seal certain confidential
                documents [24-1] by MICROSOFT CORP. . (tb)
                [Entry date 06/11/98] [1:98cv1232]

6/11/98   --    TRANSCRIPT filed  for date(s) of 05/22/98.  Reporter:
                Phylilis Merana (tb) [Entry date 06/15/98]
                [Edit date 06/15/98] [1:98cv1232]

6/11/98   --    TRANSCRIPT filed  for date(s) of 06/09/98.  Reporter:
                Phyllis Merana (tb) [Entry date 06/15/98] [1:98cv1232]

6/12/98   25    ORDER  by Judge Thomas P. Jackson , Pretrial Order #1,
                defendant shall file its answer by 7-28-98, defendant to
                file oppositions to plaintiffs motions for preliminary
                injunction by 8-10-98 and plaintiffs to reply by 8-24-98,
                lists of witnesses for trial by 8-21-98, pretrial
                statements by 8-31-98 and setting pretrial for 9-3-98 at
                10:00 am, and instructions to counsel on conduct of the
                trial and subponas for witnesses, and service of discovery
                requests and responses and pretrial submissions. (N) (rew)
                [1:98cv1232 1:98cv1233]

6/15/98   --    REPLY  by defendant MICROSOFT CORP. in 1:98-cv-01232 to
                motion to maintain under seal certain confidential
                documents [24-1] by MICROSOFT CORP. (tb)
                [Entry date 06/16/98] [1:98cv1232]

6/19/98   --    MEMORANDUM  by defendant MICROSOFT CORP. in 1:98-cv-01232
                in opposition to join motion [32-1] by BLOOMBERG NEWS (tb)
                [Entry date 06/22/98] [1:98cv1232]

6/26/98   --    REPLY  by movant BLOOMBERG NEWS in 1:98-cv-01232 to
                response to join motion [32-1] by BLOOMBERG NEWS (tb)
                [Entry date 06/29/98] [1:98cv1232]

7/17/98   26    AMENDED COMPLAINT by plaintiffs in 1:98-cv-01233 [1-1] . (tb)
                [Entry date 07/20/98] [Edit date 07/20/98] [1:98cv1233]

7/28/98   27    ANSWER TO COMPLAINT [1-1] by defendant MICROSOFT CORP. in
                1:98-cv-01233. (tb) [Entry date 07/29/98] [1:98cv1233]

7/28/98   28    COUNTERCLAIM by defendant MICROSOFT CORP. in 1:98-cv-01233
                against plaintiffs in 1:98-cv-01233 (tb)
                [Entry date 07/29/98] [1:98cv1233]

7/28/98   29    RULE 109 Certificate of disclosure of corporate
                affiliations and financial interests by defendant MICROSOFT
                CORP. in 1:98-cv-01233 (tb) [Entry date 07/29/98]
                [1:98cv1233]

7/31/98   --    MOTION filed by plaintiff USA in 1:98-cv-01232 to compel
                discovery (tb) [Entry date 08/03/98] [1:98cv1232]

7/31/98   30        MEMORANDUM  by plaintiff USA in 1:98-cv-01232, plaintiffs
                    STATE OF NEW YORK in 1:98-cv-01233, STATE OF CALIFORNIA in
                    1:98-cv-01233, STATE OF CONNECTICUT in 1:98-cv-01233, DC in
                    1:98-cv-01233, STATE OF FLORIDA in 1:98-cv-01233, STATE OF
                    ILLINOIS in 1:98-cv-01233, STATE OF IOWA in 1:98-cv-01233,
                    STATE OF KANSAS in 1:98-cv-01233, STATE OF KENTUCKY in
                    1:98-cv-01233, STATE OF LOUISIANA in 1:98-cv-01233, STATE OF
                    MARYLAND in 1:98-cv-01233, COMMONWEALTH OF MASS in
                    1:98-cv-01233, STATE OF MICHIGAN in 1:98-cv-01233, STATE OF
                    MINNESOTA in 1:98-cv-01233, STATE OF NEW MEXICO in
                    1:98-cv-01233, STATE NC in 1:98-cv-01233, STATE OF OHIO in
                    1:98-cv-01233, STATE SC in 1:98-cv-01233, STATE OF UTAH in
                    1:98-cv-01233, STATE OF WV in 1:98-cv-01233, STATE OF
                    WISCONSIN in 1:98-cv-01233 in support of motion to compel
                    discovery [51-1] by USA in 1:98-cv-01232; exhibits
                    (B,C,D,F,H,I) (tb) [Entry date 08/03/98]
                    [Edit date 08/03/98] [1:98cv1232 1:98cv1233]

7/31/98   31        MOTION filed by plaintiff USA in 1:98-cv-01232, plaintiffs
                    STATE OF NEW YORK in 1:98-cv-01233, plaintiff STATE OF
                    CALIFORNIA in 1:98-cv-01233, STATE OF CONNECTICUT in
                    1:98-cv-01233, DC in 1:98-cv-01233, STATE OF FLORIDA in
                    1:98-cv-01233, STATE OF ILLINOIS in 1:98-cv-01233, STATE OF
                    IOWA in 1:98-cv-01233, STATE OF KANSAS in 1:98-cv-01233,
                    STATE OF KENTUCKY in 1:98-cv-01233, STATE OF LOUISIANA in
                    1:98-cv-01233, STATE OF MARYLAND in 1:98-cv-01233,
                    COMMONWEALTH OF MASS in 1:98-cv-01233, STATE OF MICHIGAN in
                    1:98-cv-01233, STATE OF MINNESOTA in 1:98-cv-01233, STATE OF
                    NEW MEXICO in 1:98-cv-01233, STATE NC in 1:98-cv-01233,
                    STATE OF OHIO in 1:98-cv-01233, STATE SC in 1:98-cv-01233,
                    STATE OF UTAH in 1:98-cv-01233, STATE OF WV in
                    1:98-cv-01233, STATE OF WISCONSIN in 1:98-cv-01233 to file
                    under seal exhibits; (EXHIBITS A, E, AND G FILED UNDER
                    SEAL) (tb) [Entry date 08/03/98] [Edit date 10/15/98]
                    [1:98cv1232 1:98cv1233]

7/31/98   --        MOTION filed by defendant MICROSOFT CORP. in 1:98-cv-01232
                    to modify stipulation and protective order; declaration
                    (1); exhibits (2); (EXHIBITS TO DECLARATION LOGGED UNDER
                    SEAL) (tb) [Entry date 08/04/98] [1:98cv1232]

8/4/98    --        MOTION filed by defendant MICROSOFT CORP. in 1:98-cv-01232
                    for protective order; declarations (2); exhibits (7) (tb)
                    [Entry date 08/05/98] [Edit date 08/05/98] [1:98cv1232]

8/4/98    --        MEMORANDUM  by defendant MICROSOFT CORP. in 1:98-cv-01232
                    in opposition to motion to compel discovery [51-1] by USA;
                    exhibit (1) (tb) [Entry date 08/05/98] [1:98cv1232]

Case 1:98-cv-01233-CKK   Document 211   Filed 08/27/01   Page 18 of 88

Proceedings Include All Events.                                    CM/ECF
1:98cv1233 STATE OF NEW YORK, et al v. MICROSOFT CORP.        CONSOL TYPE A

8/5/98    33    RESPONSE  by plaintiff USA in 1:98-cv-01232, plaintiffs
                STATE OF NEW YORK in 1:98-cv-01233, plaintiff STATE OF
                CALIFORNIA in 1:98-cv-01233, plaintiff STATE OF CONNECTICUT
                in 1:98-cv-01233, plaintiff DC in 1:98-cv-01233, plaintiff
                STATE OF FLORIDA in 1:98-cv-01233, plaintiff STATE OF
                ILLINOIS in 1:98-cv-01233, plaintiff STATE OF IOWA in
                1:98-cv-01233, plaintiff STATE OF KANSAS in 1:98-cv-01233,
                plaintiff STATE OF KENTUCKY in 1:98-cv-01233, plaintiff
                STATE OF LOUISIANA in 1:98-cv-01233, plaintiff STATE OF
                MARYLAND in 1:98-cv-01233, plaintiff COMMONWEALTH OF MASS
                in 1:98-cv-01233, plaintiff STATE OF MICHIGAN in
                1:98-cv-01233, plaintiff STATE OF MINNESOTA in
                1:98-cv-01233, plaintiff STATE OF NEW MEXICO in
                1:98-cv-01233, plaintiff STATE NC in 1:98-cv-01233,
                plaintiff STATE OF OHIO in 1:98-cv-01233, plaintiff STATE
                SC in 1:98-cv-01233, plaintiff STATE OF UTAH in
                1:98-cv-01233, plaintiff STATE OF WV in 1:98-cv-01233,
                plaintiff STATE OF WISCONSIN in 1:98-cv-01233 in opposition
                to motion to modify stipulation and protective order [55-1]
                by MICROSOFT CORP. in 1:98-cv-01232; exhibits (2) (tb)
                [Entry date 08/06/98] [1:98cv1232 1:98cv1233]

8/6/98    --    STATUS HEARING  before Judge Thomas P. Jackson ,Plaintiffs
                motion to compel discovery is granted, defendants motion
                for a protective order is denied, motion of the plaintiff
                to file certain exhibits under seal is granted, holding in
                abeyance defendants motion to modify stipulation and
                protective order, and granting defendants mot to maintain
                under seal certain documents. Reporter: Dave Kasdan
                (Miller) (rew) [1:98cv1232 1:98cv1233]

8/6/98    34    ORDER  by Judge Thomas P. Jackson  : denying motion for
                protective order [56-1] by MICROSOFT CORP. in
                1:98-cv-01232, granting motion to file under seal exhibits
                [53-1] by by plaintiff in 1:98-cv-01232, 1:98-cv-01233 and
                directing Exhibits A,E,and G of plaintiffs memorandum in
                support of motion to compel discovery be filed under seal,
                granting motion to compel discovery [51-1] by USA in
                1:98-cv-01232 and directing defendant to produce certain
                materials, make William Gates available for deposition
                commencing on 8-12-98 and within 3 days of this Order
                schedule remaining depositions, granting motion to maintain
                under certain confidential documents [24-1] by MICROSOFT
                CORP. in 1:98-cv-01232, and holding in abeyance defendants
                motion to modify the 5-27-98 stipulated protective order.
                (N) (rew) [1:98cv1232 1:98cv1233]

8/6/98    35    PRETRIAL ORDER #2  by Judge Thomas P. Jackson ,with
                instructions to counsel on modification of pretrial order
                #1, mandatory expert disclosures and discovery, use of
                diposition testimony at trial, technical demonstrations at
                trial, and identification of witnesses/submission of direct
                testimony. (N) (rew) [1:98cv1232 1:98cv1233]

Proceedings Include All Events.                                      CM/ECF
1:98cv1233 STATE OF NEW YORK, et al v. MICROSOFT CORP.        CONSOL TYPE A

8/6/98   --    MEMORANDUM  by defendant MICROSOFT CORP. in 1:98-cv-01232
               in support of proposed pretrial order No. 2 [60-1]; (fiat)
               JACKSON, J.; exhibits (3) (tb) [Entry date 08/07/98]
               [1:98cv1232]

8/6/98   36    REPLY  by plaintiff USA in 1:98-cv-01232, plaintiff STATE
               OF NEW YORK in 1:98-cv-01233, plaintiff STATE OF CALIFORNIA
               in 1:98-cv-01233, plaintiff STATE OF CONNECTICUT in
               1:98-cv-01233, plaintiff DC in 1:98-cv-01233, plaintiff
               STATE OF FLORIDA in 1:98-cv-01233, plaintiff STATE OF
               ILLINOIS in 1:98-cv-01233, plaintiff STATE OF IOWA in
               1:98-cv-01233, plaintiff STATE OF KANSAS in 1:98-cv-01233,
               plaintiff STATE OF KENTUCKY in 1:98-cv-01233, plaintiff
               STATE OF LOUISIANA in 1:98-cv-01233, plaintiff STATE OF
               MARYLAND in 1:98-cv-01233, plaintiff COMMONWEALTH OF MASS
               in 1:98-cv-01233, plaintiff STATE OF MICHIGAN in
               1:98-cv-01233, plaintiff STATE OF MINNESOTA in
               1:98-cv-01233, plaintiff STATE OF NEW MEXICO in
               1:98-cv-01233, plaintiff STATE NC in 1:98-cv-01233,
               plaintiff STATE OF OHIO in 1:98-cv-01233, plaintiff STATE
               SC in 1:98-cv-01233, plaintiff STATE OF UTAH in
               1:98-cv-01233, plaintiff STATE OF WV in 1:98-cv-01233,
               plaintiff STATE OF WISCONSIN in 1:98-cv-01233 in support of
               motion to compel [51-1]; exhibits (1,3); (EXHIBIT 2 FILED
               UNDER SEAL) (tb) [Entry date 08/07/98] [1:98cv1232
               1:98cv1233]

8/6/98   37    MEMORANDUM  by plaintiff USA in 1:98-cv-01232, plaintiff
               STATE OF NEW YORK in 1:98-cv-01233, plaintiff STATE OF
               CALIFORNIA in 1:98-cv-01233, plaintiff STATE OF CONNECTICUT
               in 1:98-cv-01233, plaintiff DC in 1:98-cv-01233, plaintiff
               STATE OF FLORIDA in 1:98-cv-01233, plaintiff STATE OF
               ILLINOIS in 1:98-cv-01233, plaintiff STATE OF IOWA in
               1:98-cv-01233, plaintiff STATE OF KANSAS in 1:98-cv-01233,
               plaintiff STATE OF KENTUCKY in 1:98-cv-01233, plaintiff
               STATE OF LOUISIANA in 1:98-cv-01233, plaintiff STATE OF
               MARYLAND in 1:98-cv-01233, plaintiff COMMONWEALTH OF MASS
               in 1:98-cv-01233, plaintiff STATE OF MICHIGAN in
               1:98-cv-01233, plaintiff STATE OF MINNESOTA in
               1:98-cv-01233, plaintiff STATE OF NEW MEXICO in
               1:98-cv-01233, plaintiff STATE NC in 1:98-cv-01233,
               plaintiff STATE OF OHIO in 1:98-cv-01233, plaintiff STATE
               SC in 1:98-cv-01233, plaintiff STATE OF UTAH in
               1:98-cv-01233, plaintiff STATE OF WV in 1:98-cv-01233,
               plaintiff STATE OF WISCONSIN in 1:98-cv-01233 in opposition
               to motion for protective order [56-1] by MICROSOFT CORP. in
               1:98-cv-01232 (tb) [Entry date 08/07/98] [1:98cv1232
               1:98cv1233]

8/6/98   --    MOTION filed by movant NETSCAPE COMMMUN in 1:98-cv-01232
               for leave to file opposition to defendant MICROSOFT CORP
               motion to modify stipulation and protective order; exhibit
               (3) (tb) [Entry date 08/07/98] [Edit date 12/15/98]
               [1:98cv1232]

Proceedings Include All Events.                                    CM/ECF
1:98cv1233 STATE OF NEW YORK, et al v. MICROSOFT CORP.     CONSOL TYPE A

8/6/98    38     MEMORANDUM  by plaintiff USA in 1:98-cv-01232, plaintiffs
                 in 1:98-cv-01233 in support of plaintiffs' proposed
                 pretrial order no. 2 & opposition to defendant Microsoft's
                 proposed pretrial order no. 2 (cjp) [Entry date 08/10/98]
                 [1:98cv1232 1:98cv1233]

8/7/98    --     MOTION filed by Non Party NETWORK COMPUTER INC in
                 1:98-cv-01232 for leave to file response in opposition to
                 motion of MICROSOFT CORP to modify stipulation and
                 portective order; (fiat) JACKSON, J.; EXHIBIT (RESPONSE &
                 R109 CERTIFICATE) (tb) [Entry date 08/11/98]
                 [Edit date 08/11/98] [1:98cv1232]

8/7/98    41     TRANSCRIPT filed for discovery status call held on date(s)
                 of August 06, 1998. Reporter: David A. Kasdan (jmf)
                 [Entry date 08/12/98] [1:98cv1232 1:98cv1233]

8/10/98   --     MOTION filed by defendant MICROSOFT CORP. in 1:98-cv-01232
                 to file excess pages limitation to their motion for summary
                 jugdment; (fiat) JACKSON, J.; EXHIBITS (MOTION); APPENDIX
                 I,II & STATEMENT OF MATERIAL OF FACTS P&A'S  LODGED UNDER
                 SEAL (fiat 8/11/98) JACKSON, J. (tb) [Entry date 08/11/98]
                 [Edit date 08/13/98] [1:98cv1232]

8/10/98   --     MEMORANDUM  by defendant MICROSOFT CORP. in 1:98-cv-01232
                 in opposition to motion for preliminary injunction [2-1] by
                 USA (tb) [Entry date 08/11/98] [1:98cv1232]

8/10/98   --     MEMORANDUM  by defendant MICROSOFT CORP. in 1:98-cv-01232
                 in opposition to motion for preliminary injunction [2-1] by
                 USA; (FILED UNDER SEAL) (tb) [Entry date 08/11/98]
                 [1:98cv1232]

8/11/98   --     MOTION HEARING   before Judge Thomas P. Jackson , motion of
                 New York Times and joined by Seattle Times to attend
                 deposition of William Gates heard and taken under
                 advisement. Reporter: P. Merana (rew) [1:98cv1232 1:98cv1233]

8/11/98   39     ORDER  by Judge Thomas P. Jackson  : granting motion to
                 file excess pages limitation to their motion for summary
                 jugdment [66-1] by MICROSOFT CORP. in 1:98-cv-01232 (N) (rew)
                 [Edit date 08/11/98] [1:98cv1232 1:98cv1233]

8/11/98   40     ORDER  by Judge Thomas P. Jackson, granting in part motion
                 of prospective intervenors to enforce a "right of access",
                 and directing intervenors and public shall be admitted to
                 all depositions to be taken to the extent space is
                 available, with instructions as to an interlocutory appeal,
                 and all depositions are stayed pending presentation by
                 intervenors and the parties of an agreed form of order
                 establishing protocol for affording access to pretrial
                 deposition and protecting the interests of the parties. (N)
                 (rew) [1:98cv1232 1:98cv1233]

Proceedings Include All Events.                                    CM/ECF
1:98cv1233 STATE OF NEW YORK, et al v. MICROSOFT CORP.        CONSOL TYPE A


8/11/98  --   MOTION filed by defendant MICROSOFT CORP. in 1:98-cv-01232
              for summary judgment; appendixes (2); (APPENDIX I & II
              FILED UNDER SEAL) (fiat) JACKSON, J. (cjp)
              [Entry date 08/13/98] [1:98cv1232]

8/11/98  --   MOTION filed by movant SEATTLE TIMES in 1:98-cv-01232
              joining in the motion of the New York Times Co for leave to
              intervene EXHIBIT (R109 & INTERVENTION COMPLAINT)
              (ADMINISTRATIVELY FILED ONLY) (cjp) [Entry date 08/13/98]
              [1:98cv1232]

8/11/98  --   MOTION filed by movant REUTERS AMERICA, INC. in
              1:98-cv-01232 for leave to intervene as a non-party and
              notice of joinder in motion of the New York Times for
              emergency relief EXHIBIT (R109 & INTERVENTION COMPLAINT)
              (ADMINISTRATIVELY FILED) (cjp) [Entry date 08/13/98]
              [1:98cv1232]

8/11/98  --   MOTION (EMERGENCY) filed by movant SEATTLE TIMES in
              1:98-cv-01232, movant ZDTV LLC in 1:98-cv-01232, movant
              ZDNET in 1:98-cv-01232, movant NEW YORK TIMES CO in
              1:98-cv-01232 for order enforcing 15 USC Section 30;
              exhibits (4) (fiat) JACKSON, J. (ADMINISTRATIVELY FILED)
              (cjp) [Entry date 08/13/98] [Edit date 08/13/98]
              [1:98cv1232]

8/11/98  --   MEMORANDUM  by defendant MICROSOFT CORP. in 1:98-cv-01232
              in opposition to motion for order enforcing 15 USC Section
              30 [79-1] by NEW YORK TIMES CO, ZDNET, ZDTV LLC, SEATTLE
              TIMES (cjp) [Entry date 08/13/98] [1:98cv1232]

8/11/98  --   MOTION filed by movant BLOOMBERG NEWS in 1:98-cv-01232  to
              join the pending emergency motion for an order enforcing 15
              USC Section 30 by the New York Times Company, ZDTV, LLC,
              ZDNET, & The Seattle Times (ADMINISTRATIVELY FILED) (cjp)
              [Entry date 08/13/98] [1:98cv1232]

8/11/98  --   MOTION filed by movant SAN JOSE MERCURY NEW in 1:98-cv-01232
              to intervene as a non-party and join in the opposition to
              the motion of defendant Microsoft Corporation to maintain
              documents under seal; declaration (1) (ADMINISTRATIVELY
              FILED) (tb) [Entry date 08/20/98] [Edit date 08/24/98]
              [1:98cv1232]

8/12/98  --   MOTION filed by defendant MICROSOFT CORP. in 1:98-cv-01232
              to stay case pending Appeal as to movant NEW YORK TIMES CO
              in 1:98-cv-01232 (tb) [1:98cv1232]

8/12/98  --   STATUS HEARING  before Judge Thomas P. Jackson , motion of
              defendant to stay case pending appeal of 8-11-98 order
              heard and denied. Reporter: P. Merana (rew) [1:98cv1232
              1:98cv1233]

Docket as of June 13, 2002 9:27 am               Page 21

Proceedings Include All Events.                                      CM/ECF
1:98cv1233 STATE OF NEW YORK, et al v. MICROSOFT CORP.        CONSOL TYPE A

8/12/98  42    ORDER  by Judge Thomas P. Jackson  : denying motion to stay
               case pending Appeal as to movant NEW YORK TIMES CO in
               1:98-cv-01232 [73-1] by MICROSOFT CORP. in 1:98-cv-01232
               (N) (tb) [1:98cv1232 1:98cv1233]

8/12/98  43    NOTICE OF APPEAL by defendant MICROSOFT CORP. in
               1:98-cv-01233 from order [40-1], entered on: 08/11/98; NO
               FEES PAID; copies mailed to Alan R. Kusinitz, Daryl A.
               Libow, John L. Warden, Lee J. Levine & David P. Murray (tb)
               [Edit date 08/13/98] [1:98cv1233]

8/12/98  --    TRANSMITTED PRELIMINARY RECORD on appeal [43-1] by
               MICROSOFT CORP.  to U.S. Court of Appeals (tb)
               [1:98cv1233]

8/12/98  --    MEMORANDUM  by movant NEW YORK TIMES CO in 1:98-cv-01232,
               movant SEATTLE TIMES in 1:98-cv-01232, movant ZDTV LLC in
               1:98-cv-01232, movant ZDNET in 1:98-cv-01232 in opposition
               to motion to stay case pending Appeal as to movant NEW YORK
               TIMES CO in 1:98-cv-01232 [73-1] by MICROSOFT CORP.
               (ADMINISTRATIVELY FILED) (cjp) [Entry date 08/13/98]
               [Edit date 02/25/99] [1:98cv1232]

8/12/98  --    RESPONSE (OPPOSITIONS) by plaintiff USA in 1:98-cv-01232 to
               motion to stay case pending Appeal as to movant NEW YORK
               TIMES CO in 1:98-cv-01232 [73-1] by MICROSOFT CORP. (cjp)
               [Entry date 08/13/98] [1:98cv1232]

8/12/98  --    REPLY by movant NEW YORK TIMES CO in 1:98-cv-01232, movant
               ZDTV LLC in 1:98-cv-01232, movant ZDNET in 1:98-cv-01232 in
               support of their motions [8-1] (ADMINISTRATIVELY FILED) (cjp)
               [Entry date 08/13/98] [1:98cv1232]

8/12/98  --    RESPONSE (OPPOSITIONS) by movant NEW YORK TIMES CO in
               1:98-cv-01232, movant ZDTV LLC in 1:98-cv-01232, movant
               ZDNET in 1:98-cv-01232 to motion to maintain under seal
               certain confidential documents [24-1] by MICROSOFT CORP.
               (ADMINISTRATIVELY FILED) (cjp) [Entry date 08/13/98]
               [1:98cv1232]

8/12/98  --    RESPONSE (OPPOSITIONS) by defendant MICROSOFT CORP. in
               1:98-cv-01232 to motion for NEW YORK TIMES CO to intervene
               [8-1] (ADMINISTRATIVELY FILED) (cjp) [Entry date 08/13/98]
               [1:98cv1232]

8/12/98  --    MOTION filed by movant ZDTV LLC in 1:98-cv-01232, movant
               ZDNET in 1:98-cv-01232 to join in the motion of The New
               York Times for leave to intervene EXHIBIT (R109 &
               INTERVENTION COMPLAINT) (ADMINISTRATIVELY FILED) (cjp)
               [Entry date 08/13/98] [Edit date 08/13/98] [1:98cv1232]

8/13/98  --    USDC appeal fee of $5.00 and USCA docketing fee of $100.00
               received, for appeal [43-1] by MICROSOFT CORP. , by
               defendant MICROSOFT CORP. in 1:98-cv-01233 . USCA notified.

Proceedings Include All Events.                                    CM/ECF
1:98cv1233 STATE OF NEW YORK, et al v. MICROSOFT CORP.      CONSOL TYPE A

                    (tb) [1:98cv1233]

8/13/98  --    TRANSMITTED supplemental record on appeal [43-1] by
               MICROSOFT CORP. (tb) [1:98cv1233]

8/13/98  44    ORDER  by Judge Thomas P. Jackson, granting movants THE NEW
               YOUK TIMES CO., ZDTV,LLC,ZDNET, THE SEATTLE TIMES, REUTERS
               AMERICA INC., and BLOOMBERG NEWS motions to intervene
               pursuant to FRCP 24(c) for the limited purposes of securing
               such rights of access as may be afforded by 15 USC 30, and
               directing the Clerk to enter movants appearance as parties
               in this action.(N) (rew) [Entry date 08/14/98]
               [1:98cv1232 1:98cv1233]

8/13/98  --    USCA # 98-5400 assigned for appeal [43-1] by MICROSOFT
               CORP. (tb) [Entry date 08/14/98] [1:98cv1233]

8/14/98  --    TRANSCRIPT filed  for date(s) of 08/11/98.  Reporter:
               Phyllis Merana (tb) [Entry date 08/17/98] [1:98cv1232]

8/14/98  --    TRANSCRIPT filed  for date(s) of 08/12/98.  Reporter:
               Phyllis Merana (tb) [Entry date 08/17/98] [1:98cv1232]

8/17/98  45    ANSWER TO COUNTERCLAIM [28-1], [28-2] by counter-defendants
               in 1:98-cv-01233 (tb) [Entry date 08/18/98] [1:98cv1233]

8/19/98  48    ERRATA RE: corrected response to plaintiff oral amendments
               to interrogatories of first set joint written
               interrogatories by defendant MICROSOFT CORP. in
               1:98-cv-01233, counter-claimant MICROSOFT CORP. in
               1:98-cv-01233; exhibit (1) (tb) [Entry date 08/20/98]
               [Edit date 08/20/98] [1:98cv1233]

8/20/98  46    STIPULATION OF BRIEFING AND ARGUMENT SCHEDULE filed and
               fiated by Judge Thomas P. Jackson plaintiffs answer to
               defendants motion for summary judgment due 8-28-98,
               defendants reply brief due 9-4-98, and argument set for
               9-8-98 at 9:30 am. (N) (rew) [Edit date 08/20/98]
               [1:98cv1232 1:98cv1233]

8/20/98  47    SCHEDULING ORDER  by Judge Thomas P. Jackson ,amending
               Pretrial Orders No.1 and 2, p laintiffs reply in support of
               motions for preliminary injunction due 8-28-98, plaintiffs
               to identify expert witnesses by 9-2-98, defendants expert
               witnesses by 9-4-98, depositions of expert witnesses after
               9-7-98 and no later than 9-17-98, witnesses lists due
               9-4-98, pretrial statements due 9-14-98, plaintiffs direct
               examinations by 9-17-98, and setting pretrial conference on
               9-17-98 at 10:00 am, and trial on 9-23-98 at 10:00 am. (N)
               (rew) [1:98cv1232 1:98cv1233]

8/20/98  --    SCHEDULING NOTICE: pretrial conference set for 10:00
               9/17/98 in 1:98-cv-01232, in 1:98-cv-01233 ; trial set for
               10:00 9/23/98 in 1:98-cv-01232, in 1:98-cv-01233 ; motion
               hearing set for 9:30 9/8/98 in 1:98-cv-01232, in
               1:98-cv-01233 ;  before Judge Thomas P. Jackson . (rew)
               [1:98cv1232 1:98cv1233]

8/20/98  --    STATUS HEARING  before Judge Thomas P. Jackson , counsel
               agree to briefing and argument schedule. Reporter: P.
               Merana (rew) [1:98cv1232 1:98cv1233]

8/26/98  --    MOTION filed by movant JERRY L. ROBINETT in 1:98-cv-01232
               for leave to file brief as amicus curiae; EXHIBIT (amicus
               brief) (tw) [Entry date 08/27/98] [1:98cv1232]

8/27/98  49    STIPULATED SUPPLEMENTAL BRIEFING AND ARGUMENT SCHEDULE
               filed and fiated by Judge Thomas P. Jackson plaintiffs
               answering brief to defendants motion for summary judgment
               due 8-31-98, defendants reply due 9-8-98, argument set for
               9-11-98 at 9:30 AM. (N) (rew) [Entry date 08/28/98]
               [1:98cv1232 1:98cv1233]

8/28/98  --    SCHEDULING NOTICE: response to motion for summary judgment
               due 8/31/98 in 1:98-cv-01232, in 1:98-cv-01233 reply motion
               for summary judgment due 9/8/98 in 1:98-cv-01232, in
               1:98-cv-01233 ; motion hearing set for 9:30 9/11/98 in
               1:98-cv-01232, in 1:98-cv-01233 ;  before Judge Thomas P.
               Jackson . (rew) [1:98cv1232 1:98cv1233]

8/31/98  50    RESPONSE  by plaintiff states' in 1:98-cv-01233 in
               opposition to motion for summary judgment [76-1] by
               MICROSOFT CORP. in 1:98-cv-01232. (tb) [Entry date 09/01/98]
               [1:98cv1232 1:98cv1233]

8/31/98  --    MOTION filed by plaintiff USA in 1:98-cv-01232 for leave to
               file overlength brief for plaintiff's joint response to
               defendant's motion for summary judgment and reply in support
               of motions for preliminary injunction; EXHIBIT (
               BRIEF/REPLY/EXHIBITS ) (tb) [Entry date 09/01/98]
               [Edit date 09/01/98] [1:98cv1232]

8/31/98  --    NOTICE OF FILING RE: merger effective 09/01/98 between
               Genesis Law Group and Skjerven Morrill, MacPherson,
               Franklin & Friel, LLP by movant SAN JOSE MERCURY NEW in
               1:98-cv-01232 (tb) [Entry date 09/01/98] [1:98cv1232]

9/1/98   --    RESPONSE (PUBLIC VERSION) by plaintiff USA in 1:98-cv-01232
               to motion for summary judgment [76-1] by MICROSOFT CORP. (tb)
               [Entry date 09/03/98] [Edit date 09/03/98] [1:98cv1232]

9/1/98   --    REPLY (PUBLIC VERSION) by plaintiff USA in 1:98-cv-01232 to
               motion for preliminary injunction [2-1] by USA (tb)
               [Entry date 09/03/98] [1:98cv1232]

Proceedings Include All Events.                                        CM/ECF
1:98cv1233 STATE OF NEW YORK, et al v. MICROSOFT CORP.        CONSOL TYPE A

9/1/98    --    RESPONSE by plaintiff USA in 1:98-cv-01232 to motion for
                summary judgment [76-1] by MICROSOFT CORP.;
                (RESPONSE/EXHIBITS/DECLARATIONS FILED UNDER SEAL) (tb)
                [Entry date 09/03/98] [Edit date 09/03/98] [1:98cv1232]

9/1/98    --    REPLY by plaintiff USA in 1:98-cv-01232 to motion for
                preliminary injunction [2-1] by USA;
                (REPLY/EXHIBITS/DECLARATIONS FILED UNDER SEAL) (tb)
                [Entry date 09/03/98] [1:98cv1232]

9/2/98    --    ORDER  by Judge Thomas P. Jackson  : granting nunc pro tunc
                to 8-31-98 motion for leave to file overlength brief for
                plaintiff's joint response to defendant's motion for
                summary judgment and reply in support of motions for
                preliminary injunction [97-1] by USA  (N) (rew)
                [1:98cv1232]

9/2/98    --    MOTION filed by plaintiff USA in 1:98-cv-01232 to compel
                defendant MICROSOFT CORP to comply with discovery; exhibit
                I; EXHIBIT II (FILED UNDER SEAL) (tb) [Entry date 09/03/98]
                [1:98cv1232]

9/2/98    --    MOTION filed by defendant MICROSOFT CORP. in 1:98-cv-01232
                in limine to limit issues for trial; exhibits (2) (tb)
                [Entry date 09/03/98] [Edit date 09/03/98] [1:98cv1232]

9/3/98    --    MOTION filed by plaintiff USA in 1:98-cv-01232 for order
                directiing the filing of certain documents under seal (tb)
                [1:98cv1232]

9/3/98    51    ORDER  by Judge Thomas P. Jackson  : granting motion for
                order directiing the filing of certain documents under seal
                [101-1] by USA in 1:98-cv-01232, and Exhibit B is filed
                under seal. (N) (rew) [1:98cv1232 1:98cv1233]

Proceedings Include All Events.                                        CM/ECF
1:98cv1233 STATE OF NEW YORK, et al v. MICROSOFT CORP.        CONSOL TYPE A

9/3/98    52      MEMORANDUM  by plaintiff USA in 1:98-cv-01232, plaintiff
                  STATE OF NEW YORK in 1:98-cv-01233, plaintiff STATE OF
                  CALIFORNIA in 1:98-cv-01233, plaintiff STATE OF CONNECTICUT
                  in 1:98-cv-01233, plaintiff DC in 1:98-cv-01233, plaintiff
                  STATE OF FLORIDA in 1:98-cv-01233, plaintiff STATE OF
                  ILLINOIS in 1:98-cv-01233, plaintiff STATE OF IOWA in
                  1:98-cv-01233, plaintiff STATE OF KANSAS in 1:98-cv-01233,
                  plaintiff STATE OF KENTUCKY in 1:98-cv-01233, plaintiff
                  STATE OF LOUISIANA in 1:98-cv-01233, plaintiff STATE OF
                  MARYLAND in 1:98-cv-01233, plaintiff COMMONWEALTH OF MASS
                  in 1:98-cv-01233, plaintiff STATE OF MICHIGAN in
                  1:98-cv-01233, plaintiff STATE OF MINNESOTA in
                  1:98-cv-01233, plaintiff STATE OF NEW MEXICO in
                  1:98-cv-01233, plaintiff STATE NC in 1:98-cv-01233,
                  plaintiff STATE OF OHIO in 1:98-cv-01233, plaintiff STATE
                  SC in 1:98-cv-01233, plaintiff STATE OF UTAH in
                  1:98-cv-01233, plaintiff STATE OF WV in 1:98-cv-01233,
                  plaintiff STATE OF WISCONSIN in 1:98-cv-01233 in opposition
                  to motion in limine to limit issues for trial [102-1] by
                  MICROSOFT CORP. in 1:98-cv-01232 (tb) [1:98cv1232 1:98cv1233]

9/3/98    53      ORDER  by Judge Thomas P. Jackson  : granting in part
                  motion to compel defendant MICROSOFT CORP to comply with
                  discovery [100-1] by USA in 1:98-cv-01232, and defendant is
                  ordered to promptly respond to requests 3,4, and 5 of
                  plaintiffs third joint request for production, and
                  defendants motion to limit issues for trial is held in
                  abeyance until 9-17-98 pretrial conference. (N) (rew)
                  [1:98cv1232 1:98cv1233]

9/3/98    --      STATUS HEARING  before Judge Thomas P. Jackson , plaintiffs
                  motion to compel heard and granted in part and defendants
                  motion to limit taken under advisement. Reporter: P. Merana
                  (rew) [1:98cv1232 1:98cv1233]

9/3/98    --      MEMORANDUM  by defendant MICROSOFT CORP. in 1:98-cv-01232
                  in opposition to motion to compel defendant MICROSOFT CORP
                  to comply with discovery [100-1] by USA (tb)
                  [1:98cv1232]

9/3/98    --      MEMORANDUM  by defendant MICROSOFT CORP. in 1:98-cv-01232
                  in support of motion in limine to limit issues for trial
                  [102-1] by MICROSOFT CORP. (tb) [1:98cv1232]

9/4/98    --      WITNESS LIST by defendant MICROSOFT CORP. in 1:98-cv-01232
                  (tb) [Entry date 09/08/98] [1:98cv1232]

9/4/98   54    WITNESS LIST  by plaintiff USA in 1:98-cv-01232, plaintiff
               STATE OF NEW YORK in 1:98-cv-01233, plaintiff STATE OF
               CALIFORNIA in 1:98-cv-01233, plaintiff STATE OF CONNECTICUT
               in 1:98-cv-01233, plaintiff DC in 1:98-cv-01233, plaintiff
               STATE OF FLORIDA in 1:98-cv-01233, plaintiff STATE OF
               ILLINOIS in 1:98-cv-01233, plaintiff STATE OF IOWA in
               1:98-cv-01233, plaintiff STATE OF KANSAS in 1:98-cv-01233,
               plaintiff STATE OF KENTUCKY in 1:98-cv-01233, plaintiff
               STATE OF LOUISIANA in 1:98-cv-01233, plaintiff STATE OF
               MARYLAND in 1:98-cv-01233, plaintiff COMMONWEALTH OF MASS
               in 1:98-cv-01233, plaintiff STATE OF MICHIGAN in
               1:98-cv-01233, plaintiff STATE OF MINNESOTA in
               1:98-cv-01233, plaintiff STATE OF NEW MEXICO in
               1:98-cv-01233, plaintiff STATE NC in 1:98-cv-01233,
               plaintiff STATE OF OHIO in 1:98-cv-01233, plaintiff STATE
               SC in 1:98-cv-01233, plaintiff STATE OF UTAH in
               1:98-cv-01233, plaintiff STATE OF WV in 1:98-cv-01233,
               plaintiff STATE OF WISCONSIN in 1:98-cv-01233 (tb)
               [Entry date 09/08/98] [1:98cv1232 1:98cv1233]

9/4/98   55    SUPPLEMENTAL EXPERT DISCOVERY SCHEDULE STIPULATION filed
               and fiated by Judge Thomas P. Jackson Plaintiff to identify
               expert witnesses and disclosures by 9-3-98 and Defendant to
               identify expert witnesses and disclosures by 9/5/98 . (N)
               (rew) [Entry date 09/08/98] [1:98cv1232 1:98cv1233]

9/8/98   --    REPLY by defendant MICROSOFT CORP. in 1:98-cv-01232 in
               support of motion for summary judgment [76-1] by MICROSOFT
               CORP.; (EXHIBITS AND REPLY FILED UNDER SEAL) (tb)
               [1:98cv1232]

9/8/98   --    MOTION filed by defendant MICROSOFT CORP. in 1:98-cv-01232
               for leave to file public version of an overlength reply in
               support of motion for summary judgment; EXHIBIT (REPLY) (tb)
               [Entry date 09/09/98] [1:98cv1232]

9/9/98   56    ORDER  by Judge Thomas P. Jackson  : granting motion for
               leave to file public version of an overlength reply in
               support of motion for summary judgment [116-1] by MICROSOFT
               CORP. in 1:98-cv-01232 (N) (rew) [Entry date 09/10/98]
               [1:98cv1232 1:98cv1233]

9/9/98   --    REPLY (PUBLIC VERSION) by defendant MICROSOFT CORP. in
               1:98-cv-01232 in support of motion for summary judgment
               [76-1] by MICROSOFT CORP.; exhibits (7) (tb)
               [Entry date 09/10/98] [1:98cv1232]

9/10/98  --    OBJECTIONS by plaintiff USA in 1:98-cv-01232 to evidence
               submitted by defendant MICROSOFT in support of their motion
               for summary judgment [76-1] by MICROSOFT CORP.; (FILED
               UNDER SEAL) (tb) [Entry date 09/11/98] [1:98cv1232]

Proceedings Include All Events.                                        CM/ECF
1:98cv1233 STATE OF NEW YORK, et al v. MICROSOFT CORP.          CONSOL TYPE A

9/11/98   --    MOTION HEARING   before Judge Thomas P. Jackson, defendants
                motion for summary judgment heard and taken under
                advisement. Reporter: P.Merana (rew) [1:98cv1232 1:98cv1233]

9/14/98   57    MEMORANDUM AND ORDER  by Judge Thomas P. Jackson   :
                granting motion for summary judgment [76-1] by MICROSOFT
                CORP. in 1:98-cv-01232 on Plaintiff STATES third claim for
                relief and the claim is dismissed with prejudice and the
                motion for summary judgment is otherwise denied. (N)   (N)
                (rew) [1:98cv1232 1:98cv1233]

9/14/98   58    ORDER  by Judge Thomas P. Jackson ,amending scheduling
                order of 8-20-98      (N) (rew) [1:98cv1232 1:98cv1233]

9/14/98   59    STIPULATION filed and fiated  by Judge Thomas P. Jackson
                amending scheduling order of 8-20-98, expert witnesses to
                be deposed after 9-14-98 and not later than 10-9-98,
                pretrial statements due 10-6-98, plaintiffs to file direct
                examinations of witnesses by 10-9-98, final pretrial
                conference set 10-9-98 at 10:00 am and trial set for
                10-15-98 at 10:00 am . (N) (rew) [1:98cv1232 1:98cv1233]

9/14/98   60    ORDER  by Judge Thomas P. Jackson , granting defendants
                motion for leave to file supplemental memorandum in support
                of its motion for summary judgment. (N) (rew)
                [1:98cv1232 1:98cv1233]

9/14/98   --    MOTION filed by defendant MICROSOFT CORP. in 1:98-cv-01232
                for leave to file supplemental memorandum in support of
                motion for summary judgment; EHXIBIT (SUPPLEMENTAL
                MEMORANDUM) (tb) [Entry date 09/15/98] [1:98cv1232]

9/14/98   --    SUPPLEMENTAL MEMORANDUM  by defendant MICROSOFT CORP. in
                1:98-cv-01232 in support of motion for summary judgment
                [76-1] by MICROSOFT CORP. (tb) [Entry date 09/15/98]
                [1:98cv1232]

9/16/98   --    SCHEDULING NOTICE: status hearing set for 9:30 9/17/98 in
                1:98-cv-01232, in 1:98-cv-01233 ;  before Judge Thomas P.
                Jackson . (rew) [1:98cv1232 1:98cv1233]

9/16/98   --    MEMORANDUM (ADDENDUM) by plaintiff USA in 1:98-cv-01232 in
                support of motion for preliminary injunction [2-1] by USA;
                (EXHIBIT-A FILED UNDER SEAL) (tb) [Entry date 09/17/98]
                [1:98cv1232]

9/17/98   --    STATUS HEARING and pretrial before Judge Thomas P. Jackson
                ,defendants motion to limit issues for trial heard and
                denied without prejudice. Reporter: P. Merana (rew)
                [1:98cv1232 1:98cv1233]

9/17/98   61    ORDER  by Judge Thomas P. Jackson  : denying without
                prejudice motion in limine to limit issues for trial
                [102-1] by MICROSOFT CORP. in 1:98-cv-01232 (N) (rew)

Proceedings Include All Events.                                            CM/ECF
1:98cv1233 STATE OF NEW YORK, et al v. MICROSOFT CORP.            CONSOL TYPE A

                [1:98cv1232 1:98cv1233]

9/24/98   --    EMERGENCY MOTION filed by movant ORACLE CORPORATION in
                1:98-cv-01232 for protective order restraining MICROSOFT
                CORP from attempting to enforce subpoena; declarations (2);
                exhibits (7) (tb) [Entry date 09/25/98] [1:98cv1232]

9/25/98   --    MEMORANDUM by defendant MICROSOFT CORP. in 1:98-cv-01232 in
                opposition to motion for protective order restraining
                MICROSOFT CORP from attempting to enforce subpoena [129-1]
                by ORACLE CORPORATION; declaration (1); exhibits (5) (tb)
                [Entry date 09/28/98] [1:98cv1232]

9/28/98   --    REPLY by movant ORACLE CORPORATION in 1:98-cv-01232 in
                support of motion for protective order restraining
                MICROSOFT CORP from attempting to enforce subpoena [129-1]
                by ORACLE CORPORATION (tb) [Entry date 09/29/98]
                [1:98cv1232]

9/29/98   --    MOTION HEARING   before Judge Thomas P. Jackson , motion of
                movant ORACLE CORP. for protective order heard and taken
                under advisement. Reporter: P. Merana (rew) [1:98cv1232
                1:98cv1233]

9/29/98   62    ORDER by Judge Thomas P. Jackson  : granting in part and
                denying in part motion for protective order restraining
                MICROSOFT CORP from attempting to enforce subpoena [129-1]
                by ORACLE CORPORATION in 1:98-cv-01232, directing ORACLE
                CORP. to produce certain documents by 10-9-98 and by
                October 9 and 14 one or more wintesses for deposition and
                the Protective Order of 5-27-98 is applicable to all
                discovery produced by ORACLE CORP. (N) (rew)
                [1:98cv1232 1:98cv1233]

10/2/98   63    MOTION (RENEWED) filed by plaintiff USA in 1:98-cv-01232,
                plaintiffs states in 1:98-cv-01233; STATE OF NEW YORK, STATE
                OF CALIFORNIA, STATE OF CONNECTICUT, DC, STATE OF FLORIDA,
                STATE OF ILLINOIS, STATE OF IOWA, STATE OF KANSAS, STATE OF
                KENTUCKY, STATE OF LOUISIANA, STATE OF MARYLAND,
                COMMONWEALTH OF MASS, STATE OF MICHIGAN, STATE OF MINNESOTA,
                STATE OF NEW MEXICO, STATE NC, STATE OF OHIO, STATE SC,
                STATE OF UTAH, STATE OF WV, STATE OF WISCONSIN to compel
                defendant MICROSOFT CORP. to produce databases; (MEMORANDUM
                IN SUPPORT OF MOTION AND EXHIBIT FILED UNDER SEAL) (tb)
                [Entry date 10/05/98] [Edit date 10/05/98] [1:98cv1232
                1:98cv1233]

Proceedings Include All Events.                                          CM/ECF
1:98cv1233 STATE OF NEW YORK, et al v. MICROSOFT CORP.           CONSOL TYPE A

10/2/98  64    MOTION filed by plaintiff USA in 1:98-cv-01232, plaintiffs
               states in 1:98-cv-1233; STATE OF NEW YORK, STATE OF
               CALIFORNIA, STATE OF CONNECTICUT, DC, STATE OF FLORIDA,
               STATE OF ILLINOIS, STATE OF IOWA, STATE OF KANSAS, STATE OF
               KENTUCKY, STATE OF LOUISIANA, STATE OF MARYLAND,
               COMMONWEALTH OF MASS, STATE OF MICHIGAN, STATE OF
               MINNESOTA, STATE OF NEW MEXICO, STATE NC, STATE OF OHIO,
               STATE SC, STATE OF UTAH, STATE OF WV, STATE OF WISCONSIN
               to seal memorandum in support of renewed motion to compel
               MICROSOFT CORP. to produce databases and the attached
               exhibit (tb) [Entry date 10/05/98] [1:98cv1232 1:98cv1233]

10/5/98  65    MEMORANDUM (PUBLIC FILED VERSION) by plaintiff USA in
               1:98-cv-01232, plaintiff STATE OF NEW YORK in 1:98-cv-01233,
               plaintiff STATE OF CALIFORNIA in 1:98-cv-01233, plaintiff
               STATE OF CONNECTICUT in 1:98-cv-01233, plaintiff DC in
               1:98-cv-01233, plaintiff STATE OF FLORIDA in 1:98-cv-01233,
               plaintiff STATE OF ILLINOIS in 1:98-cv-01233, plaintiff
               STATE OF IOWA in 1:98-cv-01233, plaintiff STATE OF KANSAS in
               1:98-cv-01233, plaintiff STATE OF KENTUCKY in 1:98-cv-01233,
               plaintiff STATE OF LOUISIANA in 1:98-cv-01233, plaintiff
               STATE OF MARYLAND in 1:98-cv-01233, plaintiff COMMONWEALTH
               OF MASS in 1:98-cv-01233, plaintiff STATE OF MICHIGAN in
               1:98-cv-01233, plaintiff STATE OF MINNESOTA in
               1:98-cv-01233, plaintiff STATE OF NEW MEXICO in
               1:98-cv-01233, plaintiff STATE NC in 1:98-cv-01233,
               plaintiff STATE OF OHIO in 1:98-cv-01233, plaintiff STATE SC
               in 1:98-cv-01233, plaintiff STATE OF UTAH in 1:98-cv-01233,
               plaintiff STATE OF WV in 1:98-cv-01233, plaintiff STATE OF
               WISCONSIN in 1:98-cv-01233 in support of renewed motion to
               compel defendant MICROSOFT CORP. to produce databases
               [134-1] by USA in 1:98-cv-01232 and plaintiff states in
               1:98-cv-1233 (tb) [Entry date 10/06/98]
               [Edit date 10/06/98] [1:98cv1232 1:98cv1233]

10/6/98  66    PRETRIAL STATEMENTS (JOINT) by plaintiff USA in
               1:98-cv-01232, plaintiff states in 1:98-cv-01233 STATE OF NEW
               YORK , STATE OF CALIFORNIA, STATE OF CONNECTICUT, DC, STATE
               OF FLORIDA, STATE OF ILLINOIS, STATE OF IOWA , STATE OF
               KANSAS, STATE OF KENTUCKY, STATE OF LOUISIANA, STATE OF
               MARYLAND, COMMONWEALTH OF MASS , STATE OF MICHIGAN, STATE OF
               MINNESOTA, STATE OF NEW MEXICO, STATE NC , STATE OF OHIO,
               STATE SC, STATE OF UTAH , STATE OF WV , STATE OF WISCONSIN
               (tb) [Entry date 10/07/98] [Edit date 10/07/98]
               [1:98cv1232 1:98cv1233]

10/6/98  --    RESPONSE  by defendant MICROSOFT CORP. in 1:98-cv-01232 in
               opposition to motion to compel defendant MICROSOFT CORP. to
               produce databases [134-1] by plaintiff USA in 1:98-cv-1232
               and plaintiffs states in 1:98-cv-01233; exhibits (2) (tb)
               [Entry date 10/07/98] [1:98cv1232]

10/6/98  --    PRETRIAL STATEMENTS by defendant MICROSOFT CORP. in
               1:98-cv-01232; exhibit (1) (tb) [Entry date 10/07/98]

                [1:98cv1232]

10/8/98   --        MOTION filed by movant WASHINGTON POST CO. in
                    1:98-cv-01232, movant ASSOCIATED PRESS in 1:98-cv-01232,
                    movant DOW JONES & COMPANY in 1:98-cv-01232 for leave to
                    file to intervene; exhibit (1); EXHIBITS (COMPLAINT &
                    CERTIFICATION OF RULE 109 STATEMENT) (tb) [1:98cv1232]

10/8/98   67        REPLY by plaintiff USA in 1:98-cv-01232, plaintiff states
                    in 1:98-cv-1233; STATE OF NEW YORK, STATE OF CALIFORNIA,
                    STATE OF CONNECTICUT, DC, STATE OF FLORIDA, STATE OF
                    ILLINOIS, STATE OF IOWA, STATE OF KANSAS, STATE OF
                    KENTUCKY, STATE OF LOUISIANA, STATE OF MARYLAND,
                    COMMONWEALTH OF MASS, STATE OF MICHIGAN, STATE OF
                    MINNESOTA, STATE OF NEW MEXICO, STATE NC, STATE OF OHIO,
                    STATE SC, STATE OF UTAH, STATE OF WV, STATE OF WISCONSIN to
                    motion to compel defendant MICROSOFT CORP. to produce
                    databases [134-1] in 1:98-cv-01232; exhibit (1) (tb)
                    [1:98cv1232 1:98cv1233]

10/8/98   --        OBJECTIONS by defendant MICROSOFT CORP. in 1:98-cv-01232 to
                    plaintiffs' new requests for relief and attempt to expand
                    this case beyond the allegations in the complaints. (tth)
                    [Entry date 10/09/98] [1:98cv1232]

10/8/98   68        SCHEDULE OF WITNESSES filed by plaintiff USA in
                    1:98-cv-01232 and plaintiff STATES' in 1:98-cv-01233, (tth)
                    [Entry date 10/09/98] [Edit date 10/09/98] [1:98cv1232
                    1:98cv1233]

10/8/98   --        SCHEDULE OF WITNESSES filed by defendant MICROSOFT CORP. in
                    1:98-cv-01232 (tth) [Entry date 10/09/98] [1:98cv1232]

10/9/98   69        FINAL PRETRIAL ORDER  by Judge Thomas P. Jackson, adopting
                    and incorporating the parties pretrial statements and
                    schedules of witnesses and lists of exhibits, resetting
                    trial for 10-19-98 at 10:00 am, with instructions on order
                    of witnesses and notification to the Court, testimony of
                    witnesses, rebuttal and surrebuttal evidence, discovery,
                    evidence and the public record,  videotape and transcript
                    depositions as public record, and proposed findings and
                    conclusions following the close of evidence. (N) (rew)
                    [1:98cv1232 1:98cv1233]

10/9/98   70        ORDER  by Judge Thomas P. Jackson  : denying motion for
                    leave to file to intervene [140-1] by DOW JONES & COMPANY,
                    ASSOCIATED PRESS, WASHINGTON POST CO. in 1:98-cv-01232 (N)
                    (rew) [1:98cv1232 1:98cv1233]

Proceedings Include All Events.                                    CM/ECF
1:98cv1233 STATE OF NEW YORK, et al v. MICROSOFT CORP.        CONSOL TYPE A

10/9/98   71   SECOND AMENDED SCHEDULING ORDER  by Judge Thomas P. Jackson
               , allowing parties to exchange and file pretrial statements
               on 10-6-98, exchange and file schedules of witnesses by
               5:00 p.m. on 10/8/98, setting final pretrial conference for
               10-9-98 at 10:00 a.m., exchange final exhibit lists on
               10-10-98 and file lists on 10-13-98, serve and file direct
               examinations of witnesses and deposition designations on
               10-13-98. (N) (rew) [1:98cv1232 1:98cv1233]

10/9/98   72   ORDER  by Judge Thomas P. Jackson  : granting motion to
               compel defendant MICROSOFT CORP. to produce databases
               [134-1] by counter-defendant by plaintiff, in
               1:98-cv-01232, 1:98-cv-01233, and directing defendant to
               produce to plaintiffs by 5:00 p.m. on 10-12-98 exact
               duplicate of each of its own databases or by permitting
               plaintiffs access to the computer systems at a mutually
               agreeable time but no later than 10:00 a.m. on 10-14-98,
               and with instructions on failure to comply. (N) (rew)
               [1:98cv1232 1:98cv1233]

10/9/98   --   STATUS HEARING  before Judge Thomas P. Jackson , joint
               motion to continue trial granted, trial reset for 10:00
               10/19/98 in 1:98-cv-01232, in 1:98-cv-01233 ; motion to
               interven denied, plaintiffs motion to compel granted.
               Reporter: P.Merana (rew) [1:98cv1232 1:98cv1233]

10/9/98   --   MOTION filed by defendant MICROSOFT CORP. in 1:98-cv-01232
               for leave of court to initiate discovery concerning new
               witnesses (tb) [Entry date 10/13/98]
               [Edit date 10/13/98] [1:98cv1232]

10/9/98   --   MOTION filed by defendant MICROSOFT CORP. in 1:98-cv-01232
               to continue trial to 11/02/98 to address testimony of
               plaintiff's new trial witnesses (tb) [Entry date 10/13/98]
               [1:98cv1232]

10/9/98   --   MOTION filed by defendant MICROSOFT CORP. in 1:98-cv-01232
               for leave of court to alter its witness list (tb)
               [Entry date 10/13/98] [1:98cv1232]

10/13/98  --   MOTION filed by plaintiff USA in 1:98-cv-01232 for leave
               of court to conduct depositions of Microsoft's new
               witnesses (tb) [Entry date 10/14/98] [1:98cv1232]

10/13/98  --   RESPONSE by plaintiff USA in 1:98-cv-01232 to motion for
               leave of court to initiate discovery concerning new
               witnesses [149-1] by MICROSOFT CORP. (tb)
               [Entry date 10/14/98] [1:98cv1232]

10/13/98  --   RESPONSE  by plaintiff USA in 1:98-cv-01232 in opposition
               to motion to continue trial to 11/02/98 to address
               testimony of plaintiff's new trial witnesses [150-1] by
               MICROSOFT CORP. . (tb) [Entry date 10/14/98]
               [1:98cv1232]

Proceedings Include All Events.                                    CM/ECF
1:98cv1233 STATE OF NEW YORK, et al v. MICROSOFT CORP.        CONSOL TYPE A

10/13/98 73        ERRATA RE: appendixes B & C of plaintiff's pre-trial
                   statement filed on 10/06/98 by plaintiff USA in
                   1:98-cv-01232, and plaintiff states in 1:98-cv-1233; STATE
                   OF NEW YORK, STATE OF CALIFORNIA, STATE OF CONNECTICUT, DC,
                   STATE OF FLORIDA, STATE OF ILLINOIS, STATE OF IOWA, STATE
                   OF KANSAS, STATE OF KENTUCKY, STATE OF LOUISIANA, STATE OF
                   MARYLAND, COMMONWEALTH OF MASS, STATE OF MICHIGAN, STATE OF
                   MINNESOTA, STATE OF NEW MEXICO, STATE NC, STATE OF OHIO,
                   STATE SC, STATE OF UTAH, STATE OF WV, STATE OF WISCONSIN (tb)
                   [Entry date 10/14/98] [1:98cv1232 1:98cv1233]

10/13/98 74        MOTION filed by plaintiff USA in 1:98-cv-01232, and
                   plaintiff states in 1:98-cv-1233; STATE OF NEW YORK, STATE
                   OF CALIFORNIA, STATE OF CONNECTICUT, DC, STATE OF FLORIDA,
                   STATE OF ILLINOIS, STATE OF IOWA, STATE OF KANSAS, STATE OF
                   KENTUCKY, STATE OF LOUISIANA, STATE OF MARYLAND,
                   COMMONWEALTH OF MASS, STATE OF MICHIGAN, STATE OF
                   MINNESOTA, STATE OF NEW MEXICO, STATE NC, STATE OF OHIO,
                   STATE SC, STATE OF UTAH, STATE OF WV, STATE OF WISCONSIN
                   to place written direct testimony of witnesses temporarily
                   under seal until the day prior to the witness's court
                   appearance; exhibit (1) (tb) [Entry date 10/14/98]
                   [1:98cv1232 1:98cv1233]

10/13/98 --        NOTICE OF FILING RE: of testimony of: Edward W. Felten,
                   Professor David J. Farber, James A. Gosling, Franklin M.
                   Fisher, Glenn E. Weadock, David M. Colburn, John Soyring,
                   Frederick B. Warren-Boulton, Jim Barksdale, William Harris,
                   and Avadis Tevanian, Jr. by plaintiff USA in 1:98-cv-01232;
                   (FILED UNDER SEAL) (tb) [Entry date 10/14/98]
                   [1:98cv1232]

10/14/98 75        ORDER  by Judge Thomas P. Jackson  : granting motion to
                   place written direct testimony of witnesses temporarily
                   under seal until the day prior to the witness's court
                   appearance [156-1] by counter-defendantby plaintiff,
                        in 1:98-cv-01232, 1:98-cv-01233 (N)  (rew)
                   [1:98cv1232 1:98cv1233]

10/14/98 76        ORDER  by Judge Thomas P. Jackson  : granting motion for
                   leave of court to alter its witness list [151-1] by
                   MICROSOFT CORP. in 1:98-cv-01232, and substituting Eric
                   Engstrom and Robert Muglia for Thomas Reardon and Jeffrey
                   Raikes on defendant's schedule of witnesses filed 10-8-98.
                   (N)  (rew)  [1:98cv1232 1:98cv1233]

10/14/98 77        ORDER  by Judge Thomas P. Jackson  : denying motion to
                   continue trial to 11/02/98 to address testimony of
                   plaintiff's new trial witnesses [150-1] by MICROSOFT CORP.
                   in 1:98-cv-01232 (N)  (rew) [1:98cv1232 1:98cv1233]

Proceedings Include All Events.                                    CM/ECF
1:98cv1233 STATE OF NEW YORK, et al v. MICROSOFT CORP.        CONSOL TYPE A

10/14/98 78      ORDER by Judge Thomas P. Jackson : granting motion for
                 leave of court to conduct depositions of Microsoft's new
                 witnesses [152-1] by USA in 1:98-cv-01232 and plaintiffs
                 may take the deposition of Robert Muglia with instructions
                 to counsel, granting motion for leave of court to initiate
                 discovery concerning new witnesses [149-1] by MICROSOFT
                 CORP. in 1:98-cv-01232 and defendant may take the
                 depositions of Avadis Tevanian and James Gosling with
                 instructions to counsel. (N) (rew) [1:98cv1232 1:98cv1233]

10/14/98 --      SUPPLEMENTAL MEMORANDUM by defendant MICROSOFT CORP. in
                 1:98-cv-01232 in support of motion to continue trial to
                 11/02/98 to address testimony of plaintiff's new trial
                 witnesses [150-1] by MICROSOFT CORP. (tb)
                 [Entry date 10/15/98] [1:98cv1232]

10/14/98 --      EXHIBITS to be offered into evidence by defendant MICROSOFT
                 CORP. in 1:98-cv-01232; exhibit (1) (tb)
                 [Entry date 10/15/98] [1:98cv1232]

10/15/98 79      ERRATA RE: replacement pages of direct testimony of Richard
                 Warren-Boulton by plaintiff USA in 1:98-cv-01232, plaintiff
                 STATE OF NEW YORK in 1:98-cv-01233, plaintiff STATE OF
                 CALIFORNIA in 1:98-cv-01233, plaintiff STATE OF CONNECTICUT
                 in 1:98-cv-01233, plaintiff DC in 1:98-cv-01233, plaintiff
                 STATE OF FLORIDA in 1:98-cv-01233, plaintiff STATE OF
                 ILLINOIS in 1:98-cv-01233, plaintiff STATE OF IOWA in
                 1:98-cv-01233, plaintiff STATE OF KANSAS in 1:98-cv-01233,
                 plaintiff STATE OF KENTUCKY in 1:98-cv-01233, plaintiff
                 STATE OF LOUISIANA in 1:98-cv-01233, plaintiff STATE OF
                 MARYLAND in 1:98-cv-01233, plaintiff COMMONWEALTH OF MASS
                 in 1:98-cv-01233, plaintiff STATE OF MICHIGAN in
                 1:98-cv-01233, plaintiff STATE OF MINNESOTA in
                 1:98-cv-01233, plaintiff STATE OF NEW MEXICO in
                 1:98-cv-01233, plaintiff STATE NC in 1:98-cv-01233,
                 plaintiff STATE OF OHIO in 1:98-cv-01233, plaintiff STATE
                 SC in 1:98-cv-01233, plaintiff STATE OF UTAH in
                 1:98-cv-01233, plaintiff STATE OF WV in 1:98-cv-01233,
                 plaintiff STATE OF WISCONSIN in 1:98-cv-01233; (FILED UNDER
                 SEAL) (tb) [Entry date 10/16/98] [1:98cv1232 1:98cv1233]

10/16/98 --      MOTION (EMERGENCY) filed by plaintiff USA in 1:98-cv-01232
                 to compel Microsoft to provide the plaintiffs, including
                 their representatives currently located in Redmond, access
                 to all data in the OEM Query, OEM Sales, and other
                 responsive databases that relate to Windows or Internet
                 Explorer. (tth) [Entry date 10/19/98] [1:98cv1232]

10/16/98 --      MOTION filed by Non Party SUN MICROSYSTEMS INC in
                 1:98-cv-01232 to maintain confidential protection as
                 provided by the protective order; Exhibits (3); "Let this
                 be filed", JACKSON, J. (tth) [Entry date 10/19/98]
                 [1:98cv1232]

Proceedings Include All Events.                                    CM/ECF
1:98cv1233 STATE OF NEW YORK, et al v. MICROSOFT CORP.    CONSOL TYPE A

10/16/98 --        MEMORANDUM  by defendant MICROSOFT CORP. in 1:98-cv-01232
                   in opposition to emergency motion to compel Microsoft to
                   provide the plaintiffs, including their representatives
                   currently located in Redmond, access to all data in the OEM
                   Query, OEM Sales, and other responsive databases that
                   relate to Windows or Internet Explorer. [165-1] by USA (tb)
                   [Entry date 10/28/98] [1:98cv1232]

10/19/98 80        ORDER  by Judge Thomas P. Jackson upon stipulation of the
                   parties that defendant may file objections to plaintiffs
                   deposition designations and its rebuttal designations any
                   time prior to close of plaintiffs case and plaintiff to
                   file objections to defendant's deposition designations and
                   rebuttal designations any time prior to close of
                   defendant's case. (N) (rew) [1:98cv1232 1:98cv1233]

10/19/98 --        NON-JURY TRIAL   before Judge Thomas P. Jackson  begun and
                   continued to 10:00 10/20/98 in 1:98-cv-01232, in
                   1:98-cv-01233 .  reporter: P. Merana (rew) [1:98cv1232
                   1:98cv1233]

10/19/98 --        MOTION filed by Non Party NETWORK COMPUTER INC in
                   1:98-cv-01232 for protective order to maintain
                   confidentiality of documents and deposition transcript;
                   Exhibits (3) (tth) [Entry date 10/20/98] [1:98cv1232]

10/19/98 --        MOTION filed by defendant MICROSOFT CORP. in 1:98-cv-01232
                   in limine to exclude hearsay statements in the direct
                   examination of Jim Barksdale (tth) [Entry date 10/20/98]
                   [1:98cv1232]

10/19/98 --        MOTION filed by movant NETSCAPE COMMMUN in 1:98-cv-01232
                   for protective order preventing public disclosure of
                   certain portions of highly confidential business documents,
                   as well as portions of certain other documents which
                   contain information that Netscape is contractually
                   prevented from publicly disclosing. (tth)
                   [Entry date 10/20/98] [1:98cv1232]

10/19/98 --        MOTION filed by defendant MICROSOFT CORP. in 1:98-cv-01232
                   in limine to exclude evidence of a purported pattern or
                   routine corporate practice (tth) [Entry date 10/20/98]
                   [1:98cv1232]

10/19/98 --        MOTION filed by defendant MICROSOFT CORP. in 1:98-cv-01232
                   in limine to strike the government's improper deposition
                   designations (tth) [Entry date 10/20/98] [1:98cv1232]

10/19/98 87    REPLY by plaintiff USA in 1:98-cv-01232, plaintiff states
               in 1:98-cv-1233; STATE OF NEW YORK, STATE OF CALIFORNIA ,
               STATE OF CONNECTICUT , DC, STATE OF FLORIDA, STATE OF
               ILLINOIS, STATE OF IOWA , STATE OF KANSAS, STATE OF
               KENTUCKY, STATE OF LOUISIANA,STATE OF MARYLAND,
               COMMONWEALTH OF MASS , STATE OF MICHIGAN, STATE OF
               MINNESOTA, STATE OF NEW MEXICO, STATE NC , STATE OF OHIO,
               STATE SC, STATE OF UTAH ,STATE OF WV, STATE OF WISCONSIN in
               support of emergency motion to compel Microsoft to provide
               the plaintiffs, including their representatives currently
               located in Redmond, access to all data in the OEM Query,
               OEM Sales, and other responsive databases that relate to
               Windows or Internet Explorer. [165-1] by USA in
               1:98-cv-01232 (tb) [Entry date 10/28/98] [1:98cv1232
               1:98cv1233]

10/20/98 --    NON-JURY TRIAL   before Judge Thomas P. Jackson  resumed
               and continued to 10:00 10/21/98 in 1:98-cv-01232, in
               1:98-cv-01233  reporter: P. Merana (rew) [1:98cv1232
               1:98cv1233]

10/20/98 --    DIRECT Testimony of Jim Barksdale unsealed. (tth)
               [Entry date 10/21/98] [1:98cv1232]

10/20/98 81    RESPONSE  by plaintiff USA in 1:98-cv-01232 and Plaintiff
               STATES in 1:98-cv-01233 in opposition to motion in limine
               to exclude hearsay statements in the direct examination of
               Jim Barksdale [169-1] by MICROSOFT CORP. in 1:98-cv-01232.
               (tth) [Entry date 10/21/98] [1:98cv1232 1:98cv1233]

10/20/98 --    MOTION filed by defendant MICROSOFT CORP. in 1:98-cv-01232
               for protective order with respect to plaintiffs' Sixth
               Joint Request for Production of Documents (tth)
               [Entry date 10/21/98] [Edit date 10/21/98] [1:98cv1232]

10/20/98 82    RESPONSE  by plaintiff USA in 1:98-cv-01232, PLAINTIFF
               STATES in 1:98-cv-01233 in opposition to motion for
               protective order with respect to plaintiffs' Sixth Joint
               Request for Production of Documents [174-1] by MICROSOFT
               CORP. in 1:98-cv-01232; Attachment (1). (tth)
               [Entry date 10/21/98] [1:98cv1232 1:98cv1233]

10/21/98 83    ORDER  by Judge Thomas P. Jackson  : denying motion for
               protective order with respect to plaintiffs' Sixth Joint
               Request for Production of Documents [174-1] by MICROSOFT
               CORP. in 1:98-cv-01232, and directing that discovery
               related to plaintiffs'sixth request shall be completed by
               5:00 p.m. on 10-23-98 and plaintiff shall pay all costs,
               denying as moot plaintiffs Further Emergency Motion to
               Compel. (N) (rew) [1:98cv1232 1:98cv1233]

10/21/98 --    NON-JURY TRIAL   before Judge Thomas P. Jackson  resumed
               and continued to 10:00 10/22/98 in 1:98-cv-01232, in
               1:98-cv-01233  reporter: P.Merana (rew) [1:98cv1232

Proceedings Include All Events.                                    CM/ECF
1:98cv1233 STATE OF NEW YORK, et al v. MICROSOFT CORP.          CONSOL TYPE A

                1:98cv1233]

10/21/98 84     MOTION filed by plaintiff USA in 1:98-cv-01232, PLAINTIFF
                STATES in 1:98-cv-01233, for leave to file corrected
                witness statements of James and John Soyring; EXHIBITS
                (DIRECT TESTIMONY OF JAMES AND JOHN SOYRING - LODGED UNDER
                SEAL) (tth) [Entry date 10/22/98] [1:98cv1232 1:98cv1233]

10/22/98 --     NON-JURY TRIAL before Judge Thomas P. Jackson:  resumed and
                continued to 10:00 a.m. on 10/26/98 in 1:98-cv-01232, in
                1:98-cv-01233  reporter: Phyllis Merana (a.m.), David
                Kasdan (p.m.) (kmk) [Entry date 10/23/98] [1:98cv1232
                1:98cv1233]

10/22/98 85     ORDER  by Judge Thomas P. Jackson  : granting motion for
                leave to file corrected witness statements of James and
                John Soyring [177-1] by counter-defendantby plaintiff,
                  in 1:98-cv-01232, 1:98-cv-01233 (N) (rew)
                [Entry date 10/26/98] [1:98cv1232 1:98cv1233]

10/23/98 --     RESPONSE  by plaintiff USA in 1:98-cv-01232 in opposition
                to motion in limine to strike the government's improper
                deposition designations [172-1] by MICROSOFT CORP.;
                attachment (1) (tb) [Entry date 10/26/98] [1:98cv1232]

10/23/98 86     ORDER  by Judge Thomas P. Jackson  : granting motion to
                seal memorandum in support of renewed motion to compel
                MICROSOFT CORP. to produce databases and the attached
                exhibit [64-1] [135-1] by counter-defendantby plaintiff,
                       plaintiff in 1:98-cv-01232, 1:98-cv-01233 (N) (rew)
                [Entry date 10/26/98] [1:98cv1232 1:98cv1233]

10/26/98 --     NON-JURY TRIAL  before Judge Thomas P. Jackson  resumed
                and continued to 10:00 10/27/98 in 1:98-cv-01232, in
                1:98-cv-01233  reporter: Phyllis Merana (rew)
                [1:98cv1232 1:98cv1233]

10/26/98 --     MOTION filed by defendant MICROSOFT CORP. in 1:98-cv-01232
                for sanctions for the government's failure to produce a
                requested document before trial; exhibits (5) (tb)
                [Entry date 10/27/98] [1:98cv1232]

10/26/98 --     REPLY by defendant MICROSOFT CORP. in 1:98-cv-01232 in
                support of motion in limine to strike the government's
                improper deposition designations [172-1] by MICROSOFT CORP.
                (tb) [Entry date 10/27/98] [1:98cv1232]

10/26/98 --     RESPONSE by plaintiff USA in 1:98-cv-01232 to motion for
                sanctions for the government's failure to produce a
                requested document before trial [181-1] by MICROSOFT CORP.;
                exhibits (2) (tb) [Entry date 10/27/98] [1:98cv1232]

Docket as of June 13, 2002 9:27 am              Page 37

10/27/98 --    NON-JURY TRIAL   before Judge Thomas P. Jackson   resumed
               and continued to 10:00 10/28/98 in 1:98-cv-01232, in
               1:98-cv-01233  reporter: Phyllis Merana (rew)
               [1:98cv1232 1:98cv1233]

10/27/98 --    MOTION filed by defendant MICROSOFT CORP. in 1:98-cv-01232
               for a limited modification of the protective order;
               exhibits (5) (tb) [Entry date 10/28/98] [1:98cv1232]

10/27/98 --    MOTION filed by plaintiff USA in 1:98-cv-01232 for leave
               to file corrected direct testimony of Jim Barksdale;
               EXHIBIT (TESTIMONY) (tb) [Entry date 10/28/98]
               [1:98cv1232]

10/27/98 --    MOTION filed by movant COMPAQ COMPUTER CORP in
               1:98-cv-01232 for protective order; (fiat) J. JACKSON;
               exhibits (3) (tb) [Entry date 10/28/98] [1:98cv1232]

10/27/98 --    REMARK (tb) [Entry date 10/28/98] [1:98cv1233]

10/27/98 --    REMARK direct testimony of David M. Colburn unsealed, filed
               on 10/13/98 [157] by plaintiff USA (tb)
               [Entry date 10/28/98] [1:98cv1232]

10/28/98 88    ORDER  by Judge Thomas P. Jackson ,denying defendants
               motion in limine to strike the government's improper
               deposition designations [127-1] insofar as it relates to
               the deposition testimony of William Gates, and is held in
               abeyance in all other respects. (N) (rew) [1:98cv1232
               1:98cv1233]

10/28/98 --    NOTICE OF FILING RE: counterdesignation of testimony from
               the deposition of Bill Gates by defendant MICROSOFT CORP.
               in 1:98-cv-01232 (tb) [1:98cv1232]

10/28/98 --    REPLY by defendant MICROSOFT CORP. in 1:98-cv-01232 in
               support of motion for sanctions for the government's
               failure to produce a requested document before trial
               [181-1] by MICROSOFT CORP. (tb) [1:98cv1232]

10/28/98 --    REPLY by defendant MICROSOFT CORP. in 1:98-cv-01232 in
               support of motion for a limited modification of the
               protective order [186-1] by MICROSOFT CORP. (tb)
               [1:98cv1232]

10/28/98 --    NON-JURY TRIAL   before Judge Thomas P. Jackson, motion of
               defendant to modify protective order heard and granted,
               trial resumed and continued to 10:00 10/29/98 in
               1:98-cv-01232, in 1:98-cv-01233  reporter: Phyllis Merana
               (rew) [1:98cv1232 1:98cv1233]

Proceedings Include All Events.                                    CM/ECF
1:98cv1233 STATE OF NEW YORK, et al v. MICROSOFT CORP.          CONSOL TYPE A

10/28/98 89    ORDER  by Judge Thomas P. Jackson  : granting motion for a
               limited modification of the protective order [186-1] by
               MICROSOFT CORP. in 1:98-cv-01232, and allowing Thomas W.
               Burt access to certain documents produced by Sun
               Microsystems Inc. and to take the deposition of Dr. James
               A.Gosling.(N) (rew) [1:98cv1232 1:98cv1233]

10/28/98 90    ORDER  by Judge Thomas P. Jackson  : granting motion for
               leave to file corrected direct testimony of Jim Barksdale
               [187-1] by USA in 1:98-cv-01232 (N) (rew) [1:98cv1232
               1:98cv1233]

10/28/98 --    RESPONSE by Non Party SUN MICROSYSTEMS INC in 1:98-cv-01232
               in opposition to motion to modify stipulation and
               protective order [55-1] by MICROSOFT CORP.; exhibits (6) (tb)
               [Entry date 10/29/98] [1:98cv1232]

10/28/98 --    NOTICE OF FILING by plaintiff USA in 1:98-cv-01232 of
               direct testimony of Jim Barksdale. (kmk)
               [Entry date 10/27/99] [1:98cv1232]

10/29/98 --    NON-JURY TRIAL   before Judge Thomas P. Jackson  resumed
               and continued to 10:00 11/2/98 in 1:98-cv-01232, in
               1:98-cv-01233  reporter: Phyllis Merana (rew)
               [1:98cv1232 1:98cv1233]

10/30/98 --    MOTION filed by defendant MICROSOFT CORP. in 1:98-cv-01232
               in limine portions of the direct testimony of Avadis
               Tevanian, Jr.;  exhibits (3); (FILED UNDER SEAL) (tb)
               [Entry date 11/02/98] [Edit date 11/02/98] [1:98cv1232]

10/30/98 91    RESPONSE by plaintiff USA in 1:98-cv-01232, plaintiff
               states in 1:98-cv-1233; STATE OF NEW YORK, STATE OF
               CALIFORNIA , STATE OF CONNECTICUTn , DC, STATE OF FLORIDA,
               STATE OF ILLINOIS, STATE OF IOWA , STATE OF KANSAS, STATE
               OF KENTUCKY, STATE OF LOUISIANA, STATE OF MARYLAND,
               COMMONWEALTH OF MASS , STATE OF MICHIGAN, STATE OF
               MINNESOTA, STATE OF NEW MEXICO, STATE NC , STATE OF OHIO,
               STATE SC, STATE OF UTAH , STATE OF WV, STATE OF WISCONSIN
               to motion in limine to exclude evidence of a purported
               pattern or routine corporate practice [171-1] by MICROSOFT
               CORP. in 1:98-cv-01232; exhibits (22); (FILED UNDER SEAL)
               (tb) [Entry date 11/02/98] [Edit date 11/02/98]
               [1:98cv1232 1:98cv1233]

11/2/98  --    REMARK (tb) [1:98cv1233]

11/2/98  --    REMARK direct testimony of Avadis Tevanian, Jr. unsealed,
               filed on 10/13/98 [157] by plaintiff USA; exhibits (5) (tb)
               [Edit date 11/02/98] [1:98cv1232]

11/2/98  --    RESPONSE by plaintiff USA in 1:98-cv-01232 to motion in
               limine portions of the direct testimony of Avadis Tevanian,
               Jr. [196-1] by MICROSOFT CORP. (tb) [1:98cv1232]

11/2/98   --    REPLY by defendant MICROSOFT CORP. in 1:98-cv-01232 in
                support of motion in limine to exclude evidence of a
                purported pattern or routine corporate practice [171-1] by
                MICROSOFT CORP. (tb) [Entry date 11/03/98] [1:98cv1232]

11/2/98   --    NON-JURY TRIAL   before Judge Thomas P. Jackson   resumed
                and continued to 11:00 11/4/98 in 1:98-cv-01232, in
                1:98-cv-01233  reporter: Phyllis Merana (rew)
                [Entry date 11/04/98] [1:98cv1232 1:98cv1233]

11/4/98   --    NON-JURY TRIAL   before Judge Thomas P. Jackson   resumed
                and continued to 10:00 11/5/98 in 1:98-cv-01232, in
                1:98-cv-01233  reporter: Phyllis Merana (rew)
                [1:98cv1232 1:98cv1233]

11/4/98   --    MOTION filed by movant BOEING COMPANY in 1:98-cv-01232 to
                maintain confidential treatment of certain information
                produced by the Boeing Company in response to subpoena of
                Microsoft Corporation; exhibits (3); (fiat) J. JACKSON (tb)
                [Entry date 11/06/98] [1:98cv1232]

11/5/98   --    NON-JURY TRIAL   before Judge Thomas P. Jackson   resumed
                and continued to 10:00 11/9/98 in 1:98-cv-01232, in
                1:98-cv-01233  reporter: Phyllis Merana (rew)
                [1:98cv1232 1:98cv1233]

11/9/98   --    NON-JURY TRIAL   before Judge Thomas P. Jackson   resumed
                and continued to 10:00 11/10/98 in 1:98-cv-01232, in
                1:98-cv-01233  reporter: Phyllis Merana (rew)
                [Entry date 11/10/98] [1:98cv1232 1:98cv1233]

11/10/98  --    NON-JURY TRIAL   before Judge Thomas P. Jackson   resumed
                and continued to 10:00 11/12/98 in 1:98-cv-01232, in
                1:98-cv-01233  reporter: Phyllis Merana (rew)
                [1:98cv1232 1:98cv1233]

11/10/98  --    MOTION filed by defendant MICROSOFT CORP. in 1:98-cv-01232
                to strike the direct testimony of Avadis Tevanian, Jr.
                relating to alleged technical imcompatibilities; exhibits
                (4) (tb) [Entry date 11/12/98] [1:98cv1232]

11/12/98  --    NON-JURY TRIAL   before Judge Thomas P. Jackson   resumed
                and continued to 10:00 11/16/98 in 1:98-cv-01232, in
                1:98-cv-01233  reporter: Phyllis Merana (rew)
                [1:98cv1232 1:98cv1233]

Proceedings Include All Events.                                    CM/ECF
1:98cv1233 STATE OF NEW YORK, et al v. MICROSOFT CORP.        CONSOL TYPE A

11/12/98 92      ORDER  by Judge Thomas P. Jackson  : granting motion for
                 protective order preventing public disclosure of certain
                 portions of highly confidential business documents, as well
                 as portions of certain other documents which contain
                 information that Netscape is contractually prevented from
                 publicly disclosing. [170-1] by NETSCAPE COMMMUN in
                 1:98-cv-01232 and with instructions as to proposed exhibits
                 in Appendices A,B to Netscape Communications Corp's motion
                 . (N) (rew) [1:98cv1232 1:98cv1233]

11/16/98 --      REMARK direct testimony of John Soyring unsealed, filed on
                 10/13/98 [157] by plaintiff USA (tb) [1:98cv1232]

11/16/98 --      REMARK direct testimony of Glenn E. Weadock unsealed, filed
                 on 10/13/98 [157] by plaintiff USA (tb) [1:98cv1232]

11/16/98 --      NON-JURY TRIAL  before Judge Thomas P. Jackson  resumed
                 and continued to 10:00 11/17/98 in 1:98-cv-01232, in
                 1:98-cv-01233  reporter: P. Merana (rew) [1:98cv1232
                 1:98cv1233]

11/17/98 --      NON-JURY TRIAL  before Judge Thomas P. Jackson  resumed
                 and continued to 10:00 11/18/98 in 1:98-cv-01232, in
                 1:98-cv-01233  reporter: Phyllis Merana (rew)
                 [1:98cv1232 1:98cv1233]

11/17/98 --      MOTION filed by plaintiff USA in 1:98-cv-01232 for leave
                 to file corrected witness statment; EXHIBIT (CORRECTED
                 STATEMENT); (FILED UNDER SEAL) (tb) [Entry date 11/18/98]
                 [1:98cv1232]

11/18/98 --      NON-JURY TRIAL  before Judge Thomas P. Jackson  resumed
                 and continued to 10:00 11/19/98 in 1:98-cv-01232, in
                 1:98-cv-01233  reporter: Phyllis Merana (rew)
                 [1:98cv1232 1:98cv1233]

11/18/98 --      MOTION (EMERGENCY) filed by Non Party DELL COMPUTER CORP in
                 1:98-cv-01232 for protective order protecting trade
                 secrets/confidential business information from public
                 disclosure;(fiat) J. JACKSON; exhibits (11); declarations
                 (3) (tb) [Entry date 11/19/98] [Edit date 11/19/98]
                 [1:98cv1232]

11/18/98 --      MOTION (EMERGENCY) filed by Non Party INTL BUS MACHINE COR
                 in 1:98-cv-01232 for protective order to maintain
                 confidentially of documents; (fiat) J. JACKSON; exhibits
                 (10) (tb) [Entry date 11/19/98] [1:98cv1232]

11/19/98 --      NON-JURY TRIAL  before Judge Thomas P. Jackson  resumed
                 and continued to 10:00 11/23/98 in 1:98-cv-01232, in
                 1:98-cv-01233  reporter: Phyllis Merana (rew)
                 [1:98cv1232 1:98cv1233]

Proceedings Include All Events.                                        CM/ECF
1:98cv1233 STATE OF NEW YORK, et al v. MICROSOFT CORP.           CONSOL TYPE A

11/19/98 93      ORDER  by Judge Thomas P. Jackson  : granting nunc pro tunc
                 motion for leave to file corrected witness statment [204-1]
                 by USA in 1:98-cv-01232 (N) (rew) [1:98cv1232 1:98cv1233]

11/19/98 --      REMARK direct testimony of Frederick R. Warren-Boulton
                 unsealed, filed on 10/13/98 [157] by plaintiff USA (tb)
                 [1:98cv1232]

11/23/98 --      NON-JURY TRIAL   before Judge Thomas P. Jackson  resumed
                 and continued to 10:00 11/24/98 in 1:98-cv-01232, in
                 1:98-cv-01233  reporter: Phyllis Merana (rew)
                 [1:98cv1232 1:98cv1233]

11/23/98 94      MOTION filed by plaintiff USA in 1:98-cv-01232, plaintiff
                 STATE OF NEW YORK in 1:98-cv-01233, plaintiff STATE OF
                 CALIFORNIA in 1:98-cv-01233, plaintiff STATE OF CONNECTICUT
                 in 1:98-cv-01233, plaintiff DC in 1:98-cv-01233, plaintiff
                 STATE OF FLORIDA in 1:98-cv-01233, plaintiff STATE OF
                 ILLINOIS in 1:98-cv-01233, plaintiff STATE OF IOWA in
                 1:98-cv-01233, plaintiff STATE OF KANSAS in 1:98-cv-01233,
                 plaintiff STATE OF KENTUCKY in 1:98-cv-01233, plaintiff
                 STATE OF LOUISIANA in 1:98-cv-01233, plaintiff STATE OF
                 MARYLAND in 1:98-cv-01233, plaintiff COMMONWEALTH OF MASS
                 in 1:98-cv-01233, plaintiff STATE OF MICHIGAN in
                 1:98-cv-01233, plaintiff STATE OF MINNESOTA in
                 1:98-cv-01233, plaintiff STATE OF NEW MEXICO in
                 1:98-cv-01233, plaintiff STATE NC in 1:98-cv-01233,
                 plaintiff STATE OF OHIO in 1:98-cv-01233, plaintiff STATE
                 SC in 1:98-cv-01233, plaintiff STATE OF UTAH in
                 1:98-cv-01233, plaintiff STATE OF WV in 1:98-cv-01233,
                 plaintiff STATE OF WISCONSIN in 1:98-cv-01233 to permit
                 limited supplemental cross-examination (tb)
                 [Entry date 11/24/98] [1:98cv1232 1:98cv1233]

11/23/98 --      RESPONSE  by plaintiff USA in 1:98-cv-01232 in opposition
                 to motion to strike the direct testimony of Avadis
                 Tevanian, Jr. relating to alleged technical
                 imcompatibilities [202-1] by MICROSOFT CORP.; exhibits (6)
                 (tb) [Entry date 11/24/98] [1:98cv1232]

11/24/98 --      NON-JURY TRIAL   before Judge Thomas P. Jackson  resumed
                 and continued to 10:00 11/30/98 in 1:98-cv-01232, in
                 1:98-cv-01233  reporter: Phyllis Merana (rew)
                 [1:98cv1232 1:98cv1233]

11/24/98 95      STIPULATION filed and fiated  by Judge Thomas P. Jackson
                 re: protective order of 5-27-98 and IBM . (N) (rew)
                 [Entry date 11/25/98] [1:98cv1232 1:98cv1233]

11/24/98 96      STIPULATION filed and fiated  by Judge Thomas P. Jackson
                 re: protective order of 5-27-98 and Netscape Communications
                 Corp . (N) (rew) [Entry date 11/25/98] [1:98cv1232
                 1:98cv1233]

11/24/98 97    STIPULATION filed and fiated  by Judge Thomas P. Jackson
               re: protective order of 5-27-98 and Oracle Corp.☐☐(N) (rew)
               [Entry date 11/25/98] [1:98cv1232 1:98cv1233]

11/30/98 --    TRANSCRIPT filed  for date(s) of 10/19/98.  Reporter:
               Phyllis Merana (tb) [Entry date 12/01/98] [1:98cv1232]

11/30/98 --    TRANSCRIPT filed  for date(s) of 10/20/98.  Reporter:
               Phyllis Merana (tb) [Entry date 12/01/98] [1:98cv1232]

11/30/98 --    TRANSCRIPT filed  for date(s) of 10/21/98.  Reporter:
               Phyllis Merana (tb) [Entry date 12/01/98] [1:98cv1232]

11/30/98 --    TRANSCRIPT filed  for date(s) of 10/22/98.  Reporter:
               Phyllis Merana (tb) [Entry date 12/01/98] [1:98cv1232]

11/30/98 --    TRANSCRIPT filed  for date(s) of 10/26/98.  Reporter:
               Phyllis Merana (tb) [Entry date 12/01/98] [1:98cv1232]

11/30/98 --    TRANSCRIPT filed  for date(s) of 10/27/98.  Reporter:
               Phyllis Merana (tb) [Entry date 12/01/98] [1:98cv1232]

11/30/98 --    TRANSCRIPT filed  for date(s) of 10/28/98.  Reporter:
               Phyllis Merana (tb) [Entry date 12/01/98] [1:98cv1232]

11/30/98 --    TRANSCRIPT filed  for date(s) of 10/28/98.  Reporter:
               Phyllis Merana (tb) [Entry date 12/01/98] [1:98cv1232]

11/30/98 --    TRANSCRIPT filed  for date(s) of 11/02/98.  Reporter:
               Phyllis Merana (tb) [Entry date 12/01/98] [1:98cv1232]

11/30/98 --    TRANSCRIPT filed  for date(s) of 11/04/98.  Reporter:
               Phyllis Merana (tb) [Entry date 12/01/98] [1:98cv1232]

11/30/98 --    TRANSCRIPT filed  for date(s) of 11/05/98.  Reporter:
               Phyllis Merana (tb) [Entry date 12/01/98] [1:98cv1232]

11/30/98 --    TRANSCRIPT filed  for date(s) of 11/09/98.  Reporter:
               Phyllis Merana (tb) [Entry date 12/01/98] [1:98cv1232]

11/30/98 --    TRANSCRIPT filed  for date(s) of 11/10/98.  Reporter:
               Phyllis Merana (tb) [Entry date 12/01/98] [1:98cv1232]

11/30/98 --    TRANSCRIPT filed  for date(s) of 11/12/98.  Reporter:
               Phyllis Merana (tb) [Entry date 12/01/98] [1:98cv1232]

11/30/98 --    TRANSCRIPT filed  for date(s) of 11/16/98.  Reporter:
               Phyllis Merana (tb) [Entry date 12/01/98] [1:98cv1232]

11/30/98 --    TRANSCRIPT filed  for date(s) of 11/17/98.  Reporter:
               Phyllis Merana (tb) [Entry date 12/01/98] [1:98cv1232]

11/30/98 --    TRANSCRIPT filed  for date(s) of 11/18/98.  Reporter:
               Phyllis Merana (tb) [Entry date 12/01/98] [1:98cv1232]

Proceedings Include All Events.                                    CM/ECF
1:98cv1233 STATE OF NEW YORK, et al v. MICROSOFT CORP.        CONSOL TYPE A

11/30/98 --    TRANSCRIPT filed  for date(s) of 11/19/98.  Reporter:
               Phyllis Merana (tb) [Entry date 12/01/98] [1:98cv1232]

11/30/98 --    TRANSCRIPT filed  for date(s) of 11/23/98.  Reporter:
               Phyllis Merana (tb) [Entry date 12/01/98] [1:98cv1232]

11/30/98 --    TRANSCRIPT filed  for date(s) of 11/24/98.  Reporter:
               Phyllis Merana (tb) [Entry date 12/01/98] [1:98cv1232]

11/30/98 --    NON-JURY TRIAL   before Judge Thomas P. Jackson  resumed
               and continued to 10:00 12/1/98 in 1:98-cv-01232, in
               1:98-cv-01233  reporter: Phyllis Merana (rew)
               [Entry date 12/02/98] [1:98cv1232 1:98cv1233]

12/1/98  --    NON-JURY TRIAL   before Judge Thomas P. Jackson  resumed and
               continued to 10:00 12/2/98 in 1:98-cv-01232, in
               1:98-cv-01233.  Reporter: Phyllis Merana (gdf)
               [Edit date 12/08/98] [1:98cv1232 1:98cv1233]

12/1/98  --    REPLY by defendant MICROSOFT CORP. in 1:98-cv-01232 in
               support of motion to strike the direct testimony of Avadis
               Tevanian, Jr. relating to alleged technical
               imcompatibilities [202-1] by MICROSOFT CORP.; exhibit (1)
               (tb) [Entry date 12/02/98] [1:98cv1232]

12/2/98  --    REMARK direct testimony of James A. Gosling unsealed, filed
               on 10/13/98 [157] by plaintiff USA; exhibits (4) (tb)
               [1:98cv1232]

12/2/98  --    NON-JURY TRIAL   before Judge Thomas P. Jackson  resumed
               and continued to 10:00 12/3/98 in 1:98-cv-01232, in
               1:98-cv-01233  reporter: Phyllis Merana (rew)
               [1:98cv1232 1:98cv1233]

12/2/98  98    ORDER  by Judge Thomas P. Jackson, granting in part and
               striking designation of depositions of Phillip Barrett and
               Stephanie Reichel and the motion is denied without
               prejudice in all other respects. (N) (rew) [1:98cv1232
               1:98cv1233]

12/3/98  --    MEMORANDUM  by defendant MICROSOFT CORP. in 1:98-cv-01232
               in opposition to motion to permit limited supplemental
               cross-examination [209-1] by plaintiff and plaintiff states
               in 1:98-cv-1233 □ (tb) [1:98cv1232]

12/3/98  --    NON-JURY TRIAL   before Judge Thomas P. Jackson  resumed and
               continued to 10:00 a.m. on 12/8/98 in 1:98-cv-01232, in
               1:98-cv-01233.  Reporter: Phyllis Merana (gdf)
               [Edit date 12/08/98] [1:98cv1232 1:98cv1233]

Proceedings Include All Events.                                                    CM/ECF
1:98cv1233 STATE OF NEW YORK, et al v. MICROSOFT CORP.             CONSOL TYPE A

12/7/98   --    MOTION filed by defendant MICROSOFT CORP. in 1:98-cv-01232
                for leave of court to initiate discovery concerning AOL's
                recently announced acquisition of Netscape and strategic
                alliance with Sun (tb) [Entry date 12/08/98]
                [1:98cv1232]

12/8/98   --    NON-JURY TRIAL   before Judge Thomas P. Jackson   resumed
                and continued to 10:00 12/9/98 in 1:98-cv-01232, in
                1:98-cv-01233   reporter: P. Merana (rew) [1:98cv1232
                1:98cv1233]

12/8/98   --    REMARK direct testimony of David J. Farber unsealed, filed
                on 10/13/98 [157] by plaintiff USA (tb) [1:98cv1232]

12/9/98   --    NON-JURY TRIAL   before Judge Thomas P. Jackson   resumed
                and continued to 10:00 12/10/98 in 1:98-cv-01232, in
                1:98-cv-01233   reporter: Phyllis Merana (rew)
                [1:98cv1232 1:98cv1233]

12/9/98   99    REPLY by plaintiff USA in 1:98-cv-01232, and plaintiff
                states in☐1:98-cv-01233; STATE OF NEW YORK , STATE OF
                CALIFORNIA, STATE OF CONNECTICUT, DC, STATE OF FLORIDA,
                STATE OF ILLINOIS, STATE OF IOWA, STATE OF KANSAS, STATE OF
                KENTUCKY, STATE OF LOUISIANA, STATE OF MARYLAND,
                COMMONWEALTH OF MASS, STATE OF MICHIGAN, STATE OF
                MINNESOTA, STATE OF NEW MEXICO, STATE NC, STATE OF OHIO,
                STATE SC, STATE OF UTAH, STATE OF WV, STATE OF WISCONSIN in
                support of motion to permit limited supplemental
                cross-examination [209-1] by counter-defendantby plaintiff,
                counter-defendant, plaintiff, counter-defendant, plaintiff,
                counter-defendant, plaintiff, counter-defendant, plaintiff,
                counter-defendant, plaintiff, counter-defendant, plaintiff,
                counter-defendant, plaintiff, counter-defendant, plaintiff,
                counter-defendant, plaintiff, counter-defendant, plaintiff,
                counter-defendant, plaintiff, counter-defendant, plaintiff,
                counter-defendant, plaintiff, counter-defendant, plaintiff,
                counter-defendant, plaintiff, counter-defendant, plaintiff,
                counter-defendant, plaintiff, counter-defendant, plaintiff,
                counter-defendant, plaintiff, counter-defendant, plaintiff
                in 1:98-cv-01232 (tb) [Entry date 12/10/98] [1:98cv1232
                1:98cv1233]

12/9/98   --    MOTION filed by plaintiff USA in 1:98-cv-01232 for
                production of written direct testimony of defendants
                witnesses (tb) [Entry date 12/10/98] [1:98cv1232]

12/10/98 100    STIPULATION filed and fiated  by Judge Thomas P. Jackson in
                case CA98-1233 between the STATE OF SOUTH CAROLINA and
                MICROSOFT CORP. withdrawing without prejudice all claims in
                the first amended complaint and withdrawing MICROSOFT'S
                counterclaim . (N) (rew) [Edit date 12/10/98]
                [1:98cv1233]

Proceedings Include All Events.                                      CM/ECF
1:98cv1233 STATE OF NEW YORK, et al v. MICROSOFT CORP.          CONSOL TYPE A

12/10/98 --     NON-JURY TRIAL   before Judge Thomas P. Jackson   resumed
                and continued to 10:00 12/14/98 in 1:98-cv-01232, in
                1:98-cv-01233  reporter: Phyllis Merana (rew)
                [1:98cv1232 1:98cv1233]

12/10/98 --     RESPONSE by defendant MICROSOFT CORP. in 1:98-cv-01232 to
                motion for production of written direct testimony of
                defendants witnesses [239-1] by USA (tth)
                [Entry date 12/11/98] [1:98cv1232]

12/14/98 --     REMARK direct testimony of Edward W. Felten unsealed, filed
                on 10/13/98 [157] by plaintiff USA (tb) [1:98cv1232
                1:98cv1233]

12/14/98 --     NON-JURY TRIAL   before Judge Thomas P. Jackson   resumed
                and continued to 10:00 12/15/98 in 1:98-cv-01232, in
                1:98-cv-01233  reporter: P. Merana (rew) [1:98cv1232
                1:98cv1233]

12/14/98 --     REPLY by plaintiff USA in 1:98-cv-01232 in support of
                motion for production of written direct testimony of
                defendants witnesses [239-1] by USA (tb) [1:98cv1232]

12/15/98 101    ORDER  by Judge Thomas P. Jackson  : denying motion for
                production of written direct testimony of defendants
                witnesses [239-1] by USA in 1:98-cv-01232, and defendant
                shall in accordance with Pretrial Order #2 serve direct
                examinations by 1-7-99. (N) (rew) [1:98cv1232 1:98cv1233]

12/15/98 --     NON-JURY TRIAL   before Judge Thomas P. Jackson   resumed
                and continued to 10:00 12/16/98 in 1:98-cv-01232, in
                1:98-cv-01233  reporter: Phyllis Merana (rew)
                [1:98cv1232 1:98cv1233]

12/16/98 --     MOTION filed by defendant MICROSOFT CORP. in 1:98-cv-01232
                in limine the deposition testimony of Phil Schiller (tb)
                [Entry date 12/17/98] [1:98cv1232]

12/16/98 --     RESPONSE by plaintiff USA in 1:98-cv-01232 to motion for
                leave of court to initiate discovery concerning AOL's
                recently announced acquisition of Netscape and strategic
                alliance with Sun [237-1] by MICROSOFT CORP. (tb)
                [Entry date 12/17/98] [1:98cv1232]

12/16/98 --     NON-JURY TRIAL   before Judge Thomas P. Jackson   resumed
                and continued to 10:00 1/4/99 in 1:98-cv-01232, in
                1:98-cv-01233  reporter: Phyllis Merana (rew)
                [Entry date 12/31/98] [1:98cv1232 1:98cv1233]

12/17/98 --     TRANSCRIPT filed  for date(s) of 12/01/98.  Reporter:
                Phyllis Merana (tb) [Entry date 12/18/98] [1:98cv1232]

12/17/98 --     TRANSCRIPT filed  for date(s) of 12/02/98.  Reporter:
                Phyllis Merana (tb) [Entry date 12/18/98] [1:98cv1232]

Proceedings Include All Events.                                          CM/ECF
1:98cv1233 STATE OF NEW YORK, et al v. MICROSOFT CORP.        CONSOL TYPE A

12/17/98 102    TRANSCRIPT filed  for date(s) of 12/03/98.  Reporter:
                Phyllis Merana (tb) [Entry date 12/18/98] [1:98cv1232
                1:98cv1233]

12/17/98 --     TRANSCRIPT filed  for date(s) of 12/08/98.  Reporter:
                Phyllis Merana (tb) [Entry date 12/18/98] [1:98cv1232]

12/17/98 --     TRANSCRIPT filed  for date(s) of 12/09/98.  Reporter:
                Phyllis Merana (tb) [Entry date 12/18/98] [1:98cv1232]

12/17/98 --     TRANSCRIPT filed  for date(s) of 12/10/98.  Reporter:
                Phyllis Merana (tb) [Entry date 12/18/98] [1:98cv1232]

12/17/98 --     TRANSCRIPT filed  for date(s) of 12/14/98.  Reporter:
                Phyllis Merana (tb) [Entry date 12/18/98] [1:98cv1232]

12/17/98 --     TRANSCRIPT filed  for date(s) of 12/15/98.  Reporter:
                Phyllis Merana (tb) [Entry date 12/18/98] [1:98cv1232]

12/17/98 --     TRANSCRIPT filed  for date(s) of 12/16/98.  Reporter:
                Phyllis Merana (tb) [Entry date 12/18/98] [1:98cv1232]

12/17/98 --     TRANSCRIPT filed  for date(s) of 11/30/98.  Reporter:
                Phyllis Merana (tb) [Entry date 12/18/98] [1:98cv1232]

12/21/98 --     REPLY by plaintiff USA in 1:98-cv-01232   to objection
                [243-1] by MICROSOFT CORP.; exhibit (1) (tb)
                [Entry date 12/22/98] [Edit date 12/22/98] [1:98cv1232]

12/21/98 --     MOTION filed by plaintiff USA in 1:98-cv-01232 to strike
                objection [243-1] (tb) [Entry date 12/22/98]
                [1:98cv1232]

12/21/98 --     MOTION filed by plaintiff USA in 1:98-cv-01232 for leave
                of court to conduct limited additional discovery relating
                to the test process by MICROSOFT and the results thereof (tb)
                [Entry date 12/22/98] [1:98cv1232]

12/28/98 103    RESPONSE (JOINT) by plaintiff USA in 1:98-cv-01232 and
                plaintiffs in 1:98-cv-01233 to motion in limine the
                deposition testimony of Phil Schiller [244-1] by MICROSOFT
                CORP. in 1:98-cv-01232; Appendices (2) (tth)
                [Entry date 12/30/98] [1:98cv1232 1:98cv1233]

12/30/98 --     MOTION filed by defendant MICROSOFT CORP. in 1:98-cv-01232
                in limine to exclude inadmissible statements in the direct
                testimony of William Harris (tth) [Entry date 12/31/98]
                [1:98cv1232]

12/31/98 --    RESPONSE by defendant MICROSOFT CORP. in 1:98-cv-01232 in
               opposition to motion for leave of court to conduct limited
               additional discovery relating to the test process by
               MICROSOFT and the results thereof [258-1] by USA, motion to
               strike objection [243-1] [257-1] by USA; exhibits (4) (tb)
               [Entry date 01/04/99] [1:98cv1232]

1/4/99   --    REMARK direct testimony of William Harris unsealed; filed
               on 10/13/98 [157] by plaintiff USA (tb) [1:98cv1232]

1/4/99   --    NON-JURY TRIAL  before Judge Thomas P. Jackson  resumed
               and continued to 10:00 1/5/99 in 1:98-cv-01232, in
               1:98-cv-01233  reporter: Phyllis Merana (rew)
               [1:98cv1232 1:98cv1233]

1/4/99   --    MOTION filed by defendant MICROSOFT CORP. in 1:98-cv-01232
               in limine non-expert testimony in the direct examination
               of Franklin M. Fisher; exhibit (1); (FILED UNDER SEAL) (tb)
               [Entry date 01/05/99] [1:98cv1232]

1/5/99   --    NON-JURY TRIAL  before Judge Thomas P. Jackson  resumed
               and continued to 10:00 1/6/99 in 1:98-cv-01232, in
               1:98-cv-01233 Reporter: Phyllis Merana (rew)
               [1:98cv1232 1:98cv1233]

1/5/99   --    REMARK direct testimony of Franklin M. Fisher unsealed;
               filed on 10/13/98 [157] by plaintiff USA; attachment (1);
               exhibits (32) (tb) [Edit date 01/05/99] [1:98cv1232]

1/5/99   --    MOTION filed by plaintiff USA in 1:98-cv-01232 for leave to
               file corrected witness statement (tb) [Entry date 01/06/99]
               [Edit date 01/07/99] [1:98cv1232]

1/5/99   --    REPLY by defendant MICROSOFT CORP. in 1:98-cv-01232 in
               support of motion in limine the deposition testimony of
               Phil Schiller [244-1] by MICROSOFT CORP.; exhibit (1) (tb)
               [Entry date 01/06/99] [1:98cv1232]

1/6/99   --    NON-JURY TRIAL  before Judge Thomas P. Jackson  resumed
               and continued to 10:00 1/7/99 in 1:98-cv-01232, in
               1:98-cv-01233  reporter: Phyllis Merana (rew)
               [1:98cv1232 1:98cv1233]

1/6/99   --    MEMORANDUM  by plaintiff USA in 1:98-cv-01232 in opposition
               to motion in limine to exclude inadmissible statements in
               the direct testimony of William Harris [260-1] by MICROSOFT
               CORP. (tb) [Entry date 01/07/99] [1:98cv1232]

1/6/99   --    RESPONSE by plaintiff USA in 1:98-cv-01232 to motion in
               limine non-expert testimony in the direct examination of
               Franklin M. Fisher [262-1] by MICROSOFT CORP. (tb)
               [Entry date 01/07/99] [1:98cv1232]

Proceedings Include All Events.                                    CM/ECF
1:98cv1233 STATE OF NEW YORK, et al v. MICROSOFT CORP.        CONSOL TYPE A

1/6/99    --    MOTION (EMERGENCY) filed by movant ASSOCIATE PRESS in
                1:98-cv-01232 for to intervene for the limited purpose of
                vindicating the public's rights of access to the testimony
                of Franklin M. Fisher; EXHIBIT (MOV-INTV COMPLAINT) (tb)
                [Entry date 01/07/99] [1:98cv1232]

1/6/99    --    MOTION (EMERGENCY) filed by movant ASSOCIATE PRESS in
                1:98-cv-01232 for access to the testimony of Franklin M.
                Fisher (tb) [Entry date 01/07/99] [1:98cv1232]

1/6/99    --    REPLY by plaintiff USA in 1:98-cv-01232 to motion to strike
                objection [243-1] [257-1] by USA (tb) [Entry date 01/07/99]
                [1:98cv1232]

1/7/99    --    NON-JURY TRIAL    before Judge Thomas P. Jackson   resumed
                and continued to 10:00 1/11/99 in 1:98-cv-01232, in
                1:98-cv-01233   reporter: Phyllis Merana (rew)
                [1:98cv1232 1:98cv1233]

1/7/99    --    MOTION filed by defendant MICROSOFT CORP. in 1:98-cv-01232
                to file direct testimony of their witnesses under seal;
                EXHIBIT (SEALED DEPOSITIONS) (tb) [1:98cv1232]

1/7/99    --    MEMORANDUM  by defendant MICROSOFT CORP. in 1:98-cv-01232
                in opposition to motion for access to the testimony of
                Franklin M. Fisher [269-1] by ASSOCIATE PRESS; exhibit (1)
                (tb) [1:98cv1232]

1/7/99    --    DEPOSITION designations of portions of depositions to be
                offered in evidence□by defendant MICROSOFT CORP. in
                1:98-cv-01232.; exhibit (1) (tb) [Entry date 01/08/99]
                [1:98cv1232]

1/7/99    104   ORDER  by Judge Thomas P. Jackson  : granting motion for
                leave to file corrected witness statement [263-1] by USA in
                1:98-cv-01232 (N) (rew) [Entry date 01/08/99]
                [Edit date 01/08/99] [1:98cv1232 1:98cv1233]

1/8/99    --    REPLY by defendant MICROSOFT CORP. in 1:98-cv-01232 in
                support of motion in limine to exclude inadmissible
                statements in the direct testimony of William Harris
                [260-1] by MICROSOFT CORP. (tb) [Entry date 01/11/99]
                [1:98cv1232]

1/11/99   105   ORDER  by Judge Thomas P. Jackson ,granting MICROSOFT'S
                motion to strike and return is granted and the public
                version of the testimony of Richard L.Schmalensee  filed
                1-7-99 be stricken and returned to defendant and the
                corrected copy of the public version filed 1-11-99 be
                substituted.(N) (rew) [1:98cv1232 1:98cv1233]

Proceedings Include All Events.                                          CM/ECF
1:98cv1233 STATE OF NEW YORK, et al v. MICROSOFT CORP.          CONSOL TYPE A

1/11/99  106    ORDER  by Judge Thomas P. Jackson  : granting motion to
                file direct testimony of their witnesses under seal [270-1]
                by MICROSOFT CORP. and this order shall apply only to the
                public version of the direct testimony of Richard L.
                Schmalensee and the Clerk shall not release the version
                filed under seal unless directed to, in 1:98-cv-01232 (N)
                (rew) [1:98cv1232 1:98cv1233]

1/11/99  --     NON-JURY TRIAL  before Judge Thomas P. Jackson  resumed
                and continued to 11:00 1/12/99 in 1:98-cv-01232, in
                1:98-cv-01233  reporter: Phyllis Merana (rew)
                [1:98cv1232 1:98cv1233]

1/11/99  --     MOTION filed by defendant MICROSOFT CORP. in 1:98-cv-01232
                to strike and return public version of deposition filed
                under seal (tb) [Entry date 01/12/99] [1:98cv1232]

1/11/99  --     STRICKEN AND RETURNED TO COUNSEL PURSUANT TO COURT ORDER OF
                01/11/99 - - DEPOSITION public version filed unseal by
                defendant MICROSOFT CORP. in 1:98-cv-01232 on . (tb)
                [Entry date 01/12/99] [Edit date 01/12/99] [1:98cv1232]

1/11/99  --     MOTION filed by defendant MICROSOFT CORP. in 1:98-cv-01232
                for protective order; (FILED UNDER SEAL) (tb)
                [Entry date 01/12/99] [Edit date 01/12/99] [1:98cv1232]

1/11/99  --     DEPOSITION filed under seal by defendant MICROSOFT CORP. in
                1:98-cv-01232 on .; (FILED UNDER SEAL) (tb)
                [Entry date 01/12/99] [1:98cv1232]

1/11/99  --     REPLY by defendant MICROSOFT CORP. in 1:98-cv-01232
                regarding release of its written direct testimony under
                seal [270-1] by MICROSOFT CORP. (tb) [Entry date 01/12/99]
                [1:98cv1232]

1/11/99  --     RESPONSE (OPPOSITIONS) by plaintiff USA in 1:98-cv-01232 to
                motion to file direct testimony of their witnesses under
                seal [270-1] by MICROSOFT CORP. (tb) [Entry date 01/13/99]
                [1:98cv1232]

1/12/99  --     NON-JURY TRIAL  before Judge Thomas P. Jackson  resumed
                and continued to 10:00 1/13/99 in 1:98-cv-01232, in
                1:98-cv-01233  reporter: Phyllis Merana (rew)
                [1:98cv1232 1:98cv1233]

1/12/99  --     NOTICE OF FILING depositon filed under seal by defendant
                MICROSOFT CORP. in 1:98-cv-01232; (FILED UNDER SEAL) (tb)
                [Entry date 01/13/99] [1:98cv1232]

1/12/99  --     MOTION (PUBLIC VERSION) filed by defendant MICROSOFT CORP.
                in 1:98-cv-01232 for protective order (tb)
                [Entry date 01/13/99] [1:98cv1232]

Proceedings Include All Events.                                         CM/ECF
1:98cv1233 STATE OF NEW YORK, et al v. MICROSOFT CORP.        CONSOL TYPE A

1/13/99  --     NON-JURY TRIAL  before Judge Thomas P. Jackson  resumed
                and continued to 10:00 1/14/99 in 1:98-cv-01232, in
                1:98-cv-01233  reporter: Phyllis Merana (rew)
                [1:98cv1232 1:98cv1233]

1/13/99  --     REMARK (PUBLIC CORRECTED VERSION) direct testimony of
                Richard L. Schmalensee unsealed; filed on 01/07/99 [270] by
                defendant MICROSOFT CORP.; exhibits (14) (tb)
                [Edit date 01/13/99] [1:98cv1232]

1/13/99  --     MOTION filed by defendant MICROSOFT CORP. in 1:98-cv-01232
                for judgment as a matter of law dismissing with prejudice
                all plaintiffs' claims (tth) [Entry date 01/14/99]
                [1:98cv1232]

1/13/99  107    STIPULATION filed and fiated  by Judge Thomas P. Jackson
                regarding and admitting certain plaintiff's exhibits (N)
                (rew) [Entry date 01/14/99] [1:98cv1232 1:98cv1233]

1/13/99  108    ORDER  by Judge Thomas P. Jackson , granting plaintiff's
                oral motion to admit certain exhibits subject to motion to
                strike and admit certain exhibits under seal and subject to
                motion to unseal portions. (N) (rew) [Entry date 01/14/99]
                [1:98cv1232 1:98cv1233]

1/13/99  109    STIPULATION filed and fiated  by Judge Thomas P. Jackson
                regarding deposition excerpts . (N) (rew)
                [Entry date 01/14/99] [1:98cv1232 1:98cv1233]

1/13/99  110    ORDER  by Judge Thomas P. Jackson  : granting motion for
                leave of court to conduct limited additional discovery
                relating to the test process by MICROSOFT and the results
                thereof [258-1] by USA in 1:98-cv-01232,and with
                instructions to plaintiff on deposing James Allchin and
                with instructions to defendant on information and
                documents, denying motion to strike objection [243-1]
                [257-1] by USA in 1:98-cv-01232 (N) (rew)
                [Entry date 01/14/99] [1:98cv1232 1:98cv1233]

1/14/99  111    ORDER  by Judge Thomas P. Jackson  : denying motion in
                limine non-expert testimony in the direct examination of
                Franklin M. Fisher [262-1] by MICROSOFT CORP. in
                1:98-cv-01232 (N) (rew) [1:98cv1232 1:98cv1233]

1/14/99  112    ORDER  by Judge Thomas P. Jackson  : denying without
                prejudice motion for judgment as a matter of law dismissing
                with prejudice all plaintiffs' claims [286-1] by MICROSOFT
                CORP. in 1:98-cv-01232 (N) (rew) [1:98cv1232 1:98cv1233]

1/14/99  113    ORDER  by Judge Thomas P. Jackson  : denying motion in
                limine to exclude inadmissible statements in the direct
                testimony of William Harris [260-1] by MICROSOFT CORP. in
                1:98-cv-01232 (N) (rew) [1:98cv1232 1:98cv1233]

Case 1:98-cv-01233-CKK   Document 211   Filed 08/27/01   Page 52 of 88

Proceedings Include All Events.                                    CM/ECF
1:98cv1233 STATE OF NEW YORK, et al v. MICROSOFT CORP.        CONSOL TYPE A

1/14/99  114      ORDER  by Judge Thomas P. Jackson  : denying motion to
                  strike the direct testimony of Avadis Tevanian, Jr.
                  relating to alleged technical imcompatibilities [202-1] by
                  MICROSOFT CORP. in 1:98-cv-01232 (N) (rew) [1:98cv1232
                  1:98cv1233]

1/14/99  115      ORDER  by Judge Thomas P. Jackson  : denying motion in
                  limine to exclude evidence of a purported pattern or
                  routine corporate practice [171-1] by MICROSOFT CORP. in
                  1:98-cv-01232 (N) (rew) [1:98cv1232 1:98cv1233]

1/14/99  116      ORDER  by Judge Thomas P. Jackson  : denying motion in
                  limine the deposition testimony of Phil Schiller [244-1] by
                  MICROSOFT CORP. in 1:98-cv-01232 (N) (rew) [1:98cv1232
                  1:98cv1233]

1/14/99  --       NON-JURY TRIAL   before Judge Thomas P. Jackson   resumed
                  and continued to 10:00 1/19/99 in 1:98-cv-01232, in
                  1:98-cv-01233  reporter: Phyllis Merana (rew)
                  [1:98cv1232 1:98cv1233]

1/19/99  --       NON-JURY TRIAL   before Judge Thomas P. Jackson   resumed
                  and continued to 10:00 1/20/99 in 1:98-cv-01232, in
                  1:98-cv-01233  reporter: Phyllis Merana (rew)
                  [1:98cv1232 1:98cv1233]

1/20/99  --       NON-JURY TRIAL   before Judge Thomas P. Jackson   resumed
                  and continued to 10:00 1/21/99 in 1:98-cv-01232, in
                  1:98-cv-01233  reporter: Phyllis Merana (rew)
                  [1:98cv1232 1:98cv1233]

1/21/99  --       NON-JURY TRIAL   before Judge Thomas P. Jackson   resumed
                  and continued to 10:00 1/25/99 in 1:98-cv-01232, in
                  1:98-cv-01233  reporter: P. Merana (rew) [1:98cv1232
                  1:98cv1233]

1/21/99  --       NOTICE OF FILING RE: testimony filed under seal by
                  defendant MICROSOFT CORP. in 1:98-cv-01232; (FILED UNDER
                  SEAL) (tb) [Entry date 01/22/99] [1:98cv1232]

1/21/99  --       NOTICE OF FILING RE: testimony (public version) filed under
                  seal by defendant MICROSOFT CORP. in 1:98-cv-01232; (FILED
                  UNDER SEAL) (tb) [Entry date 01/22/99] [1:98cv1232]

1/21/99  --       MOTION filed by defendant MICROSOFT CORP. in 1:98-cv-01232
                  to strike and return testimony filed under seal [270-1],
                  and for leave to file corrected testimony; exhibit (1) (tb)
                  [Entry date 01/22/99] [1:98cv1232]

1/21/99  --       TRANSCRIPT filed  for date(s) of 01/04/99.  Reporter:
                  Phyllis Merana (tb) [Entry date 01/22/99] [1:98cv1232]

1/21/99  --       TRANSCRIPT filed  for date(s) of 01/05/99.  Reporter:
                  Phyllis Merana (tb) [Entry date 01/22/99] [1:98cv1232]

Proceedings Include All Events.                                          CM/ECF
1:98cv1233 STATE OF NEW YORK, et al v. MICROSOFT CORP.          CONSOL TYPE A


1/21/99  --      TRANSCRIPT filed  for date(s) of 01/06/99.  Reporter:
                 Phyllis Merana (tb) [Entry date 01/22/99] [1:98cv1232]

1/21/99  --      TRANSCRIPT filed  for date(s) of 01/07/99.  Reporter:
                 Phyllis Merana (tb) [Entry date 01/22/99] [1:98cv1232]

1/21/99  --      TRANSCRIPT filed  for date(s) of 01/11/99.  Reporter:
                 Phyllis Merana (tb) [Entry date 01/22/99] [1:98cv1232]

1/21/99  --      TRANSCRIPT filed  for date(s) of 01/12/99.  Reporter:
                 Phyllis Merana (tb) [Entry date 01/22/99] [1:98cv1232]

1/21/99  --      TRANSCRIPT filed  for date(s) of 01/13/99.  Reporter:
                 Phyllis Merana (tb) [Entry date 01/22/99] [1:98cv1232]

1/21/99  --      TRANSCRIPT filed  for date(s) of 01/14/99.  Reporter:
                 Phyllis Merana (tb) [Entry date 01/22/99] [1:98cv1232]

1/21/99  --      TRANSCRIPT filed  for date(s) of 01/19/99.  Reporter:
                 Phyllis Merana (tb) [Entry date 01/22/99] [1:98cv1232]

1/21/99  --      TRANSCRIPT filed  for date(s) of 01/20/99.  Reporter:
                 Phyllis Merana (tb) [Entry date 01/22/99] [1:98cv1232]

1/21/99  118     ORDER  by Judge Thomas P. Jackson  : granting motion to
                 strike and return testimony of Paul Maritz filed under seal
                 [270-1] [299-1] by MICROSOFT CORP. in 1:98-cv-01232 (N) (rew)
                 [Entry date 01/25/99] [1:98cv1232 1:98cv1233]

1/22/99  --      MOTION filed by plaintiff USA in 1:98-cv-01232 for entry
                 of order for production of documents AOL/Netscape
                 transaction (tb) [Entry date 01/25/99] [1:98cv1232]

1/22/99  --      MOTION filed by defendant MICROSOFT CORP. in 1:98-cv-01232
                 to modification of court's direction of 01/13/99 that
                 witnesses not discuss the substance of testimony with
                 counsel during cross-examination; exhibit (1 (tb)
                 [Entry date 01/25/99] [1:98cv1232]

1/22/99  117     ORDER  by Judge Thomas P. Jackson  : granting motion for
                 entry of order for production of documents AOL/Netscape
                 transaction [310-1] by USA in 1:98-cv-01232, and directing
                 plaintiff United States to produce to the STATES and
                 MICROSOFT certain documents and with instructions to
                 counsel. (N) (rew) [Entry date 01/25/99] [1:98cv1232
                 1:98cv1233]

1/25/99  --      NON-JURY TRIAL   before Judge Thomas P. Jackson  resumed
                 and continued to 10:00 1/26/99 in 1:98-cv-01232, in
                 1:98-cv-01233  reporter: Phyllis Merana (rew)
                 [1:98cv1232 1:98cv1233]

Case 1:98-cv-01233-CKK   Document 211   Filed 08/27/01   Page 54 of 88

Proceedings Include All Events.                                    CM/ECF
1:98cv1233 STATE OF NEW YORK, et al v. MICROSOFT CORP.       CONSOL TYPE A

1/25/99   --    MOTION (EMERGENCY) filed by plaintiff USA in 1:98-cv-01232
                to compel production of documents; exhibits (7) (tb)
                [1:98cv1232]

1/25/99   --    MOTION filed by plaintiff USA in 1:98-cv-01232 in limine
                videotape demonstrations offered in allchin and Maritz
                testimony, and to strike direct testimony relating
                thereof (tb) [1:98cv1232]

1/26/99   --    NON-JURY TRIAL   before Judge Thomas P. Jackson   resumed
                and continued to 10:00 1/27/99 in 1:98-cv-01232, in
                1:98-cv-01233  reporter: Phyllis Merana (rew)
                [1:98cv1232 1:98cv1233]

1/26/99  119    ORDER  by Judge Thomas P. Jackson  denying motion in limine
                videotape demonstrations offered in allchin and Maritz
                testimony [315-1] by USA in 1:98-cv-01232, denying motion
                to strike direct testimony relating thereof [315-2] by USA
                in 1:98-cv-01232 (N) (rew) [1:98cv1232 1:98cv1233]

1/26/99   --    RESPONSE  by defendant MICROSOFT CORP. in 1:98-cv-01232 in
                opposition to motion to compel production of documents
                [314-1] by USA.; exhibits (4); (FILED UNDER SEAL) (tb)
                [Entry date 01/27/99] [1:98cv1232]

1/26/99   --    MOTION filed by defendant MICROSOFT CORP. in 1:98-cv-01232
                to seal; (FILED UNDER SEAL) (tb) [Entry date 01/27/99]
                [1:98cv1232]

1/27/99   --    REPLY by plaintiff USA in 1:98-cv-01232 in support of
                motion to compel production of documents [314-1] by USA (tb)
                [1:98cv1232]

1/27/99   --    TRANSCRIPT filed  for date(s) of 10/19/98.  Reporter: David
                A. Kascan, Miller Report Co., Inc. (tb) [1:98cv1232]

1/27/99   --    TRANSCRIPT filed  for date(s) of 10/20/98.  Reporter: David
                A. Kasdan, Miller Reporting Co., Inc. (tb) [1:98cv1232]

1/27/99   --    TRANSCRIPT filed  for date(s) of 10/21/98.  Reporter: David
                A. Kasdan, Miller Reporting Co. Inc. (tb) [1:98cv1232]

1/27/99   --    TRANSCRIPT filed  for date(s) of 10/22/98.  Reporter: David
                A. Kasdan, Miller Reporting Co., Inc. (tb) [1:98cv1232]

1/27/99   --    TRANSCRIPT filed  for date(s) of 10/26/98.  Reporter: David
                A. Kasdan, Miller Reporting Inc., Co. (tb) [1:98cv1232]

1/27/99   --    TRANSCRIPT filed  for date(s) of 10/27/98.  Reporter: David
                A. Kasdan, Miller Reporting Inc., Co. (tb) [1:98cv1232]

1/27/99   --    TRANSCRIPT filed  for date(s) of 10/28/98.  Reporter: David
                A. Kasdan, Miller Reporting Inc., Co. (tb) [1:98cv1232]

Proceedings Include All Events.                                          CM/ECF
1:98cv1233 STATE OF NEW YORK, et al v. MICROSOFT CORP.        CONSOL TYPE A

1/27/99  --     TRANSCRIPT filed  for date(s) of 10/29/98.  Reporter: David
                A. Kasdan, Miller Reporting Inc., Co. (tb) [1:98cv1232]

1/27/99  --     TRANSCRIPT filed  for date(s) of 11/02/98.  Reporter: David
                A. Kasdan, Miller Reporting Inc., Co. (tb) [1:98cv1232]

1/27/99  --     TRANSCRIPT filed  for date(s) of 11/04/98.  Reporter: David
                A. Kasdan, Miller Reporting Inc., Co. (tb) [1:98cv1232]

1/27/99  --     TRANSCRIPT filed  for date(s) of 11/05/98.  Reporter: David
                A. Kasdan, Miller Reporting Inc., Co. (tb) [1:98cv1232]

1/27/99  --     TRANSCRIPT filed  for date(s) of 11/09/98.  Reporter: David
                A. Kasdan, Miller Reporting Inc., Co. (tb) [1:98cv1232]

1/27/99  --     TRANSCRIPT filed  for date(s) of 11/10/98.  Reporter: David
                A. Kasdan, Miller Reporting, Inc., Co. (tb) [1:98cv1232]

1/27/99  --     TRANSCRIPT filed  for date(s) of 11/12/98.  Reporter: David
                A. Kasdan, Miller Reporting Inc., Co. (tb) [1:98cv1232]

1/27/99  --     TRANSCRIPT filed  for date(s) of 11/16/98.  Reporter: David
                A. Kasdan, Miller Reporting Inc., Co. (tb) [1:98cv1232]

1/27/99  --     TRANSCRIPT filed  for date(s) of 11/17/98.  Reporter: David
                A. Kasdan, Miller Reporting Inc., Co. (tb) [1:98cv1232]

1/27/99  --     TRANSCRIPT filed  for date(s) of 11/18/98.  Reporter: David
                A. Kasdan, Miller Reporting Inc., Co. (tb) [1:98cv1232]

1/27/99  --     TRANSCRIPT filed  for date(s) of 11/19/98.  Reporter: David
                A. Kasdan, Miller Reporting Inc., Co. (tb) [1:98cv1232]

1/27/99  --     TRANSCRIPT filed  for date(s) of 11/23/98.  Reporter: David
                A. Kasdan, Miller Reporting Inc., Co. (tb) [1:98cv1232]

1/27/99  --     TRANSCRIPT filed  for date(s) of 11/24/98.  Reporter: David
                A. Kasdan, Miller Reporting Inc., Co. (tb) [1:98cv1232]

1/27/99  --     TRANSCRIPT filed  for date(s) of 11/30/98.  Reporter: David
                A. Kasdan, Miller Reporting Inc., Co. (tb) [1:98cv1232]

1/27/99  --     NON-JURY TRIAL  before Judge Thomas P. Jackson  resumed
                and continued to 10:00 1/28/99 in 1:98-cv-01232, in
                1:98-cv-01233.  Reporter: Phyllis Merana (gdf)
                [1:98cv1232 1:98cv1233]

1/28/99  --     NON-JURY TRIAL  before Judge Thomas P. Jackson  resumed
                and continued to 10:00 2/1/99 in 1:98-cv-01232, in
                1:98-cv-01233  reporter: P. Merana (rew) [1:98cv1232
                1:98cv1233]

1/28/99   120    ORDER  by Judge Thomas P. Jackson  : granting in part and
                 denying in part  motion to compel production of documents
                 [314-1] by USA in 1:98-cv-01232, and directing defendant to
                 produce certain spreadsheets. (N) (rew) [1:98cv1232
                 1:98cv1233]

1/29/99   --     REMARK direct testimony of James Allchin unsealed; filed on
                 01/07/99 [270-1] by defendant MICROSOFT CORP. (tb)
                 [Entry date 02/01/99] [1:98cv1232]

1/29/99   121    TRANSCRIPT filed  for date(s) of 1/21/99.  Reporter:
                 Phyllis Merana (gdf) [Entry date 02/01/99] [1:98cv1232
                 1:98cv1233]

1/29/99   --     TRANSCRIPT filed  for date(s) of 1/27/99.  Reporter:
                 Phyllis Merana (st) [Entry date 02/02/99] [1:98cv1232]

1/29/99   --     TRANSCRIPT filed  for date(s) of 1/28/99.  Reporter:
                 Phyllis Merana (st) [Entry date 02/02/99] [1:98cv1232]

2/1/99    --     NON-JURY TRIAL   before Judge Thomas P. Jackson  resumed
                 and continued to 10:00 2/2/99 in 1:98-cv-01232, in
                 1:98-cv-01233  reporter: P.Merana (rew) [1:98cv1232
                 1:98cv1233]

2/1/99    --     TRANSCRIPT filed  for date(s) of 1/26/99.  Reporter:
                 Phyllis Merana (st) [Entry date 02/02/99] [1:98cv1232]

2/2/99    --     NON-JURY TRIAL   before Judge Thomas P. Jackson  resumed
                 and continued to 10:00 2/3/99 in 1:98-cv-01232, in
                 1:98-cv-01233 Reporter: Phyllis Merana (gdf)
                 [1:98cv1232 1:98cv1233]

2/2/99    122    ORDER  by Judge Thomas P. Jackson  : denying motion to
                 modification of court's direction of 01/13/99 that
                 witnesses not discuss the substance of testimony with
                 counsel during cross-examination [311-1] by MICROSOFT CORP.
                 in 1:98-cv-01232 (N) (gdf) [1:98cv1232 1:98cv1233]

2/3/99    123    ORDER  by Judge Thomas P. Jackson: denying as moot the
                 motion to seal [318-1] by MICROSOFT CORP. in 1:98-cv-01232
                 (N) (gdf) [1:98cv1232 1:98cv1233]

2/3/99    --     NON-JURY TRIAL   before Judge Thomas P. Jackson  resumed
                 and continued to 10:00 2/4/99 in 1:98-cv-01232, in
                 1:98-cv-01233 Reporter: Phyllis Merana (gdf)
                 [1:98cv1232 1:98cv1233]

2/3/99    --     TRANSCRIPT filed  for date(s) of 01/25/99.  Reporter: David
                 A. Kasdan, Miller Reporting Co., Inc. (tb)
                 [Entry date 02/04/99] [Edit date 02/04/99] [1:98cv1232]

2/3/99    --     TRANSCRIPT filed  for date(s) of 01/26/99.  Reporter: David
                 A. Kasdan, Miller Reporting Co., Inc. (tb)

Proceedings Include All Events.                                    CM/ECF
1:98cv1233 STATE OF NEW YORK, et al v. MICROSOFT CORP.          CONSOL TYPE A

                   [Entry date 02/04/99] [Edit date 02/04/99] [1:98cv1232]

2/3/99    --       TRANSCRIPT filed  for date(s) of 01/27/99.  Reporter: David
                   A. Kasdan, Miller Reporting Co., Inc. (tb)
                   [Entry date 02/04/99] [1:98cv1232]

2/3/99    --       TRANSCRIPT filed  for date(s) of 01/28/99.  Reporter: David
                   A. Kasdan, Miller Reporting Co., Inc. (tb)
                   [Entry date 02/04/99] [1:98cv1232]

2/4/99    --       NON-JURY TRIAL before Judge Thomas P. Jackson resumed and
                   continued to 10:00 2/8/99 in 1:98-cv-01232, in 1:98-cv-01233
                   Reporter: Phyllis Merana (gdf) [Edit date 02/08/99]
                   [1:98cv1232 1:98cv1233]

2/5/99    --       TRANSCRIPT filed  for date(s) of 02/01/99.  Reporter:
                   Phyllis Merana (tb) [Entry date 02/08/99] [1:98cv1232]

2/5/99    --       TRANSCRIPT filed  for date(s) of 02/02/99.  Reporter:
                   Phyllis Merana (tb) [Entry date 02/08/99] [1:98cv1232]

2/5/99    --       TRANSCRIPT filed  for date(s) of 02/03/99.  Reporter:
                   Phyllis Merana (tb) [Entry date 02/08/99] [1:98cv1232]

2/5/99    --       TRANSCRIPT filed  for date(s) of 02/04/99.  Reporter:
                   Phyllis Merana (tb) [Entry date 02/08/99] [1:98cv1232]

2/8/99    --       NON-JURY TRIAL   before Judge Thomas P. Jackson  resumed
                   and continued to 10:00 2/9/99 in 1:98-cv-01232, in
                   1:98-cv-01233  reporter: Phyllis Merana (rew)
                   [1:98cv1232 1:98cv1233]

2/8/99    --       REMARK direct testimony of William Poole unsealed; filed on
                   01/07/99 [270-1] by defendant MICROSOFT CORP. (tb)
                   [1:98cv1232]

2/8/99    --       REMARK direct testimony of Micheal T. Devin unsealed; filed
                   on 01/07/99 [270-1] by defendant MICROSOFT CORP.; exhibits
                   (2) (tb) [Edit date 02/08/99] [1:98cv1232]

2/9/99    --       NON-JURY TRIAL   before Judge Thomas P. Jackson  resumed
                   and continued to 10:00 2/10/99 in 1:98-cv-01232, in
                   1:98-cv-01233  reporter: Phyllis Merana (rew)
                   [1:98cv1232 1:98cv1233]

2/9/99    --       MOTION filed by movant BRISTOL TECH INC in 1:98-cv-01232
                   to intervention to modify protective order; exhibits (6) (tb)
                   [Entry date 02/10/99] [1:98cv1232]

2/10/99   --       NON-JURY TRIAL   before Judge Thomas P. Jackson  resumed
                   and continued to 10:00 2/11/99 in 1:98-cv-01232, in
                   1:98-cv-01233  reporter: Phyllis Merana (rew)
                   [1:98cv1232 1:98cv1233]

Proceedings Include All Events.                                          CM/ECF
1:98cv1233 STATE OF NEW YORK, et al v. MICROSOFT CORP.         CONSOL TYPE A

2/10/99   --   REMARK direct testimony of Cameron Myhrvold unsealed; filed
               on 01/07/99 [270-1] by defendant MICROSOFT CORP. (tb)
               [Entry date 02/11/99] [Edit date 02/11/99] [1:98cv1232]

2/11/99   --   NON-JURY TRIAL   before Judge Thomas P. Jackson   resumed
               and continued to 10:00 2/16/99 in 1:98-cv-01232, in
               1:98-cv-01233  reporter: Phyllis Merana (rew)
               [1:98cv1232 1:98cv1233]

2/11/99  124   STIPULATION filed and fiated  by Judge Thomas P. Jackson
               regarding exhibits to direct testimony of Brad Chase. (N)
               (rew) [1:98cv1232 1:98cv1233]

2/11/99   --   REMARK direct testimony of Brad Chase unsealed, filed on
               01/07/99 [270-1] by defendant MICROSOFT CORP. (tb)
               [1:98cv1232]

2/11/99   --   TRANSCRIPT filed  for date(s) of 01/13/99.  Reporter: David
               A. Kasdan, Miller Reporting Co., Inc. (tb) [1:98cv1232]

2/11/99   --   TRANSCRIPT filed  for date(s) of 02/01/99.  Reporter: David
               A. Kasdan, Miller Reporting Co., Inc. (tb) [1:98cv1232]

2/11/99   --   TRANSCRIPT filed  for date(s) of 02/02/99.  Reporter: David
               A. Kasdan, Miller Reporting Co., Inc. (tb) [1:98cv1232]

2/11/99   --   TRANSCRIPT filed  for date(s) of 02/03/99.  Reporter: David
               A. Kasdan, Miller Reporting Co., Inc. (tb) [1:98cv1232]

2/11/99   --   TRANSCRIPT filed  for date(s) of 02/04/99.  Reporter: David
               A. Kasdan, Miller Reporting Co., Inc. (tb) [1:98cv1232]

2/12/99   --   TRANSCRIPT filed  for date(s) of 02/08/99.  Reporter:
               Phyllis Merana (tb) [Entry date 02/16/99] [1:98cv1232]

2/12/99   --   TRANSCRIPT filed  for date(s) of 02/09/99.  Reporter:
               Phyllis Merana (tb) [Entry date 02/16/99] [1:98cv1232]

2/12/99   --   TRANSCRIPT filed  for date(s) of 02/10/99.  Reporter:
               Phyllis Merana (tb) [Entry date 02/16/99] [1:98cv1232]

2/12/99   --   TRANSCRIPT filed  for date(s) of 02/11/99.  Reporter:
               Phyllis Merana (tb) [Entry date 02/16/99] [1:98cv1232]

2/16/99   --   NON-JURY TRIAL   before Judge Thomas P. Jackson   resumed
               and continued to 10:00 2/17/99 in 1:98-cv-01232, in
               1:98-cv-01233  reporter: Phyllis Merana (rew)
               [1:98cv1232 1:98cv1233]

2/16/99   --   TRANSCRIPT filed  for date(s) of 02/08/99.  Reporter:
               Miller Reporting Co. Inc. (tb) [Entry date 02/17/99]
               [1:98cv1232]

Proceedings Include All Events.                                    CM/ECF
1:98cv1233 STATE OF NEW YORK, et al v. MICROSOFT CORP.        CONSOL TYPE A

2/16/99  --     TRANSCRIPT filed  for date(s) of 02/09/99.  Reporter:
                Miller Reporting Co., Inc. (tb) [Entry date 02/17/99]
                [1:98cv1232]

2/16/99  --     TRANSCRIPT filed  for date(s) of 02/10/99.  Reporter:
                Miller Reporting Co., Inc. (tb) [Entry date 02/17/99]
                [1:98cv1232]

2/16/99  --     TRANSCRIPT filed  for date(s) of 02/11/99.  Reporter:
                Miller Reporting Co., Inc. (tb) [Entry date 02/17/99]
                [1:98cv1232]

2/16/99  --     MOTION filed by movants in 1:98-cv-01232 for AMER LAWYER
                MEDIA, USA TODAY to case(s) 1:98-cv-01232,  to intervene
                for limited purpose of staying further depositions in this
                action pending issuance of the Court of Appeal's mandate,
                or in the alternative, for access to forthcoming
                depositions; EXHIBIT (COMPLAINT,MOTION TO STAY, RULE 109
                CERTIFICATE) (tb) [Entry date 02/17/99] [1:98cv1232]

2/17/99  --     REMARK direct testimony of John T. Rose unsealed; filed on
                01/11/99 [281-1] by defendant MICROSOFT CORP. (tb)
                [1:98cv1232]

2/17/99  --     NON-JURY TRIAL   before Judge Thomas P. Jackson  resumed
                and continued to 10:00 2/18/99 in 1:98-cv-01232, in
                1:98-cv-01233  reporter: Phyllis Merana (rew)
                [1:98cv1232 1:98cv1233]

2/18/99  --     NON-JURY TRIAL   before Judge Thomas P. Jackson  resumed
                and continued to 10:00 2/19/99 in 1:98-cv-01232, in
                1:98-cv-01233  reporter: Phyllis Merana (rew)
                [1:98cv1232 1:98cv1233]

2/19/99  --     NON-JURY TRIAL   before Judge Thomas P. Jackson  resumed
                and continued to 10:00 2/22/99 in 1:98-cv-01232, in
                1:98-cv-01233  reporter: Phyllis Merana (rew)
                [1:98cv1232 1:98cv1233]

2/22/99  125    SCHEDULING ORDER #5 by Judge Thomas P. Jackson ,directing
                that the trial shall recess on 2-26-99 and resume with
                rebuttal and surrebuttal on 4/12/99  and setting status
                hearing set for 9:30 3/31/99 in 1:98-cv-01232, in
                1:98-cv-01233 ; and discovery shall remain closed. (N) (rew)
                [1:98cv1232 1:98cv1233]

2/22/99  126    STIPULATION filed and fiated  by Judge Thomas P. Jackson
                regarding exhibits to the direct testimony of Daniel Rosen
                . (N) (rew) [1:98cv1232 1:98cv1233]

2/22/99  --     NON-JURY TRIAL   before Judge Thomas P. Jackson  resumed
                and continued to 10:00 2/23/99 in 1:98-cv-01232, in
                1:98-cv-01233  reporter: Phyllis Merana (rew)
                [1:98cv1232 1:98cv1233]

Docket as of June 13, 2002 9:27 am              Page 59

2/22/99  --    DEPOSITION (SUPPLEMENTAL) filed by defendant MICROSOFT CORP.
               in 1:98-cv-01232 on; exhibit (1); (FILED UNDER SEAL) (tb)
               [Entry date 02/23/99] [Edit date 02/23/99] [1:98cv1232]

2/22/99  --    REMARK direct testimony of Daniel Rosen unsealed; filed on
               01/07/99 [270-1] by defendant MICROSOFT CORP. (tb)
               [Entry date 02/23/99] [1:98cv1232]

2/23/99  --    NON-JURY TRIAL   before Judge Thomas P. Jackson   resumed
               and continued to 10:00 2/24/99 in 1:98-cv-01232, in
               1:98-cv-01233   reporter: Phyllis Merana (rew)
               [1:98cv1232 1:98cv1233]

2/23/99  --    REMARK direct testimony of Eric Engstrom unsealed; filed on
               01/07/99 [270-1] by defendant MICROSOFT CORP. (tb)
               [1:98cv1232]

2/23/99  127   STIPULATION filed and fiated  by Judge Thomas P. Jackson
               regarding exhibits to direct testimony of Eric Engstrom.
               (N) (rew) [1:98cv1232 1:98cv1233]

2/24/99  --    NON-JURY TRIAL   before Judge Thomas P. Jackson   resumed
               and continued to 10:00 2/25/99 in 1:98-cv-01232, in
               1:98-cv-01233  reporter: Phyllis Merana (rew)
               [1:98cv1232 1:98cv1233]

2/24/99  --    REMARK direct testimony on Joachim Kempin unsealed; filed
               on 01/07/99 [270-1] by defendant MICROSOFT CORP. (tb)
               [1:98cv1232]

2/24/99  128   ORDER  by Judge Thomas P. Jackson , nunc pro tunc, granting
               MICROSOFT 'S motion for extension of time to oppose motion
               of Bristol Technology for intervention. (N) (rew)
               [1:98cv1232 1:98cv1233]

2/24/99  --    MOTION filed by defendant MICROSOFT CORP. in 1:98-cv-01232
               to extend time to file opposition to motion of BRISTOL TECH
               for permissive intervention; EXHIBIT (OPPOSITION FILED
               UNDER SEAL) (tb) [Entry date 02/25/99]
               [Edit date 02/25/99] [1:98cv1232]

2/24/99  129   RESPONSE by plaintiffs states 1:98-cv-01233 to motion to
               intervention to modify protective order [356-1] by BRISTOL
               TECH INC in 1:98-cv-01232 (tb) [Entry date 02/25/99]
               [1:98cv1232 1:98cv1233]

2/25/99  --    NON-JURY TRIAL   before Judge Thomas P. Jackson   resumed
               and continued to 10:00 2/26/99 in 1:98-cv-01232, in
               1:98-cv-01233  reporter: Phillis Merana (rew)
               [1:98cv1232 1:98cv1233]

2/25/99  --    REPLY by movant BRISTOL TECH INC in 1:98-cv-01232 in
               support of motion to intervention to modify protective
               order [356-1] by BRISTOL TECH INC (tb) [Entry date 02/26/99]
               [1:98cv1232]

2/26/99  --    NON-JURY TRIAL   before Judge Thomas P. Jackson  resumed
               and continued, status call set 9:30 3/31/99 in
               1:98-cv-01232, in 1:98-cv-01233  reporter: Phyllis Merana
               (rew) [1:98cv1232 1:98cv1233]

2/26/99  --    REMARK direct testimony of Robert Muglia unsealed; filed on
               01/12/99 [283-1] by defendant MICROSOFT CORP. (tb)
               [1:98cv1232]

2/26/99  --    TRANSCRIPT filed  for date(s) of 12/01/98.  Reporter: David
               A. Kasdan, Miller Reporting Co., Inc. (tb)
               [Entry date 03/01/99] [1:98cv1232]

2/26/99  --    TRANSCRIPT filed  for date(s) of 12/02/98.  Reporter: David
               A. Kasdan, Miller Reporting Co., Inc. (tb)
               [Entry date 03/01/99] [1:98cv1232]

2/26/99  --    TRANSCRIPT filed  for date(s) of 12/03/98.  Reporter: David
               A. Kasdan, Miller Reporting Co., Inc. (tb)
               [Entry date 03/01/99] [1:98cv1232]

2/26/99  --    TRANSCRIPT filed  for date(s) of 12/08/98.  Reporter: David
               A. Kasdan, Miller Reporting Co., Inc. (tb)
               [Entry date 03/01/99] [1:98cv1232]

2/26/99  --    TRANSCRIPT filed  for date(s) of 12/10/98.  Reporter: David
               A. Kasdan, Miller Reporting Co., Inc. (tb)
               [Entry date 03/01/99] [1:98cv1232]

2/26/99  --    TRANSCRIPT filed  for date(s) of 12/14/98.  Reporter: David
               A. Kasdan, Miller Reporting Co., Inc. (tb)
               [Entry date 03/01/99] [Edit date 03/01/99] [1:98cv1232]

2/26/99  --    TRANSCRIPT filed  for date(s) of 12/15/98.  Reporter: David
               A. Kasdan, Miller Reporting Co., Inc. (tb)
               [Entry date 03/01/99] [1:98cv1232]

2/26/99  --    TRANSCRIPT filed  for date(s) of 12/16/98.  Reporter: David
               A. Kasdan, Miller Reporting Co., Inc. (tb)
               [Entry date 03/01/99] [1:98cv1232]

2/26/99  --    TRANSCRIPT filed  for date(s) of 01/04/99.  Reporter:
               David A. Kasdan, Miller Reporting Co., Inc. (tb)
               [Entry date 03/01/99] [1:98cv1232]

2/26/99  --    TRANSCRIPT filed  for date(s) of 01/05/99.  Reporter: David
               A. Kasdan, Miller Reporting Co., Inc. (tb)
               [Entry date 03/01/99] [1:98cv1232]

Proceedings Include All Events.                                          CM/ECF
1:98cv1233 STATE OF NEW YORK, et al v. MICROSOFT CORP.        CONSOL TYPE A

2/26/99  --      TRANSCRIPT filed  for date(s) of 01/06/99.  Reporter: David
                 A. Kasdan, Miller Reporting Co., Inc. (tb)
                 [Entry date 03/01/99] [1:98cv1232]

2/26/99  --      TRANSCRIPT filed  for date(s) of 01/07/99.  Reporter: David
                 A. Kasdan, Miller Reporting Co., Inc. (tb)
                 [Entry date 03/01/99] [1:98cv1232]

2/26/99  --      TRANSCRIPT filed  for date(s) of 01/11/99.  Reporter: David
                 A. Kasdan, Miller Reporting Co., Inc. (tb)
                 [Entry date 03/01/99] [1:98cv1232]

2/26/99  --      TRANSCRIPT filed  for date(s) of 01/12/99.  Reporter: David
                 A. Kasdan, Miller Reporting Co., Inc. (tb)
                 [Entry date 03/01/99] [1:98cv1232]

2/26/99  --      TRANSCRIPT filed  for date(s) of 01/13/99.  Reporter: David
                 A. Kasdan, Miller Reporting Co., Inc. (tb)
                 [Entry date 03/01/99] [1:98cv1232]

2/26/99  --      TRANSCRIPT filed  for date(s) of 01/14/99.  Reporter: David
                 A. Kasdan, Miller Reporting Co., Inc. (tb)
                 [Entry date 03/01/99] [1:98cv1232]

2/26/99  --      TRANSCRIPT filed  for date(s) of 01/19/99.  Reporter: David
                 A. Kasdan, Miller Reporting Co., Inc. (tb)
                 [Entry date 03/01/99] [1:98cv1232]

2/26/99  --      TRANSCRIPT filed  for date(s) of 01/20/99.  Reporter: David
                 A. Kasdan, Miller Reporting Co., Inc. (tb)
                 [Entry date 03/01/99] [1:98cv1232]

2/26/99  --      TRANSCRIPT filed  for date(s) of 01/21/99.  Reporter: David
                 A. Kasdan, Miller Reporting Co., Inc. (tb)
                 [Entry date 03/01/99] [1:98cv1232]

2/26/99  --      TRANSCRIPT filed  for date(s) of 02/16/99.  Reporter: David
                 A. Kasdan, Miller Reporting Co., Inc. (tb)
                 [Entry date 03/01/99] [1:98cv1232]

2/26/99  --      TRANSCRIPT filed  for date(s) of 02/17/99.  Reporter: David
                 A. Kasdan, Miller Reporting Co., Inc. (tb)
                 [Entry date 03/01/99] [1:98cv1232]

2/26/99  --      TRANSCRIPT filed  for date(s) of 02/18/99.  Reporter: David
                 A. Kasdan, Miller Reporting Co., Inc. (tb)
                 [Entry date 03/01/99] [1:98cv1232]

2/26/99  --      TRANSCRIPT filed  for date(s) of 12/9/98.  Reporter: Miller
                 Reporting Co., Inc. (tth) [Entry date 09/27/00]
                 [1:98cv1232]

Proceedings Include All Events.                                      CM/ECF
1:98cv1233 STATE OF NEW YORK, et al v. MICROSOFT CORP.        CONSOL TYPE A

3/2/99    --    RESPONSE (OPPOSITIONS) by plaintiff USA in 1:98-cv-01232 to
                motion for AMER LAWYER MEDIA, USA TODAY to case(s)
                1:98-cv-01232,  to intervene for limited purpose of staying
                further depositions in this action pending issuance of the
                Court of Appeal's mandate, or in the alternative, for
                access to forthcoming depositions [371-1] by movant (tb)
                [Entry date 03/03/99] [1:98cv1232]

3/2/99    --    TRANSCRIPT filed  for date(s) of 02/16/99.  Reporter:
                Phyllis Merana (tb) [Entry date 03/03/99] [1:98cv1232]

3/2/99    --    TRANSCRIPT filed  for date(s) of 02/17/99.  Reporter:
                Phyllis Merana (tb) [Entry date 03/03/99] [1:98cv1232]

3/2/99    --    TRANSCRIPT filed  for date(s) of 02/18/99.  Reporter:
                Phyllis Merana (tb) [Entry date 03/03/99] [1:98cv1232]

3/2/99    --    TRANSCRIPT filed  for date(s) of 02/19/99.  Reporter:
                Phyllis Merana (tb) [Entry date 03/03/99] [1:98cv1232]

3/2/99    --    TRANSCRIPT filed  for date(s) of 02/22/99.  Reporter:
                Phyllis Merana (tb) [Entry date 03/03/99] [1:98cv1232]

3/2/99    --    TRANSCRIPT filed  for date(s) of 02/23/99.  Reporter:
                Phyllis Merana (tb) [Entry date 03/03/99] [1:98cv1232]

3/2/99    --    TRANSCRIPT filed  for date(s) of 02/24/99.  Reporter:
                Phyllis Merana (tb) [Entry date 03/03/99] [1:98cv1232]

3/2/99    --    TRANSCRIPT filed  for date(s) of 02/25/99.  Reporter:
                Phyllis Merana (tb) [Entry date 03/03/99] [1:98cv1232]

3/2/99    --    TRANSCRIPT filed  for date(s) of 02/26/99.  Reporter:
                Phyllis Merana (tb) [Entry date 03/03/99] [1:98cv1232]

3/5/99    --    TRANSCRIPT filed  for date(s) of 2/22/99.  Reporter: Miller
                Reporting Co., Inc. (tth) [1:98cv1232]

3/5/99    --    TRANSCRIPT filed  for date(s) of 2/23/99.  Reporter: Miller
                Reporting Co., Inc. (tth) [1:98cv1232]

3/5/99    --    TRANSCRIPT filed  for date(s) of 2/24/99.  Reporter: Miller
                Reporting Co., Inc. (tth) [1:98cv1232]

3/5/99    --    TRANSCRIPT filed  for date(s) of 2/25/99.  Reporter: Miller
                Reporting Co., Inc. (tth) [1:98cv1232]

3/5/99    --    TRANSCRIPT filed  for date(s) of 2/26/99.  Reporter: Miller
                Reporting Co., Inc. (tth) [1:98cv1232]

3/11/99  130    CERTIFIED COPY of Order filed in USCA dated 1/29/99,
                referencing  appeal [74-1] in 1:98-cv-01232,  appeal [43-1]
                in 1:98-cv-01233, affirming the judgment of USDC  OPINION
                USCA 98-5399 & 98-5400 (cjp) [Entry date 03/12/99]

Proceedings Include All Events.                                    CM/ECF
1:98cv1233 STATE OF NEW YORK, et al v. MICROSOFT CORP.        CONSOL TYPE A

                [1:98cv1232 1:98cv1233]

3/12/99   --      MOTION filed by movant GRAVITY, INC. in 1:98-cv-01232  to
                  intervene for purpose of modifying proctive order (st)
                  [Entry date 03/15/99] [1:98cv1232]

3/15/99   --      MOTION filed for ROY A. DAY to case(s) 1:98-cv-01232,  to
                  intervene; Attachment (1); EXHIBIT (MOTION) (tth)
                  [Entry date 03/16/99] [1:98cv1232]

3/15/99   131     MEMORANDUM AND ORDER  by Judge Thomas P. Jackson  :
                  granting motion of BRISTOL TECHNOLOGY INC. for permissive
                  intervention to modify protective order [356-1] by BRISTOL
                  TECH INC in 1:98-cv-01232 and the motion to modify the
                  protective order is denied without prejudice. (N)  (N) (rew)
                  [Entry date 03/17/99] [1:98cv1232 1:98cv1233]

3/23/99   --      MEMORANDUM  by Non Party DELL COMPUTER CORP in
                  1:98-cv-01232 in opposition to motion to intervene for
                  purpose of modifying proctive order [418-1] by GRAVITY,
                  INC.; Declaration (1); Exhibits (3) (tth)
                  [Entry date 03/24/99] [1:98cv1232]

3/23/99   --      RESPONSE  by defendant MICROSOFT CORP. in 1:98-cv-01232 in
                  opposition to motion  to intervene for purpose of modifying
                  proctive order [418-1] by GRAVITY, INC. . (tth)
                  [Entry date 03/24/99] [1:98cv1232]

3/26/99   --      RESPONSE by plaintiff USA in 1:98-cv-01232 to expected
                  Microsoft request for depositions regarding
                  AOL/Netscape/Sun Transaction. (tth) [Entry date 03/31/99]
                  [1:98cv1232]

3/26/99   --      REQUEST by plaintiff USA in 1:98-cv-01232 for reciprocal
                  discovery from Microsoft (tth) [Entry date 03/31/99]
                  [1:98cv1232]

3/29/99   --      MOTION (EMERGENCY) filed by defendant MICROSOFT CORP. in
                  1:98-cv-01232 to compel AOL, Netscape and Sun to produce
                  all e-mail messagesresponsive to the subpoenas; Exhibits
                  (5) (tth) [Entry date 03/30/99] [1:98cv1232]

3/30/99   132     ORDER  by Judge Thomas P. Jackson ,directing AOL, NETSCAPE,
                  and SUN to respond to MICROSOFT'S motion to compel
                  discovery by 4-8-99 and MICROSOFT'S reply is due 4/9/99 and
                  setting motion hearing on 4-9-99 at 11:00 am. (N) (rew)
                  [Entry date 03/31/99] [1:98cv1232 1:98cv1233]

3/31/99   --      STATUS HEARING  before Judge Thomas P. Jackson , trial
                  expected to resume on 5/10/99 at 10:00 am. Each party to
                  disclose rebutal witnesses by 4/23/99. Reporter: Phyllis
                  Merana (rew) [1:98cv1232 1:98cv1233]

3/31/99   133    SCHEDULING ORDER #6  by Judge Thomas P. Jackson , trial to
                 resume for 10:00 5/10/99 or on the Monday following the
                 sumbission to the jury of CR98-071  in 1:98-cv-01232, in
                 1:98-cv-01233 ;with instructions to counsel on remaining
                 exhibits, number of rebuttal and surrebuttal witnesses,
                 deadling to identify witnesses, subpoenas, depositions,
                 testimony, schedule for proposed findings and conclusions,
                 and submissions by amici. (N) (rew) [Entry date 04/01/99]
                 [1:98cv1232 1:98cv1233]

4/1/99    134    ORDER  by Judge Thomas P. Jackson , setting out procedures
                 governing further depositions. (N) (rew)
                 [Entry date 04/06/99] [1:98cv1232 1:98cv1233]

4/6/99    --     REPLY  by movant GRAVITY, INC. in 1:98-cv-01232 to response
                 to motion to extend time to file opposition to motion of
                 BRISTOL TECH for permissive intervention [377-1] by
                 MICROSOFT CORP.; Declaration (1); Exhibits (3) (tth)
                 [Entry date 04/07/99] [1:98cv1232]

4/7/99    135    ORDER  by Judge Thomas P. Jackson setting out procedures
                 governing the public release of transcripts and videotapes
                 of depositions. (N) (rew) [Entry date 04/09/99]
                 [1:98cv1232 1:98cv1233]

4/9/99    --     RESPONSE  by movant COMPAQ COMPUTER CORP in 1:98-cv-01232
                 in opposition to motion  to intervene for purpose of
                 modifying proctive order [418-1] by GRAVITY, INC.;
                 Declaration (1). (tth) [Entry date 04/13/99]
                 [1:98cv1232]

4/12/99   --     JOINT INDEX OF DEPOSITIONS in 1:98-cv-01232; Attachment.
                 (tth) [Entry date 04/13/99] [1:98cv1232]

4/14/99   --     MOTION filed by defendant MICROSOFT CORP. in 1:98-cv-01232
                 to withdraw motion to compel AOL, Netscape and Sun to
                 produce all e-mail messagesresponsive to the subpoenas
                 [424-1] (tth) [Entry date 04/15/99] [1:98cv1232]

4/15/99   136    ORDER  by Judge Thomas P. Jackson  : granting motion to
                 withdraw motion to compel AOL, Netscape and Sun to produce
                 all e-mail messagesresponsive to the subpoenas [424-1]
                 [434-1] by MICROSOFT CORP. in 1:98-cv-01232 (N) (rew)
                 [Entry date 04/16/99] [1:98cv1232 1:98cv1233]

4/19/99   137    STIPULATION and ORDER  filed and fiated  by Judge Thomas P.
                 Jackson directing that Plaintiffs exhibit 372 admitted into
                 evidence by stipulation and Order of 1-13-99 be nunc pro
                 tune treated as admitted under seal . (N) (rew)
                 [Entry date 04/22/99] [1:98cv1232 1:98cv1233]

Proceedings Include All Events.                                    CM/ECF
1:98cv1233 STATE OF NEW YORK, et al v. MICROSOFT CORP.        CONSOL TYPE A

4/26/99  138    ORDER  by Judge Thomas P. Jackson , directing Plaintiff and
                Defendants time to identify rebuttal and surrebuttal
                witnesses by 5:00 p.m. on 5-3-99 with summary of
                anticipated testimony. (N) (rew) [1:98cv1232 1:98cv1233]

4/28/99  139    ORDER  by Judge Thomas P. Jackson, directing that Eliot
                Spitzer, attorney general of the State of New York, is
                substituted for Dennis Vacco in CA98-1233 and the caption
                shall reflect such substitution. (N) (rew) [1:98cv1232
                1:98cv1233]

5/1/99   --     RESPONSE by defendant MICROSOFT CORP. Notice of Filing in
                Support of its Motion for Permissive Intervention to Modify
                Protective Order 1:98-cv-01232 [441-1] by BRISTOL TECH INC
                (tth) [Entry date 06/02/99] [1:98cv1232]

5/3/99   140    JOINT REBUTTAL WITNESS LIST by plaintiff USA in
                1:98-cv-01232, and PLAINTIFF STATES' in 1:98-cv-01233, to
                witness list [112-1] by MICROSOFT CORP. in 1:98-cv-01232;
                Exhibits (3) (tth) [Entry date 05/04/99]
                [Edit date 05/04/99] [1:98cv1232 1:98cv1233]

5/18/99  --     MEMORANDUM by third party BRISTOL TECH INC in 1:98-cv-01232
                re:  Modification of the Protective Order; Exhibits (2) (tth)
                [Entry date 05/19/99] [1:98cv1232]

5/19/99  --     SCHEDULING NOTICE: trial set for 10:00 6/1/99 in
                1:98-cv-01232, in 1:98-cv-01233 ;  before Judge Thomas P.
                Jackson . (rew) [1:98cv1232 1:98cv1233]

5/24/99  --     TRANSCRIPT filed  for date(s) of 3/31/99.  Reporter:
                Phyllis Merana (tth) [Entry date 05/25/99] [1:98cv1232]

6/1/99   --     NON-JURY TRIAL   before Judge Thomas P. Jackson  resumed
                and continued to 10:00 6/2/99 in 1:98-cv-01232, in
                1:98-cv-01233  reporter: P. Merana (rew) [1:98cv1232
                1:98cv1233]

6/2/99   --     NON-JURY TRIAL   before Judge Thomas P. Jackson  resumed
                and continued to 10:00 6/3/99 in 1:98-cv-01232, in
                1:98-cv-01233  reporter: Phyllis Merana (rew)
                [1:98cv1232 1:98cv1233]

6/2/99   141    ORDER  by Judge Thomas P. Jackson  modifying the Protective
                Order entered 5/27/98. (N) (rew) [Entry date 06/03/99]
                [1:98cv1232 1:98cv1233]

6/3/99   --     NON-JURY TRIAL   before Judge Thomas P. Jackson  resumed
                and continued to 10:00 6/4/99 in 1:98-cv-01232, in
                1:98-cv-01233  reporter: P. Merana (rew)
                [Entry date 06/04/99] [1:98cv1232 1:98cv1233]

Proceedings Include All Events.                                    CM/ECF
1:98cv1233 STATE OF NEW YORK, et al v. MICROSOFT CORP.        CONSOL TYPE A

6/4/99    --    NON-JURY TRIAL    before Judge Thomas P. Jackson  resumed
                and continued to 10:00 6/7/99 in 1:98-cv-01232, in
                1:98-cv-01233  reporter: Phyllis Merana (rew)
                [1:98cv1232 1:98cv1233]

6/7/99    --    NON-JURY TRIAL   before Judge Thomas P. Jackson  resumed
                and continued to 10:00 6/8/99 in 1:98-cv-01232, in
                1:98-cv-01233  reporter: Phyllis Merana (rew)
                [1:98cv1232 1:98cv1233]

6/7/99    --    MOTION filed by movant AMER LAWYER MEDIA in 1:98-cv-01232,
                movant ASSOCIATED PRESS in 1:98-cv-01232, Non Party NETWORK
                COMPUTER INC in 1:98-cv-01232, movant NEW YORK TIMES CO in
                1:98-cv-01232, movant REUTERS AMERICA,INC. in
                1:98-cv-01232, movant SAN JOSE MERCURY NEW in
                1:98-cv-01232, movant USA TODAY in 1:98-cv-01232, movant
                WASHINGTON POST CO. in 1:98-cv-01232, movant ZDTV LLC in
                1:98-cv-01232, movant ZDNET in 1:98-cv-01232 to unseal
                certain exhibits admitted into evidence at trial and
                received at deposition (tth) [Entry date 06/08/99]
                [1:98cv1232]

6/8/99    --    NON-JURY TRIAL   before Judge Thomas P. Jackson  resumed
                and continued to 10:00 6/9/99 in 1:98-cv-01232, in
                1:98-cv-01233  reporter: Phyllis Merana (rew)
                [1:98cv1232 1:98cv1233]

6/9/99    --    NON-JURY TRIAL   before Judge Thomas P. Jackson  resumed
                and continued to 10:00 6/10/99 in 1:98-cv-01232, in
                1:98-cv-01233  reporter: Phyllis Merana (rew)
                [1:98cv1232 1:98cv1233]

6/10/99   --    NON-JURY TRIAL   before Judge Thomas P. Jackson  resumed
                and continued to 10:00 6/14/99 in 1:98-cv-01232, in
                1:98-cv-01233  reporter: P. Merana (rew) [1:98cv1232
                1:98cv1233]

6/14/99   --    NON-JURY TRIAL   before Judge Thomas P. Jackson  resumed and
                continued to 9:30 6/16/99 in 1:98-cv-01232, in 1:98-cv-01233
                reporter: Phyllis Merana (rew) [Edit date 06/15/99]
                [1:98cv1232 1:98cv1233]

6/16/99   --    NON-JURY TRIAL   before Judge Thomas P. Jackson  resumed and
                continued to 10:00 6/21/99 in 1:98-cv-01232, in
                1:98-cv-01233  reporter: Phyllis Merana (rew)
                [Edit date 06/16/99] [1:98cv1232 1:98cv1233]

6/16/99   --    SCHEDULING NOTICE: trial set for 10:00 6/21/99 in
                1:98-cv-01232, in 1:98-cv-01233 ;  before Judge Thomas P.
                Jackson . (rew) [1:98cv1232 1:98cv1233]

6/16/99   --    MOTION filed by defendant MICROSOFT CORP. in 1:98-cv-01232
                to admit deposition excerpts and exhibits; Exhibits (2) (tth)
                [Entry date 06/17/99] [1:98cv1232]

Proceedings Include All Events.                                   CM/ECF
1:98cv1233 STATE OF NEW YORK, et al v. MICROSOFT CORP.        CONSOL TYPE A


6/21/99  --      NON-JURY TRIAL   before Judge Thomas P. Jackson  resumed
                 and continued to 10:00 6/22/99 in 1:98-cv-01232, in
                 1:98-cv-01233  reporter: Phyllis Merana (rew)
                 [1:98cv1232 1:98cv1233]

6/22/99  --      NON-JURY TRIAL   before Judge Thomas P. Jackson  resumed
                 and continued to 10:00 6/23/99 in 1:98-cv-01232, in
                 1:98-cv-01233  reporter: P. Merana (rew)
                 [Entry date 06/23/99] [1:98cv1232 1:98cv1233]

6/22/99  142     STIPULATION filed and fiated  by Judge Thomas P. Jackson
                 regarding deposition excerpts . (N) (rew)
                 [Entry date 06/23/99] [1:98cv1232 1:98cv1233]

6/22/99  143     STIPULATION filed and fiated  by Judge Thomas P. Jackson
                 admitting certain defendant exhibits. (N) (rew)
                 [Entry date 06/23/99] [1:98cv1232 1:98cv1233]

6/23/99  --      NON-JURY TRIAL   before Judge Thomas P. Jackson  resumed
                 and continued to 10:00 6/24/99 in 1:98-cv-01232, in
                 1:98-cv-01233  reporter: Phyllis Merana (rew)
                 [1:98cv1232 1:98cv1233]

6/23/99  --      RESPONSE  by plaintiff USA in 1:98-cv-01232 in opposition
                 to motion to admit deposition excerpts and exhibits [446-1]
                 by MICROSOFT CORP.; Exhibits (3). (tth)
                 [Entry date 06/24/99] [1:98cv1232]

6/24/99  --      NON-JURY TRIAL   before Judge Thomas P. Jackson  resumed
                 and concluded, closing arguments set for 10:00 9/21/99 in
                 1:98-cv-01232, in 1:98-cv-01233  reporter: Phyllis Merana
                 (rew) [1:98cv1232 1:98cv1233]

6/24/99  144     ORDER   by Judge Thomas P. Jackson  : granting motion to
                 admit deposition excerpts and exhibits [446-1] by MICROSOFT
                 CORP. in 1:98-cv-01232 (N) (rew) [1:98cv1232 1:98cv1233]

6/24/99  145     ORDER   by Judge Thomas P. Jackson ,amending the Court's
                 Scheduling Order No.6, proposed findings of fact are due
                 8-10-99, revised proposed findings of fact are due 9-10-99,
                 and closing arguments are scheduled for 9-21-99 at 10:00am.
                 (N) (rew) [1:98cv1232 1:98cv1233]

6/28/99  --      TRANSCRIPT filed  for date(s) of 3/31/99.  Reporter:
                 Phyllis Merana (tth) [Entry date 06/29/99] [1:98cv1232]

6/28/99  --      TRANSCRIPT filed  for date(s) of 6/1/99 (A.M. SESSION).
                 Reporter: Phyllis Merana (tth) [Entry date 06/29/99]
                 [1:98cv1232]

6/28/99  --      TRANSCRIPT filed  for date(s) of 6/2/99 (A.M. SESSION).
                 Reporter: Phyllis Merana (tth) [Entry date 06/29/99]
                 [1:98cv1232]

Proceedings Include All Events.                                              CM/ECF
1:98cv1233 STATE OF NEW YORK, et al v. MICROSOFT CORP.        CONSOL TYPE A

6/28/99  --    TRANSCRIPT filed  for date(s) of 6/3/99 (A.M. SESSION).
               Reporter: Phyllis Merana (tth) [Entry date 06/29/99]
               [1:98cv1232]

6/28/99  --    TRANSCRIPT filed  for date(s) of 6/4/99 (A.M. SESSION).
               Reporter: Phyllis Merana (tth) [Entry date 06/29/99]
               [1:98cv1232]

6/28/99  --    TRANSCRIPT filed  for date(s) of 6/7/99 (A.M. SESSION).
               Reporter: Phyllis Merana (tth) [Entry date 06/29/99]
               [1:98cv1232]

6/28/99  --    TRANSCRIPT filed  for date(s) of 6/8/99 (A.M. SESSION).
               Reporter: Phyllis Merana (tth) [Entry date 06/29/99]
               [1:98cv1232]

6/28/99  --    TRANSCRIPT filed  for date(s) of 6/9/99 (A.M. SESSION).
               Reporter: Phyllis Merana (tth) [Entry date 06/29/99]
               [1:98cv1232]

6/28/99  --    TRANSCRIPT filed  for date(s) of 6/10/99 (A.M. SESSION).
               Reporter: Phyllis Merana (tth) [Entry date 06/29/99]
               [1:98cv1232]

6/28/99  --    TRANSCRIPT filed  for date(s) of 6/14/99 (A.M. SESSION).
               Reporter: Phyllis Merana (tth) [Entry date 06/29/99]
               [1:98cv1232]

6/28/99  --    TRANSCRIPT filed  for date(s) of 6/16/99 (A.M. SESSION).
               Reporter: Phyllis Merana (tth) [Entry date 06/29/99]
               [1:98cv1232]

6/28/99  --    TRANSCRIPT filed  for date(s) of 6/21/99 (A.M. SESSION).
               Reporter: Phyllis Merana (tth) [Entry date 06/29/99]
               [1:98cv1232]

6/28/99  --    TRANSCRIPT filed  for date(s) of 6/22/99 (A.M. SESSION).
               Reporter: Phyllis Merana (tth) [Entry date 06/29/99]
               [1:98cv1232]

6/28/99  --    TRANSCRIPT filed  for date(s) of 6/23/99 (A.M. SESSION).
               Reporter: Phyllis Merana (tth) [Entry date 06/29/99]
               [1:98cv1232]

6/28/99  --    TRANSCRIPT filed  for date(s) of 6/24/99 (A.M. SESSION).
               Reporter: Phyllis Merana (tth) [Entry date 06/29/99]
               [1:98cv1232]

6/29/99  --    MOTION filed by defendant MICROSOFT CORP. in 1:98-cv-01232
               to admit surrebuttal exhibits (tth) [Entry date 06/30/99]
               [1:98cv1232]

Proceedings Include All Events.                                    CM/ECF
1:98cv1233 STATE OF NEW YORK, et al v. MICROSOFT CORP.        CONSOL TYPE A

6/30/99  146   STIPULATION filed and fiated by Judge Thomas P. Jackson
               regarding deposition excerpts received into evidence. (N)
               (rew) [Entry date 07/01/99] [1:98cv1232 1:98cv1233]

7/2/99   --    TRANSCRIPT filed  for date(s) of 6/24/99.  Reporter: David
               Kasdan, Miller Reporting (st) [Entry date 07/06/99]
               [1:98cv1232]

7/2/99   --    TRANSCRIPT filed  for date(s) of 6/23/99.  Reporter: David
               Kasdan; Miller Reporting (st) [Entry date 07/06/99]
               [1:98cv1232]

7/2/99   --    TRANSCRIPT filed  for date(s) of 6/21/99.  Reporter: David
               Kasdan, Miller Reporting (st) [Entry date 07/06/99]
               [1:98cv1232]

7/2/99   --    TRANSCRIPT filed  for date(s) of 6/22/99.  Reporter: David
               Kasdan, Miller Reporting (st) [Entry date 07/06/99]
               [1:98cv1232]

7/9/99   --    NOTICE OF WITHDRAWAL of motion to unseal certain exhibits
               admitted into evidence at trial and received at deposition
               [445-1] by movantsssss, Non Party, movant (st)
               [Entry date 07/12/99] [1:98cv1232]

7/12/99  147   RESPONSE  by plaintiff USA in 1:98-cv-01232, and plaintiffs
               in 1:98-cv-01233 in opposition to motion to admit
               surrebuttal exhibits [473-1] by MICROSOFT CORP. in
               1:98-cv-01232; Attachments (2). (tth) [Entry date 07/13/99]
               [1:98cv1232 1:98cv1233]

7/16/99  --    REPLY  by defendant MICROSOFT CORP. in 1:98-cv-01232 to
               response to motion to admit surrebuttal exhibits [473-1] by
               MICROSOFT CORP. (st) [Entry date 07/19/99] [1:98cv1232]

7/22/99  148   ORDER  by Judge Thomas P. Jackson : granting in part and
               denying in part motion to admit surrebuttal exhibits
               [473-1] by MICROSOFT CORP. in 1:98-cv-01232 (N) (rew)
               [1:98cv1232 1:98cv1233]

7/28/99  --    MOTION filed by defendant MICROSOFT CORP. in 1:98-cv-01232
               for Oliver Metzger, to appear pro hac vice (Sullivan &
               Cromwell, 125 Broad Street, New York, NY 10004, (212)
               558-4000 (tth) [Entry date 07/29/99] [1:98cv1232]

7/28/99  --    MOTION filed by defendant MICROSOFT CORP. in 1:98-cv-01232
               for Bradley P. Smith, to appear pro hac vice (Sullivan &
               Cromwell, 125 Broad Street, New York, NY 10004, (212)
               558-4000) (tth) [Entry date 07/29/99] [1:98cv1232]

7/28/99  149   ORDER  by Judge Thomas P. Jackson : granting motion for
               Bradley P. Smith, to appear pro hac vice (Sullivan &
               Cromwell, 125 Broad Street, New York, NY 10004, (212)
               558-4000) [484-1] by MICROSOFT CORP. in 1:98-cv-01232 (N)

Proceedings Include All Events.                                    CM/ECF
1:98cv1233 STATE OF NEW YORK, et al v. MICROSOFT CORP.       CONSOL TYPE A

                  (rew) [Entry date 07/29/99] [1:98cv1232 1:98cv1233]

7/28/99   150     ORDER   by Judge Thomas P. Jackson  : granting motion for
                  Oliver Metzger, to appear pro hac vice (Sullivan &
                  Cromwell, 125 Broad Street, New York, NY 10004, (212)
                  558-4000 [483-1] by MICROSOFT CORP. in 1:98-cv-01232 (N)
                  (rew) [Entry date 07/29/99] [1:98cv1232 1:98cv1233]

7/28/99   151     STIPULATION filed and fiated  by Judge Thomas P. Jackson
                  unsealing and admitting certain defendants AOL eshibits.
                  (N) (rew) [Entry date 07/29/99] [1:98cv1232 1:98cv1233]

7/28/99   152     STIPULATION filed and fiated  by Judge Thomas P. Jackson
                  admitting certain Plaintiff's exhibits . (N) (rew)
                  [Entry date 07/29/99] [1:98cv1232 1:98cv1233]

8/9/99    153     MEMORANDUM by plaintiff USA in 1:98-cv-01232, PLAINTIFFS
                  STATES in 1:98-cv-01233 and Defendant-Counterclaim
                  Plaintiff Microsoft Corporation notifying the Court that
                  they hereby rest their cases. (tth) [Entry date 08/11/99]
                  [1:98cv1232 1:98cv1233]

8/10/99   --      MOTION filed by defendant MICROSOFT CORP. in 1:98-cv-01232
                  to file the "Filed Under Seal" version of its Proposed
                  Findings of Fact be filed under seal; EXHIBIT (PROPOSED
                  FINDING OF FACT - LODGED UNDER SEAL) (tth)
                  [Entry date 08/11/99] [1:98cv1232]

8/10/99   --      FINDINGS OF FACT (PROPOSED)(PUBLIC VERSION) and Conclusions
                  of Law filed by Defendant Microsoft Corporation. (tth)
                  [Entry date 08/11/99] [Edit date 08/11/99] [1:98cv1232]

8/10/99   154     FINDINGS OF FACT (JOINT PROPOSED) and Conclusions of Law
                  filed by plaintiffs; (BULKY); (FILED UNDER SEAL). (tth)
                  [Entry date 08/11/99] [Edit date 08/11/99] [1:98cv1232
                  1:98cv1233]

8/10/99   155     FINDINGS OF FACT (JOINT PROPOSED) and Conclusions of Law by
                  plaintiffs; (BULKY); (REDACTED PUBLIC VERSION). (tth)
                  [Entry date 08/11/99] [1:98cv1232 1:98cv1233]

8/10/99   156     ORDER   by Judge Thomas P. Jackson ,denying without
                  prejudice defendant's motion for judgment as a matter of
                  law. (N) (rew) [Entry date 08/11/99] [1:98cv1232 1:98cv1233]

8/10/99   157     ORDER   by Judge Thomas P. Jackson  : granting motion to
                  file the "Filed Under Seal" version of its Proposed
                  Findings of Fact be filed under seal [490-1] by MICROSOFT
                  CORP. in 1:98-cv-01232 (N) (rew) [Entry date 08/11/99]
                  [1:98cv1232 1:98cv1233]

8/10/99   --      MOTION filed by defendant MICROSOFT CORP. in 1:98-cv-01232
                  for judgment as a matter of law (tth) [Entry date 08/11/99]
                  [1:98cv1232]

8/10/99   --    FINDINGS OF FACT (PROPOSED) and Conclusions of Law filed by
                Defendant Microsoft Corporation; (FILED UNDER SEAL). (tth)
                [Entry date 08/27/99] [1:98cv1232]

9/3/99    158   ORDER   by Judge Thomas P. Jackson ,directing parties to
                file revised versions of proposed findings of fact on
                9-10-99 and with instructions to counsel to content and
                instruction on closing arguments. (N) (rew) [1:98cv1232
                1:98cv1233]

9/10/99   --    FINDINGS OF FACT and Conclusions of Law (JOINT PROPOSED)
                filed by plaintiffs1; Exhibits (7); (FILED UNDER SEAL). (tth)
                [Entry date 09/14/99] [Edit date 09/14/99] [1:98cv1232]

9/10/99   --    FINDINGS OF FACT and Conclusions of Law (JOINT PROPOSED)
                filed by plaintiffs; Exhibits (7); (REDACTED PUBLIC
                VERSION) . (tth) [Entry date 09/14/99] [1:98cv1232]

9/10/99   --    MOTION filed by defendant MICROSOFT CORP. in 1:98-cv-01232
                to file Proposed Findings of Fact under seal; EXHIBIT
                (PROPOSED FINDINGS OF FACT) (tth) [Entry date 09/14/99]
                [1:98cv1232]

9/10/99   --    FINDINGS OF FACT and Conclusions of Law (REVISED PROPOSED)
                filed by defendant MICROSOFT CORP.; (PUBLIC VERSION) (tth)
                [Entry date 09/14/99] [1:98cv1232]

9/13/99   159   ORDER   by Judge Thomas P. Jackson  :  granting motion to
                seal defendants "Filed Under Seal" version of Revised
                Proposed Findings of Fact. (N) (tth) [Entry date 09/14/99]
                [1:98cv1233]

9/13/99   --    FINDINGS OF FACT and Conclusions of Law (REVISED PROPOSED)
                filed by defendant MICROSOFT CORP. (FILED UNDER SEAL) (tth)
                [Entry date 09/14/99] [1:98cv1232]

9/21/99   --    NON-JURY TRIAL   before Judge Thomas P. Jackson  resumed
                and concluded with closing arguments, case submitted.
                reporter: P. Merana (rew) [1:98cv1232 1:98cv1233]

9/30/99   --    TRANSCRIPT filed  for date(s) of 9/21/99.  Reporter: David
                A. Kasdan, Miller Reporting Co., Inc. (tth)
                [Entry date 10/05/99] [1:98cv1232]

10/14/99 --     TRANSCRIPT filed  for date(s) of September 21, 1999.
                Reporter: Phyllis Merana (tw) [Entry date 10/15/99]
                [1:98cv1232]

11/5/99   160   FINDINGS OF FACT by Judge Thomas Penfield Jackson . (rew)
                [Entry date 11/08/99] [1:98cv1232 1:98cv1233]

Proceedings Include All Events.                                          CM/ECF
1:98cv1233 STATE OF NEW YORK, et al v. MICROSOFT CORP.          CONSOL TYPE A

11/5/99  161    SCHEDULING ORDER #7 by Judge Thomas P. Jackson  :directing
                plaintiffs to file memorandum of law by 12-6-99, and
                defendant to file a responsive memorandum of law by
                1-17-00, and plaintiffs may file a reply memorandum by
                1-24-00, and defendant may file a surreply memorandum by
                1-31-00, and with instructions to counsel. (N) (rew)
                [Entry date 11/08/99] [1:98cv1232 1:98cv1233]

11/19/99 162    ORDER   by Judge Thomas P. Jackson  :setting page
                limitations for memoranda of law; inviting Professor
                Lawrence Lessig to participate as amicus curiae and both
                plaintiff and defendant to designate a single amicus of
                their choice; with instructions to amicus; setting oral
                argument on 10:00 2/22/00 in 1:98-cv-01232, in
                1:98-cv-01233 ;  (N) (rew) [1:98cv1232 1:98cv1233]

11/19/99 163    ORDER   by Judge Thomas P. Jackson  :referring cases for
                voluntary mediation to Judge Richard A.Posner, Chief Judge
                of the U.S.Court of Appeals for the 7th Circuit. (N) (rew)
                [1:98cv1232 1:98cv1233]

11/24/99 --     TRANSCRIPT filed  for date of November 18, 1999. Reporter:
                Phyllis Merana (dot) [Entry date 12/15/99] [1:98cv1232]

12/6/99  --     PLAINTIFFS' JOINT PROPOSED Conclusions of Law. (tth)
                [Entry date 12/07/99] [1:98cv1232]

12/6/99  164    STATES' MEMORANDUM AND PROPOSED Conclusions of Law. (tth)
                [Entry date 12/07/99] [1:98cv1232 1:98cv1233]

12/9/99  --     OBJECTIONS by defendant MICROSOFT CORP. in 1:98-cv-01232 to
                participation by Professor Lawrence Lessig in this case as
                a purported Amicus Curiae; Exhibits (2) (tth)
                [Entry date 12/10/99] [1:98cv1232]

12/10/99 167    ATTORNEY APPEARANCE  for plaintiffs in 1:98-cv-01233,
                counter-defendants in 1:98-cv-01233 by Kevin James O'Connor
                (tth) [Entry date 01/04/00] [1:98cv1232 1:98cv1233]

12/20/99 --     RESPONSE by plaintiff USA in 1:98-cv-01232 to objection to
                participation by Professor Lawrence Lessig as an amicus
                curiae [514-1] (tth) [Entry date 12/21/99] [1:98cv1232]

12/20/99 165    MEMORANDUM AND ORDER  by Judge Thomas P. Jackson :overruling
                defendant's objection to participation of Professor Lawrence
                Lessig as amicus curiae. Attachment. (N)  (N) (rew)
                [Entry date 12/21/99] [Edit date 12/21/99] [1:98cv1232
                1:98cv1233]

12/21/99 166    ORDER   by Judge Thomas P. Jackson  :of correction of
                errata and amending Findings of Fact of 11-5-99. (N) (rew)
                [Entry date 12/22/99] [1:98cv1232 1:98cv1233]

Proceedings Include All Events.                                    CM/ECF
1:98cv1233 STATE OF NEW YORK, et al v. MICROSOFT CORP.        CONSOL TYPE A

1/6/00   168   ORDER   by Judge Thomas P. Jackson  : directing defendant
               to file responsive memorandum with respect to conclusions
               of law by 1-18-00 and plaintiff to reply by 1-25-00 and
               defendant to file surreply by 2-1-00 and amici curiae to
               file memoranda of law by 2-1-00 and the oral argument date
               remains unchanged.  (N) (rew) [Entry date 01/07/00]
               [1:98cv1232 1:98cv1233]

1/18/00  --    PROPOSED Conclusions of Law filed by defendant Microsoft.
               (tth) [Entry date 01/19/00] [1:98cv1232]

1/18/00  ---   MEMORANDUM  by defendant MICROSOFT CORP. in 1:98-cv-01232
               in opposition to States' Memorandum and Proposed
               Conclusions of Law [513-1]. (tth) [Entry date 01/19/00]
               [1:98cv1232]

1/27/00  169   REPLY (JOINT) by plaintiff USA in 1:98-cv-01232, plaintiffs
               STATES in 1:98-cv-01233, to findings of fact [521-1] in
               1:98-cv-01232. (tth) [Entry date 01/28/00]
               [Edit date 01/28/00] [1:98cv1232 1:98cv1233]

1/27/00  170   REPLY by plaintiffs STATES in 1:98-cv-01233 proposed
               conclusions of law of fact [513-1] in 1:98-cv-01232,
               proposed conclusions of law [164-1] in 1:98-cv-01233 (tth)
               [Entry date 01/28/00] [1:98cv1232 1:98cv1233]

1/27/00  --    MOTION filed by amicus W. DAVID SLAWSON in 1:98-cv-01232,
               amicus ERWIN CHEMERINSKY in 1:98-cv-01232 for leave to file
               memorandu of Amici Curiae; EXHIBIT (MEMORANDUM) (tth)
               [Entry date 01/28/00]

1/27/00  --    MOTION filed for W. DAVID SLAWSON, ERWIN CHEMERINSKY to
               case(s) 1:98-cv-01232,  to file amicus brief; EXHIBIT
               (MEMORANDUM) (tth) [Entry date 02/01/00] [1:98cv1232]

1/28/00  171   RESPONSE by plaintiff USA in 1:98-cv-01232, plaintiffs
               STATES in 1:98-cv-01233 to motion for W. DAVID SLAWSON,
               ERWIN CHEMERINSKY to case(s) 1:98-cv-01232,  to file amicus
               brief [525-1] in 1:98-cv-01232 (tth) [Entry date 02/02/00]
               [1:98cv1232 1:98cv1233]

2/1/00   --    MEMORANDUM by defendant MICROSOFT CORP. in 1:98-cv-01232
               re: designation of amicus curiae. (tth) [1:98cv1232]

2/1/00   --    RESPONSE by plaintiff USA in 1:98-cv-01232 to order re:
               Designation of Amicus Curiae in 1:98-cv-01232, [510-1],
               order [510-2], in 1:98-1233, order [163-1] (tth)
               [Entry date 02/02/00] [Edit date 02/02/00] [1:98cv1232]

2/1/00   --    AMICUS BRIEF filed by amicus SOFTWARE AND INFO in
               1:98-cv-01232. (tth) [Entry date 02/02/00] [1:98cv1232]

2/1/00    172    RESPONSE by plaintiffs STATES in 1:98-cv-01233 to order re:
                 Designation of Amicus Curiae [510-1] in 1:98-cv-01232, ,
                 [510-2] in 1:98-cv-01232, 1:98-cv-01233, order [163-1] in
                 1:98-cv-01233 (tth) [Entry date 02/02/00]
                 [Edit date 02/02/00] [1:98cv1232 1:98cv1233]

2/1/00    --     AMICUS BRIEF (PROPOSED Conclusions of Law) filed by amicus
                 ROBERT H. BORK in 1:98-cv-01232. (tth) [Entry date 02/02/00]
                 [1:98cv1232]

2/1/00    --     AMICUS BRIEF filed by amicus LAWRENCE LESSIG in
                 1:98-cv-01232. (tth) [Entry date 02/02/00] [1:98cv1232]

2/1/00    173    ORDER by Judge Thomas P. Jackson:  denying joint motion by
                 Erwin Chemerinsky and W. David Slawson for leave to file a
                 memorandum of law as amici curiae ( filed in CA 98-1232)
                 (N) (kmk) [Entry date 02/04/00] [1:98cv1233]

2/3/00    --     SURREPLY by defendant MICROSOFT CORP. in 1:98-cv-01232 in
                 response to Plaintiffs' Joint Reply [523-1]; "Let this be
                 filed", JACKSON, J. (tth) [Entry date 02/14/00]
                 [Edit date 02/14/00] [1:98cv1232]

2/3/00    --     SURREPLY by defendant MICROSOFT CORP. in 1:98-cv-01232 in
                 response to the STATES' Reply [524-1]; "Let this be filed",
                 JACKSON, J.; "Let this be file", JACKSON, J. (tth)
                 [Entry date 02/14/00] [Edit date 02/14/00] [1:98cv1232]

2/4/00    --     AMICUS BRIEF filed by amicus COMPETITIVE TECH in
                 1:98-cv-01232.; "Let this be filed", JACKSON, J. (tth)
                 [Entry date 02/14/00] [1:98cv1232]

2/9/00    --     MOTION filed by amicus W. DAVID SLAWSON in 1:98-cv-01232,
                 amicus ERWIN CHEMERINSKY in 1:98-cv-01232 for
                 reconsideration of their motion for leave to file
                 memorandum of amici curiae; EXHIBIT (memorandum) (jf)
                 [Entry date 02/10/00] [1:98cv1232]

2/20/00   204    FINAL JUDGMENT (PROPOSED) for plaintiff USA in
                 1:98-cv-01232, plaintiffs STATES in 1:98-cv-01233; "Let
                 this be filed, nunc pro tunc to 5/20/00", JACKSON, J. (tth)
                 [Entry date 02/22/01] [1:98cv1232 1:98cv1233]

2/22/00   174    ORDER by Judge Thomas P. Jackson: granting motion by
                 plaintiffs in CA98-1233 to make part of the record the
                 unpublished decision in Pinney Dock& Transportation Co. v.
                 Penn Central Corp. case number C80-1733
                 (N.D.Ohio,Feb.2,1982). (N) (kmk) [Entry date 03/16/00]
                 [Edit date 09/14/00] [1:98cv1232 1:98cv1233]

3/3/00    --     TRANSCRIPT filed  for date(s) of February 22, 2000.
                 Reporter: Miller Reporting Co., Inc. (tth)
                 [Entry date 03/06/00] [1:98cv1232]

Proceedings Include All Events.                                            CM/ECF
1:98cv1233 STATE OF NEW YORK, et al v. MICROSOFT CORP.          CONSOL TYPE A

4/3/00    175    CONCLUSIONS OF LAW. by Judge Thomas P. Jackson. (N) (rew)
                 [1:98cv1232 1:98cv1233]

4/3/00    176    ORDER   by Judge Thomas P. Jackson  :declaring that
                 MICROSOFT has violated the Sherman Act as well as certain
                 state law provisions, and judgment is entered for the
                 UNITED STATES on certain claims in CA98-1232,and the first
                 claim in CA98-1232 is dismissed with prejudice, and
                 entering judgment for plaintiff STATES on certain claims in
                 CA98-1233, and the fifth claim in CA98-1233 is dismissed
                 with prejudice, and MICROSOFT'S first and second claims in
                 CA98-1233 are dismissed with prejudice, and the Court shall
                 enter an order with respect to appropriate relief,costs and
                 fees, following proceedings to be established by further
                 order of the Court. (N) (rew) [1:98cv1232 1:98cv1233]

4/5/00    177    ORDER   by Judge Thomas P. Jackson  :plaintiff UNITED
                 STATES and STATES to file certain proposed forms of
                 permanent injunction by 4-28-00, defendant to file response;
                  objections; counter-proposals, and recommendations by
                 5-10-00, plaintiffs to reply by 5-17-00, all filings to be
                 on the public record and a hearing on remedies is set for
                 5-24-00 at 10:00 am. trial set for 10:00 5/24/00 in
                 1:98-cv-01232, in 1:98-cv-01233 ;  (N) (rew)
                 [Entry date 04/06/00] [1:98cv1232 1:98cv1233]

4/11/00   --    MOTION filed by movant ROY A. DAY in 1:98-cv-01232 for
                 order granting Roy A. Day's request for a copy of the
                 Court's docket sheet as a pauper  and for order granting
                 litigant Roy A. Day's motion for an emergency ruling on
                 4/7/00 (bjsp) [Entry date 04/12/00]

4/13/00   --    TRANSCRIPT filed  for date(s) of April 4, 2000. Reporter:
                 Phyllis Merana (tth) [Entry date 04/18/00] [1:98cv1232]

4/13/00   --    TRANSCRIPT filed  for date(s) of April 5, 2000. Reporter:
                 Phyllis Merana (tth) [Entry date 04/18/00] [1:98cv1232]

4/21/00   --    MOTION filed for CA PLAINTIFFS to case(s) 1:98-cv-01232,
                 to intervene for the limited purpose of modifying
                 protective order; Exhibits (3) (tth) [Entry date 04/25/00]
                 [1:98cv1232]

4/27/00   --    MOTION filed for ROBERT E. LITAN to case(s) 1:98-cv-01232,
                 to file amicus brief; EXHIBIT (AMICUS BRIEF) (tth)
                 [Entry date 04/28/00] [1:98cv1232]

5/1/00    --    MOTION filed by defendant MICROSOFT CORP. in 1:98-cv-01232
                 to modify its 1998 Protective Order, and any sealing
                 orders entered prior to or during trial, to permit all
                 Microsoft's counsel of record in the California Litigation
                 to review Confidential and Highly Confidential documents
                 and other materials in this action, subject to the terms of
                 the California Protective Order; Exhibits (3) (tth)

Proceedings Include All Events.                                    CM/ECF
1:98cv1233 STATE OF NEW YORK, et al v. MICROSOFT CORP.          CONSOL TYPE A

                  [Entry date 05/02/00] [1:98cv1232]

5/1/00    178    ORDER   by Judge Thomas P. Jackson  : granting motion for
                 ROBERT E. LITAN to case(s) 1:98-cv-01232, to file amicus
                 brief [547-1] in 1:98-cv-01232 (N) (rew)
                 [Entry date 05/02/00] [1:98cv1232 1:98cv1233]

5/1/00    --     AMICUS BRIEF filed by movant ROBERT E. LITAN in
                 1:98-cv-01232; Appendix (1). (tth) [Entry date 05/18/00]
                 [1:98cv1232]

5/2/00    --     RESPONSE by plaintiff USA in 1:98-cv-01232 to motion for CA
                 PLAINTIFFS to case(s) 1:98-cv-01232, to intervene for the
                 limited purpose of modifying protective order [546-1] (cjp)
                 [Entry date 05/03/00] [1:98cv1232]

5/2/00    --     FINAL JUDGMENT (PROPOSED) for plaintiff USA in 1:98-cv-01232
                 Attachments; (N) (tth) [Entry date 02/20/01]

5/9/00    --     MOTION filed by Non Party DELL COMPUTER CORP. in
                 1:98-cv-01232 to extend time to respond to motion by
                 California Plaintiffs to Intervene for Limited Purpose of
                 Modifying Protective Order (tth) [Entry date 05/12/00]
                 [Edit date 05/15/00] [1:98cv1232]

5/10/00   --     REPLY  by movant CA PLAINTIFFS in 1:98-cv-01232 to response
                 to motion for CA PLAINTIFFS to case(s) 1:98-cv-01232, to
                 intervene for the limited purpose of modifying protective
                 order [546-1] (tth) [Entry date 05/12/00] [1:98cv1232]

5/10/00   --     MOTION filed by movant ORACLE CORPORATION in 1:98-cv-01232
                 to extend time to respond to Motion by California
                 Plaintiffs to Intervene for Limited Purpose of Modifying
                 Protective Order, and to extend time to respond to
                 defendant Microsoft's Motion for Modification of the
                 protective Order and Sealing Orders (tth)
                 [Entry date 05/12/00] [1:98cv1232]

5/10/00   --     MOTION JOINDER by movant INTEL CORP in 1:98-cv-01232
                 joining in motion to extend time to respond to motion by
                 California Plaintiffs to Intervene for Limited Purpose of
                 Modifying Protective Order [553-1] (tth)
                 [Entry date 05/15/00] [1:98cv1232]

5/10/00   --     RESPONSE by movant GATEWAY INC in 1:98-cv-01232 to motion
                 for CA PLAINTIFFS to case(s) 1:98-cv-01232, to intervene
                 for the limited purpose of modifying protective order
                 [546-1], and motion to modify its 1998 Protective Order,
                 and any sealing orders entered prior to or during trial, to
                 permit all Microsoft's counsel of record in the California
                 Litigation to review Confidential and Highly Confidential
                 documents other materials in this action, subject to the
                 terms of the California Protective Order [548-1] by
                 MICROSOFT CORP. (tth) [Entry date 05/17/00] [1:98cv1232]

Proceedings Include All Events.                                      CM/ECF
1:98cv1233 STATE OF NEW YORK, et al v. MICROSOFT CORP.           CONSOL TYPE A

5/10/00  --    DOCUMENT NUMBER 555 DOESN'T EXIST----RENUMBERING ERROR (cjp)
               [Entry date 05/25/00] [1:98cv1232]

5/10/00  --    STATEMENT filed by defendant MICROSOFT CORP. in
               1:98-cv-01232, regarding: Microsoft Corporation's position
               as to future proceedings on the issue of remedy; Exhibits
               (2); "Let this be filed", JACKSON, J. (tth)
               [Entry date 02/22/01] [1:98cv1232]

5/12/00  --    MOTION filed by Non Party INTL BUS MACHINE COR in
               1:98-cv-01232 to extend time to respond to motion by
               California Plaintiffs to Intervene for Limited Purpose of
               Modifying Protective Order (tth) [Entry date 05/15/00]
               [1:98cv1232]

5/12/00  --    MEMORANDUM  by defendant MICROSOFT CORP. in 1:98-cv-01232
               in opposition to motion for ROBERT E. LITAN to case(s)
               1:98-cv-01232, to file amicus brief [547-1]; Exhibits (2);
               "Let this be filed", (JACKSON, J.) (tth)
               [Entry date 05/18/00] [1:98cv1232]

5/16/00  --    MOTION JOINDER by movant HEWLETT-PACKARD CO. in
               1:98-cv-01232  joining in motion to extend time to respond
               to motion by California Plaintiffs to Intervene for Limited
               Purpose of Modifying Protective Order [553-1] (tth)
               [Entry date 05/17/00] [1:98cv1232]

5/16/00  --    RESPONSE  by movant COMPAQ COMPUTER CORP in 1:98-cv-01232
               in opposition to motion for CA PLAINTIFFS to case(s)
               1:98-cv-01232, to intervene for the limited purpose of
               modifying protective order [546-1]; Exhibits (2). (tth)
               [Entry date 05/17/00] [1:98cv1232]

5/16/00  --    MOTION filed by amicus COMPETITIVE TECH in 1:98-cv-01232
               for leave to file a proposal for establishment of an
               orderly procedure for public participation on the issue of
               remedies (tth) [Entry date 05/17/00] [1:98cv1232]

5/17/00  179   REPLY by plaintiffs in 1:98-cv-01232, 1:98-cv-01233, in
               support of proposed final judgment; exhibits (20) (jf)
               [Entry date 05/18/00] [1:98cv1232 1:98cv1233]

5/17/00  180   ORDER    by Judge Thomas P. Jackson  :granting motion of
               Association for Competitive Technology for leave to file
               proposal for establishment of an orderly procedure for
               public participation on remedies and the proposal is
               received as submission amicus curiae and not de facto
               intervention1. (N) (rew) [Entry date 05/18/00]
               [1:98cv1232 1:98cv1233]

5/19/00  --    MOTION filed for COMPUTER & COMM, SOFTWARE AND INFO
               case(s) 1:98-cv-01232,  to file amicus brief; EXHIBIT
               (AMICUS BRIEF) (tth) [Entry date 05/22/00] [1:98cv1232]

5/22/00  --    REPLY  by defendant MICROSOFT CORP. in 1:98-cv-01232 in
               further support of their  motion for judgment as a matter
               of law [496-1] by MICROSOFT CORP. ; exhibits (4) (bjsp)
               [1:98cv1232]

5/22/00  --    JOINT MOTION by defendant MICROSOFT CORP. in 1:98-cv-01232,
               movant CA PLAINTIFFS in 1:98-cv-01232 to extend time to
               6/2/00 to file their respective reply briefs responding to
               the oppositions filed by Gateway and Compaq (tth)
               [Entry date 05/23/00] [1:98cv1232]

5/22/00  181   ORDER by Judge Thomas P. Jackson : granting motion for
               COMPUTER & COMM, SOFTWARE AND INFO case(s) 1:98-cv-01232,
               to file amicus brief [564-1] in 1:98-cv-01232 (N) (jaw)
               [Entry date 05/23/00] [1:98cv1232 1:98cv1233]

5/22/00  --    AMICUS BRIEF filed by amicus COMPUTER & COMM in
               1:98-cv-01232. (tth) [Entry date 06/05/00] [1:98cv1232]

5/23/00  --    MOTION filed for VALMARPRO ANTITRUST to case
               1:98-cv-01232, to intervene; "Let this be filed", JACKSON,
               J. (jaw) [Entry date 05/26/00] [1:98cv1232]

5/23/00  --    ORDER by Judge Thomas P. Jackson denying motion for
               VALMARPRO ANTITRUST to case 1:98-cv-01232, to intervene
               [569-1] in 1:98-cv-01232 (fiat) (N) (jaw)
               [Entry date 05/26/00] [1:98cv1232 1:98cv1233]

5/24/00  --    STATEMENT filed by defendant MICROSOFT CORP. in
               1:98-cv-01232,  regarding: Offer of Proof; "Let this be
               filed", JACKSON, J. (tth) [Entry date 05/25/00]
               [1:98cv1232]

5/24/00  --    STATUS HEARING  before Judge Thomas P. Jackson  :plaintiff
               to file additional memoranda on remedy by 5-26-00 and
               defendant to respond within in 48 hours. Reporter: P.
               Merana am, Dave Kasden pm (rew) [Entry date 05/25/00]
               [1:98cv1232 1:98cv1233]

5/30/00  183   LETTER filed by Warren J. Rheaume, dated May 18, 2000, re:
               Objection to Relief Sought Against Mr. Paul G. Allen, A
               Non-Party; "Let this be filed", JACKSON, J. (tth)
               [Entry date 06/05/00] [1:98cv1233]

5/30/00  184   [ENTERED IN ERROR - DUPLICATE ENTRY] LETTER filed by Warren
               J. Rheaume, dated May 18, 2000, re: Objection to Relief
               Sought Against Mr. Paul G. Allen, a Non-Party; "Let this be
               filed", JACKSON, J. (tth) [Entry date 06/05/00]
               [Edit date 06/16/00] [1:98cv1233]

Proceedings Include All Events.                                          CM/ECF
1:98cv1233 STATE OF NEW YORK, et al v. MICROSOFT CORP.          CONSOL TYPE A

5/31/00   --      STATEMENT filed by defendant MICROSOFT CORP. in
                  1:98-cv-01232, regarding: Microsoft Corporation's
                  Supplemental Offer of Proof; "Let this be filed", JACKSON,
                  J. (tth) [Entry date 02/22/01] [1:98cv1232]

6/1/00    --      PHONE CONFERENCE STATUS HEARING  before Judge Thomas P.
                  Jackson :Plaintiff to respond to defendants proposed
                  judgment by 6-5-00 and defendant to respond by 6-7-00.
                  Reporter: P. Merana (rew) [1:98cv1232 1:98cv1233]

6/1/00    182     ORDER  by Judge Thomas P. Jackson  : allowing plaintiff to
                  respond to defendants specific comments as to the form of
                  their revised proposed final judgment by 6-5-00 and
                  defendant to respond by 6-7-00  (N) (rew) [1:98cv1232
                  1:98cv1233]

6/1/00    --      MEMORANDUM  by plaintiff in 1:98-cv-01232 in support of
                  plaintiffs' revised proposed final judgment.  Plaintiff was
                  directed to file this by the Court at the 5/24/00 hearing
                  (FIAT) JACKSON, J. ; attachments (bjsp)
                  [Entry date 06/02/00] [1:98cv1232]

6/2/00    185     ORDER  by Judge Thomas P. Jackson  :holding in abeyance
                  for 60 days defendant's motion (548) to modify Protective
                  Order and California plaintiff's motion (421) to intervene
                  for a limited purpose, and negotiation efforts are to be
                  concluded by 8-1-00 and proposed modifications to the
                  protective and sealing order shall be presented to the
                  Court, failing each party shall file additional briefs by
                  8-11-00.(N) (rew) [Entry date 06/06/00] [1:98cv1232
                  1:98cv1233]

6/2/00    --      STATEMENT filed by defendant MICROSOFT CORP. in
                  1:98-cv-01232, regarding: Comments on Plaintiffs' Revised
                  Proposed Final Judgment; "Let this be filed", JACKSON, J.
                  (tth) [Entry date 06/07/00] [1:98cv1232]

6/2/00    --      MEMORANDUM  by defendant MICROSOFT CORP. in 1:98-cv-01232
                  in opposition to the Motion of Consumers for Computing
                  Choice and Open Platform Working Group for leave to file a
                  brief on Remedy as purported amici curiae; "Leave to file
                  granted", JACKSON, J. (tth) [Entry date 06/13/00]
                  [1:98cv1232]

6/5/00    188     RESPONSE by plaintiff USA in 1:98-cv-01232, plaintiffs
                  STATES in 1:98-cv-01233 1:98-cv-01233 to comments on
                  revised proposed final judgment [574-1] by MICROSOFT CORP.
                  in 1:98-cv-01232; Exhibits (3) (tth) [Entry date 06/07/00]
                  [1:98cv1232 1:98cv1233]

6/6/00    --      REPLY by defendant MICROSOFT CORP. in 1:98-cv-01232   to
                  response to Microsoft's comments on their Revised Proposed
                  Final Judgment [574-1] by MICROSOFT CORP. (tth)
                  [Entry date 06/08/00] [1:98cv1232]

Proceedings Include All Events.                                          CM/ECF
1:98cv1233 STATE OF NEW YORK, et al v. MICROSOFT CORP.          CONSOL TYPE A

6/6/00    --    MEMORANDUM  by Non Party NOVELL INC in 1:98-cv-01232 in
                opposition to motion for CA PLAINTIFFS to case(s)
                1:98-cv-01232, to intervene for the limited purpose of
                modifying protective order [546-1], motion to modify its
                1998 Protective Order, and any sealing orders entered prior
                to or during trial, to permit all Microsoft's counsel of
                record in the California Litigation to review Confidential
                and Highly Confidential documents and other materials in
                this action, subject to the terms of the California
                Protective Order [548-1] by MICROSOFT CORP.; Exhibits (10);
                "Let this be filed", JACKSON, J. (tth) [Entry date 06/08/00]
                [1:98cv1232]

6/7/00    186   MEMORANDUM AND ORDER by Judge Thomas P. Jackson  :denying
                defendant's motion for summary rejection of plaintiff's
                structural reorganization, and rejecting defendant's
                position as to future proceedings on remedy, and
                plaintiff's proposed final judgment and defendant's
                comments are entered as a Final Judgment. (N) (rew)
                [1:98cv1232 1:98cv1233]

6/7/00    187   FINAL JUDGMENT  by Judge Thomas P. Jackson  in favor of
                plaintiff USA in 1:98-cv-01232, plaintiff STATES in
                1:98-cv-01233 against defendant MICROSOFT CORP. in
                1:98-cv-01232 and 1:98-1233, with instructions on
                divestiture, provisions implementing divestiture, internal
                antitrust compliance, compliance inspection, effective
                date, term, retention of jurisdiction, and modification.
                (N) (rew) [1:98cv1232 1:98cv1233]

6/7/00    --    MOTION filed by defendant MICROSOFT CORP. in 1:98-cv-01232
                for a stay pending appeal of all provisions of the Final
                Judgment entered by the Court on June 7, 2000 (tth)
                [1:98cv1232]

6/12/00   --    RESPONSE by plaintiff USA in 1:98-cv-01232 to motion for a
                stay pending appeal of all provisions of the Final Judgment
                entered by the Court on June 7, 2000 [578-1] by MICROSOFT
                CORP.; Attachment (1) (tth) [Entry date 06/13/00]
                [1:98cv1232]

6/13/00   189   ORDER   by Judge Thomas P. Jackson  :reserving ruling on
                defendant's motion for stay pending appeal. (N) (rew)
                [1:98cv1232 1:98cv1233]

6/13/00   --    REPLY  by defendant MICROSOFT CORP. in 1:98-cv-01232 to
                response to motion for a stay pending appeal of all
                provisions of the Final Judgment entered by the Court on
                June 7, 2000 [578-1] by MICROSOFT CORP. (tth)
                [Entry date 06/14/00] [1:98cv1232]

Proceedings Include All Events.                                    CM/ECF
1:98cv1233 STATE OF NEW YORK, et al v. MICROSOFT CORP.         CONSOL TYPE A

6/13/00  190   MOTION filed by plaintiff USA in 1:98-cv-01232, plaintiffs
               in 1:98-cv-01233 for certification of direct appeal to the
               Supreme Court Under 15 U.S.C 29 (tth) [Entry date 06/14/00]
               [Edit date 06/21/00] [1:98cv1232 1:98cv1233]

6/13/00  191   NOTICE OF APPEAL by defendant and counter-claimant MICROSOFT
               CORP. in 1:98-cv-01233 from final judgment order [187-1],
               entered on: 6/7/00; and order [176-1] entered on: 4/3/00;
               $5.00 filing fee paid and $100.00 docketing fee paid. Copies
               mailed to all parties. (tth) [Entry date 06/14/00]
               [Edit date 06/15/00] [1:98cv1233]

6/14/00  --    TRANSMITTED PRELIMINARY RECORD on appeal [191-1] by
               MICROSOFT CORP., MICROSOFT CORP. to U.S. Court of Appeals
               (tth) [1:98cv1233]

6/14/00  --    STATEMENT filed by defendant MICROSOFT CORP. in
               1:98-cv-01232, regarding: Suggestion of defendant Microsoft
               Corporation as to the appropriate procedure to be allowed
               in resolving plaintiffs' certification motion. (tth)
               [Entry date 06/15/00] [1:98cv1232]

6/15/00  --    TRANSMITTED supplemental record on appeal [191-1] by
               MICROSOFT CORP., MICROSOFT CORP. (tth) [1:98cv1233]

6/15/00  --    USCA # 00-5213 assigned for appeal [191-1] by MICROSOFT
               CORP., MICROSOFT CORP. (tth) [Entry date 06/16/00]
               [1:98cv1233]

6/19/00  --    USCA # 00-5213 assigned for appeal [191-1] by MICROSOFT
               CORP., MICROSOFT CORP. (tth) [Entry date 06/20/00]
               [1:98cv1233]

6/19/00  --    RESPONSE by defendant MICROSOFT CORP. in 1:98-cv-01232 to
               motion for certification of direct appeal to the Supreme
               Court Under 15 U.S.C 29 [585-1] by plaintiffs, Exhibits (4)
               (tth) [Entry date 06/20/00] [Edit date 06/20/00]
               [1:98cv1232]

6/20/00  --    TRANSMITTED supplemental record on appeal [191-1] by
               MICROSOFT CORP., MICROSOFT CORP.    USCA No.: 00-5213. (tth)
               [1:98cv1233]

6/20/00  192   REPLY  by plaintiff USA in 1:98-cv-01232 and plaintiffs in
               1:98-cv-01233 to response to motion for certification of
               direct appeal to the Supreme Court Under 15 U.S.C 29 by
               plaintiffs in 1:98-cv-01232, motion for certification of
               direct appeal to the Supreme Court Under 15 U.S.C 29
               plaintiff in 1:98-cv-01233 (tth) [Entry date 06/21/00]
               [1:98cv1232 1:98cv1233]

Proceedings Include All Events.                                    CM/ECF
1:98cv1233 STATE OF NEW YORK, et al v. MICROSOFT CORP.        CONSOL TYPE A

6/20/00  193    ORDER   by Judge Thomas P. Jackson  : granting motion for
                certification of direct appeal to the Supreme Court Under
                15 U.S.C 29 [585-1] by counter-defendant by plaintiffs,
                    plaintiff in 1:98-cv-01232, 1:98-cv-01233 and the Final
                Judgment of 6-7-00 is stayed in its entirety unless the
                stay is vacated by an appellate court.(N) (rew)
                [Entry date 06/21/00] [1:98cv1232 1:98cv1233]

6/21/00  --     CERTIFIED and transmitted record on appeal [586-1] by
                MICROSOFT CORP. to U.S. Supreme Court (bjsp)
                [Entry date 06/23/00] [1:98cv1232]

6/23/00  --     TRANSCRIPT filed  for date(s) of 6/1/00.  Reporter: Phyllis
                Merana (tth) [Entry date 06/26/00] [1:98cv1232]

6/23/00  --     TRANSCRIPT filed  for date(s) of 5/24/00.  Reporter:
                Phyllis Merana (tth) [Entry date 06/26/00] [1:98cv1232]

7/21/00  194    MOTION filed by plaintiff States in 1:98-cv-01233 for
                attorneys' fees, and for costs and expenses; Exhibit (1)
                (tth) [Entry date 07/24/00] [1:98cv1233]

8/10/00  195 IMG STIPULATION filed and fiated  by Judge Thomas P. Jackson
                allowing briefing, filings and proceedings in connection
                with the STATES motion for attorney's fees costs and
                expenses be deferred until after appeal from final ·judgment
                of 6-7-00 . (N) (rew) [Entry date 08/11/00] [1:98cv1233]

8/11/00  --     MEMORANDUM  by CALIFORNIA PLAINTIFFS in 1:98-cv-01232 in
                support of stipulation and proposed order modifying the
                protective order; exhibit (1); (COPY) (bjsp)
                [Entry date 08/31/00] [1:98cv1232]

Proceedings Include All Events.                                        CM/ECF
1:98cv1233 STATE OF NEW YORK, et al v. MICROSOFT CORP.          CONSOL TYPE A

8/18/00  196      ORDER   by Judge Thomas P. Jackson  : denying as moot
                  motion for a stay pending appeal of all provisions of the
                  Final Judgment entered by the Court on June 7, 2000 [578-1]
                  by MICROSOFT CORP. in 1:98-cv-01232, denying as moot joint
                  motion to extend time to 6/2/00 to file their respective
                  reply briefs responding to the oppositions filed by Gateway
                  and Compaq [566-1] by CA PLAINTIFFS, MICROSOFT CORP. in
                  1:98-cv-01232, denying as moot motion to extend time to
                  respond to motion by California Plaintiffs to Intervene for
                  Limited Purpose of Modifying Protective Order [556-1] by
                  INTL BUS MACHINE COR in 1:98-cv-01232, denying as moot join
                  motion [553-1] by INTEL CORP in 1:98-cv-01232, denying as
                  moot motion to extend time to respond to Motion by
                  California Plaintiffs to Intervene for Limited Purpose of
                  Modifying Protective Order [552-1] by ORACLE CORPORATION in
                  1:98-cv-01232, denying as moot motion to modify its 1998
                  Protective Order, and any sealing orders entered prior to
                  or during trial, to permit all Microsoft's counsel of
                  record in the California Litigation to review Confidential
                  and Highly Confidential documents and other materials in
                  this action, subject to the terms of the California
                  Protective Order [548-1] by MICROSOFT CORP. in
                  1:98-cv-01232, denying as moot motion for CA PLAINTIFFS to
                  case(s) 1:98-cv-01232, to intervene for the limited purpose
                  of modifying protective order [546-1] in 1:98-cv-01232,
                  denying as moot motion for judgment as a matter of law
                  [496-1] by MICROSOFT CORP. in 1:98-cv-01232, denying as
                  moot motion for ROY A. DAY to case(s) 1:98-cv-01232,  to
                  intervene [419-1] in 1:98-cv-01232, denying as moot motion
                  to intervene for purpose of modifying proctive order
                  [418-1] by GRAVITY, INC. in 1:98-cv-01232, denying as moot
                  motion for AMER LAWYER MEDIA, USA TODAY to case(s)
                  1:98-cv-01232,  to intervene for limited purpose of staying
                  further depositions in this action pending issuance of the
                  Court of Appeal's mandate, or in the alternative, for
                  access to forthcoming depositions [371-1] by movants in
                  1:98-cv-01232, denying as moot motion for protective order
                  [284-1] by MICROSOFT CORP. in 1:98-cv-01232, denying as
                  moot motion for protective order [280-1] by MICROSOFT CORP.
                  in 1:98-cv-01232, denying as moot motion for access to the
                  testimony of Franklin M. Fisher [269-1] by ASSOCIATE PRESS
                  in 1:98-cv-01232, denying as moot motion for to intervene
                  for the limited purpose of vindicating the public's rights
                  of access to the testimony of Franklin M. Fisher [267-1] by
                  ASSOCIATE PRESS in 1:98-cv-01232, denying as moot motion to
                  permit limited supplemental cross-examination [209-1] by
                  counter-defendanti, by plaintiffs,              in
                  1:98-cv-01232, 1:98-cv-01233, denying as moot motion for
                  protective order to maintain confidentially of documents
                  [207-1] by INTL BUS MACHINE COR in 1:98-cv-01232, denying
                  as moot motion for protective order protecting trade
                  secrets/confidential business information from public
                  disclosure [205-1] by DELL COMPUTER CORP. in 1:98-cv-01232,
                  denying as moot motion to maintain confidential treatment

Proceedings Include All Events.                                          CM/ECF
1:98cv1233 STATE OF NEW YORK, et al v. MICROSOFT CORP.          CONSOL TYPE A

of certain information produced by the Boeing Company in
response to subpoena of Microsoft Corporation [201-1] by
BOEING COMPANY in 1:98-cv-01232, denying as moot motion for
protective order [188-1] by COMPAQ COMPUTER CORP in
1:98-cv-01232, denying as moot motion for sanctions for the
government's failure to produce a requested document before
trial [181-1] by MICROSOFT CORP. in 1:98-cv-01232, denying
as moot motion for protective order to maintain
confidentiality of documents and deposition transcript
[168-1] by NETWORK COMPUTER INC in 1:98-cv-01232, denying
as moot motion to maintain confidential protection as
provided by the protective order [167-1] by SUN
MICROSYSTEMS INC in 1:98-cv-01232, denying as moot motion
for leave to file brief as amicus curiae [94-1] by JERRY L.
ROBINETT in 1:98-cv-01232, denying as moot motion to
intervene as a non-party and join in the opposition to the
motion of defendant Microsoft Corporation to maintain
documents under seal [91-1] by SAN JOSE MERCURY NEW in
1:98-cv-01232, denying as moot motion for leave to file
response in opposition to motion of MICROSOFT CORP to
modify stipulation and portective order [70-1] by NETWORK
COMPUTER INC in 1:98-cv-01232, denying as moot motion for
leave to file opposition to defendant MICROSOFT CORP motion
to modify stipulation and protective order [64-1] by
NETSCAPE COMMUN CORP in 1:98-cv-01232, denying as moot
motion to modify stipulation and protective order [55-1] by
MICROSOFT CORP. in 1:98-cv-01232, denying as moot join
motion [32-1] by BLOOMBERG NEWS in 1:98-cv-01232, denying
as moot  motion for NEW YORK TIMES CO to intervene [8-1] in
1:98-cv-01232, denying as moot motion for preliminary
injunction [2-1] by USA in 1:98-cv-01232 (N) (rew)
[Entry date 08/21/00] [1:98cv1232 1:98cv1233]

8/18/00  --      MOTION filed by Non Party GATEWAY INC in 1:98-cv-01232 to
                 seal its supplemental response to Microsoft's Motion to
                 Modify Protective Order; EXHIBIT (RESPONSE - LODGED UNDER
                 SEAL) (tth) [Entry date 08/22/00] [1:98cv1232]

8/25/00  197     ORDER   by Judge Thomas P. Jackson  : granting motion to
                 seal it's supplemental response to Microsoft's Motion to
                 Modify Protective Order [595-1] by GATEWAY INC in
                 1:98-cv-01232 (N) (rew) [Entry date 08/28/00]
                 [1:98cv1232 1:98cv1233]

8/29/00  --      REPLY by defendant MICROSOFT CORP. in 1:98-cv-01232   to
                 motion to modify its 1998 Protective Order, and any sealing
                 orders entered prior to or during trial, to permit all
                 Microsoft's counsel of record in the California Litigation
                 to review Confidential and Highly Confidential documents
                 and other materials in this action, subject to the terms of
                 the California Protective Order [548-1] by MICROSOFT CORP.;
                 Exhibit (1) (tth) [Entry date 09/07/00] [1:98cv1232]

9/15/00   198      ORDER    by Judge Thomas P. Jackson   : finding motion for NEW
                   YORK TIMES CO to intervene by MICROSOFT CORP. [7-1] moot in
                   1:98-cv-01233, finding motion for preliminary injunction by
                   counter-defendant by plaintiffs, [2-1] moot in 1:98-cv-01233
                   and denying as moot motion [534] in 1:98-cv-01232.(N) (rew)
                   [Entry date 09/22/00] [Edit date 09/22/00] [1:98cv1232
                   1:98cv1233]

9/26/00   199      CERTIFIED COPY of judgment filed in Supreme Court of the
                   United States remanding to the USCA for the District of
                   Columbia Circuit  Supreme Court # 00-139 (cjp)
                   [Entry date 09/27/00] [1:98cv1232 1:98cv1233]

9/26/00   200      COPY of Order filed in the Supreme Court dated 9/26/00
                   directing petition for writ of certiorari before judgment
                   to the USCA for the District of Columbia Circuit and
                   directing said petition before judgment be denied. OPINION
                   Supreme Court # 00-261 (cjp) [Entry date 09/27/00]
                   [1:98cv1232 1:98cv1233]

9/29/00   --       TRANSMITTED RECORD ON to U.S. Court of Appeals (tth)
                   [1:98cv1233]

11/20/00  201      ORDER    by Judge Thomas P. Jackson   :modifying protective
                   order of 5/27/98 and the Courts order of 6-2-00. (N) (rew)
                   [Entry date 11/21/00] [1:98cv1232 1:98cv1233]

12/19/00  --       OBJECTIONS by Non Party REALNETWORKS INC in 1:98-cv-01232 to
                   Stipulation and Order Modifying Protective Order [603-1]
                   (tth) [Entry date 12/21/00] [Edit date 01/03/01]
                   [1:98cv1232]

1/2/01    --       RESPONSE by defendant MICROSOFT CORP. in 1:98-cv-01232 to
                   objection to stipulation and order modifying protective
                   order  [604-1] by REALNETWORKS INC (tth)
                   [Entry date 01/03/01] [1:98cv1232]

1/10/01   202      ORDER    by Judge Thomas P. Jackson   :overruling objection
                   of third party RealNetworks, Inc. to stipulation and order
                   modifying protective order #604. (N) (rew)
                   [Entry date 01/12/01] [1:98cv1232 1:98cv1233]

1/26/01   203      ORDER    by Judge Royce C. Lamberth as motions Judge
                   overruling non-party Gateway's objections and the order
                   modifying the protective order dated 11/20/00 shall apply
                   with respect to any material produced by Gateway. (N) (rew)
                   [Entry date 01/29/01] [1:98cv1232 1:98cv1233]

2/20/01   --       RESPONSE (SUMMARY) by defendant MICROSOFT CORP.
                   1:98-cv-01232 to plaintiffs' proposed final judgment; "Let
                   this be filed", JACKSON, J. (tth) [Entry date 02/23/01]
                   [1:98cv1232]

Proceedings Include All Events.                                    CM/ECF
1:98cv1233 STATE OF NEW YORK, et al v. MICROSOFT CORP.        CONSOL TYPE A

4/27/01  --   MOTION filed for Plaintiff in In re: Microsoft Corp.
              Antitrust Litigation, MDL No. 1332 (D.Md.) (Hon. J.
              Frederick Motz presiding) (the MDL Proceeding) to
              intervene for the limited purpose of modification of the
              protective order in this action; Exhibits (2) (tth)
              [Entry date 04/30/01] [1:98cv1232]

5/18/01  205 IMG ORDER MODIFYING PROTECTIVE ORDER entered 5-27-98 by Judge
              Thomas P. Jackson ; setting forth procedures for handling
              confidential material; allowing designated material to be
              filed under seal. (N) (rew) [1:98cv1232 1:98cv1233]

8/24/01  206  CERTIFIED COPY of judgment filed in USCA dated 6/28/01, on
              appeal [191-1] , affirming the judgment of USDC in part,
              and reversing the judgment of USDC in part, and
              remanding for further proceedings in part, and directing
              that the final judgment embodying the remedial order is
              vacated in full and the cases are remanded with further
              instructions.  USCA # 00-5213 (cjp) [1:98cv1233]

8/24/01  --   Case Reopened (rew) [Entry date 09/10/01] [1:98cv1232
              1:98cv1233]

8/27/01  --   CASE REASSIGNED   to Judge Gladys Kessler (tth)
              [Entry date 09/10/01] [1:98cv1233]

8/28/01  207  ORDER   by Judge Colleen Kollar-Kotelly  :that the parties
              shall confer and file a Joint Status Report with the Court
              (in the style of LCvR 16.3 to the extent appropriate). That
              such Joint Status Report shall:  identify with specificity
              the issues on remand that remain for the Court's resolution;
               identify and/or propose appropriate measures to enable the
              resolution of such issues (i.e., the potential for
              additional discovery, the nature of any additional expert
              testimony, motions, etc.); identify with specificity the
              nature of any additional evidentiary hearings, and propose
              an appropriate schedule for the above-described matters.
              The parties shall submit the Joint Status Report to the
              Court not later than 9/14/01.  A courtesy copy of such
              Joint Status Report shall be delivered to chambers not
              later than 5 p.m. on the same date. Status hearing set for
              9:30 9/21/01 in 1:98-cv-01232, in 1:98-cv-01233, in
              Courtroom 11. (N) (dot) [Entry date 08/29/01]
              [1:98cv1232 1:98cv1233]

8/28/01  --   CASE REASSIGNED   to Judge Colleen Kollar-Kotelly (tth)
              [Entry date 09/10/01] [1:98cv1233]

8/29/01  208  ORDER   by Judge Colleen Kollar-Kotelly : denying as moot
              plaintiff's motion for a expedited status conference. (N)
              (dot) [1:98cv1232 1:98cv1233]

8/29/01  209  MOTION filed by plaintiff USA in 1:98-cv-01232, plaintiffs
              in 1:98-cv-01233 for an expedited status conference (tth)

```
Proceedings Include All Events.                                  CM/ECF
1:98cv1233 STATE OF NEW YORK, et al v. MICROSOFT CORP.     CONSOL TYPE A
```

```
              [Entry date 08/31/01] [1:98cv1232 1:98cv1233]

1/7/02    --    STATUS HEARING  before Judge Colleen Kollar-Kotelly  :that
                the motion to amend schedule order is denied, requireing
                the parties to submit, not later than 2/8/02, a Joint
                Statement of Undisputed and Disputed Facts, and requiring
                the parties to submit, not later than 2/13/02, a Joint
                Status Report which addresses the nature and length of the
                remedial phase evidentiary hearing. Reporter: Edward
                Hawkins (dot) [Entry date 01/08/02] [1:98cv1233]

4/8/02   210 IMG ORDER  by Judge Colleen Kollar-Kotelly  :denying SBC's
                motion to preclude MICROSOFT from introducing defendant's
                Exhibit 1351 into evidence and for immediate return,
                denying as moot SVC's motions with regard to defendant's
                Exhibits 1352 and 1353.    (N) (rew) [1:98cv1233]
```